| | INC - CRITICAL VENDORS | | | |
|---|---|---|---|---|
| | Name | ADDRESS | CURRENT BALANCE | Expenses we need to pay every Month |
| **INC** | | | $0 | |
| | 85 D Realty | 250 West 85th Street New York, NY, 10024 | $0 | $2,895 |
| | Dougall | 63 Flushing Avenue, Bldg. 25, Brooklyn, NY 11205. | $0 | $2,000 |
| | | | $0 | $50 |
| | | | $0 | |
| **Software Dev Shop** | | | $0 | |
| | AWS - our backend servers | | $5,239 | $2,577 |
| **Tech** | | | | |
| | AWS - our backend servers | | $0 | $1,500 |
| | Bitbucket - storing and deploying code | | $0 | $30 |
| | Jira - project management (ATLASSIAN) | Level 6, 341 George Street, Sydney, NSW 2000, Australia | $0 | $80 |
| | Newrelic - monitoring | 188 Spear St #1000, San Francisco, CA 94105 | $0 | $50 |
| | Contributed Systems (Sidekiq Pro) - tool for scheduling jobs | 575 B AVE, LAKE OSWEGO, 97034 | $0 | $80 |
| | [GYAZO.COM](GYAZO.COM) | | $0 | |
| Software | Sendtowin LLC | 9639 Savona Winds Drive Delray Beach FL 33446 | $6,983 | $1,500 |
| Software | SoftwareHut LLC | 40 Exchange Place, Suite 1602 New York NY 10005 USA | $41,742 | $5,000 |
| | | | $0 | |
| **Online** | | | $0 | |
| | Shopify | 151 O'Connor Street, Ground Floor, Canada | $0 | $1,000 |
| | Shopify Add-ons | | $0 | $276 |
| | Taxes + Transaction fees (0.5% with each order) | | $0 | $80 |
| **G&A Communication** | | | $0 | |
| | Gsuite | 1600 Amphitheatre Parkway Mountain View, CA 94043 | $0 | $2,470 |
| | Slack | 50 Fremont St, San Francisco, CA 94105 | $0 | $700 |
| | Asana | 633 Folsom St #100 San Francisco, CA 94107 | $0 | $70 |
| | Monday | | $0 | $499 |
| | Mailchimp | 5 Ponce de Leon Ave NE Suite 5000, Atlanta, GA 30308 U | $0 | $11 |
| **Support** | | | $0 | |
| Software | Intercom.io | 55 2nd Ave 4th Floor, New York, NY 10003 | $356 | $251 |
| **Sales** | | | $0 | |
| | Hubspot | 2 Canal Park, Cambridge, MA 02141 | $6,617 | $1,235 |
| | Linkedin Sales Navigator | 1000 W Maude Ave Sunnyvale, CA 94085 | $0 | $1,088 |
| | Hunter & Skrapp | | $0 | $108 |
| | Docsend | 1800 Owens St Ste 200, San Francisco, CA 94158 | $0 | $765 |
| Software | DocuSign | 221 Main St Ste 1000 San Francisco, CA 94105 USA | $4,995 | $1,500 |
| **Accounting** | | | $0 | |

| Category | Vendor | Address | Amount | Amount 2 |
|---|---|---|---|---|
| | QBO | | $0 | $100 |
| Internal Bills | Avidxchange, Inc | P.O. Box 715376 Cincinnati OH 45271-5376 | $3,948 | $1,750 |
| | Trinet | | $0 | |
| CPA | Eshel | 350 Motor Pkwy, #201, Hauppague, NY 11788 | $3,955 | $500 |
| Professional fees - Audit | BDG-CPAs | 76 N. Walnut Street Ridgewood New Jeresy 07450 | 12,000.00 | 1700 |
| **Creative** | | | $0 | |
| | Adobe Creative Cloud | 345 Park Ave, New York, NY 10154 | $0 | $500 |
| | Sketchup - Annual - 4 Seats | 4730 Walnut St, Boulder, Colorado, 80302 | $0 | |
| | Podium Rendering Engine | | $0 | |
| | Need 2 Autocad licenses (5k) | | $0 | $833 |
| | Miro | | $0 | $150 |
| | Monte Art Collection | | $0 | |
| **Marketing** | | | $0 | |
| | Facebook | | $0 | $900 |
| | Klaviyo Software | 125 Summer Street #6 Boston, MA 02111 | $1,241 | $1,164 |
| | Hotjar | 5th Floor, Dragonara Road, Paceville St Julian's STJ 3141 | $0 | $99 |
| | Canva | Surry Hills, 110 Kippax Street, Australia | $0 | $30 |
| | Onsign | | $0 | $180 |
| | Google (Branded Content) | 600 Amphitheatre Pkwy, Mountain View, CA 94043 | $0 | $600 |
| | Bailout Media | 6346 SW 42nd St, Miami, Florida, 33155, United States | $0 | $1,500 |
| | Beezb | | $0 | $4,250 |
| | Spacio Terreno Inc ( Pat Andrade ) | | $0 | $4,530 |
| | Retailnext | | $0 | |
| | SGPR | 3609 Springbrook St Ste 1603, Dallas, Texas, 75205 | $0 | $5,000 |
| | | | $0 | |
| | | | $0 | |
| **1099** | | | | |
| | Ori Cohen-INC | 4500 | $10,000 | $4,500 |
| | Doreen Edri-INC | 20355 NE 34 CT, Aventura, FL 33180 | $3,500 | $3,000 |
| | Mor Edri-INC | | $1,500 | $5,000 |
| | Nina | | $0 | $2,750 |
| | Daniel Antwi | | $0 | |
| | Mariam Sairafi- INC | | $0 | |
| | Lindsay Goldsmith | | $0 | |
| | Hilal | | $0 | |
| | Lacey Pritchard | 475 Clermont Ave Apt 1136, Brooklyn, NY 11238 | $4,333 | $10,000 |
| | Dana Rosenberg | 272 NW 42nd St, Miami, FL 33127 | $1,200 | |
| | | | $107,609 | $74,851 |