# CRITICAL VENDORS

## NY2 - CRITICAL VENDORS

| TYPE | VENDOR | ADDRESS | CONTACT NAME | CONTACT NUMBER | Balance | Monthly Cost |
|---|---|---|---|---|---|---|
| **BROOKLYN** | | | | | | |
| Power | **ConEd** | | | 1.(800).752.6633 | | 2900 |
| WiFi | **Verizon** | | | | | 275 |
| Phone Line | **Spectrum** | | | | | 150 |
| Waste Remoal | **Waste Connections** | 2630 Park Ave<br>Bronx, NY 10451 | Jack Hughes | jack.hughes@wasteconnections.com | 1,088.76 | 544 |
| Pest Control | **Stern Environmental** | 30 Seaview Dr<br>Secaucus, NJ 07094 | Ella Jukilis | 732.446.6970<br>ella@sternenvironmental.com | 2,237.39 | 175 |
| Payroll | **Trinet** | | | | 0.00 | 15000 |
| Production / contractors & labor | **Monte Art Collection** | 2756 PA-737<br>Kempton PA 19529 | | | 22,697.88 | 3000 |
| | **Retailnext** | 60 S Market St Ste 1000 San Jose CA 95113 United States | | | 67,501.87 | 4000 |
| music provider | **Raina, Ripple Labs Inc** | 100 Maspeth Ave, Suite 2C, Brooklyn, NY 11211 | | | 900.00 | 225 |
| Electrician | **Premium Electric Inc.** | 34-27 28th Ave, Astoria, NY 11103 | | | 1,220.00 | 1220 |
| | **Upper Restoration** | 72 Otis St, West Babylon, NY 11704 | | | 3,500.00 | 2500 |
| Storage | **Ship Essential** | 25 West 39th Streed 3rd Fl, New York, NY 10018 | David Sitt | | 10,370.50 | 1,200.00 |
| Visual Decals | **Taylor Print & Visual Impressions Inc.** | 180 East Union Ave<br>East Rutherford NJ 07073 | | | 9,217.72 | |
| | **XR Group** | 2720 Yates Ave Aprt 1F, Bronx 10469 | Shkelzeh Rapohiqi | | 85,095.00 | 7000 |
| | | | | | **203,829.12** | **38,189.00** |