UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

SHOWFIELDS INC.,

                          Debtor.

---------------------------------------------------------x

Chapter 11
Subchapter V
Case No. 23-43643jmm

## ORDER SCHEDULING EMERGENCY HEARING ON SHOWFIELDS INC.'S FIRST DAY MOTIONS

**WHEREAS**, Showfields Inc., (the "Movant") filed the following motions (collectively, the "First Day Motions") seeking orders:

(i)      Authorizing the Joint Administration of Cases (the "Joint Administration Motion") [ECF 9];

(ii)     Authorizing Payment of Certain Pre-petition Wages (the "Pre-Petition Wage Motion") [ECF 10];

(iii)    Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service (the "Utility Motion") [ECF 11];

(iv)    Authorizing to Continue Pre-Petition Insurance Programs (the "Insurance Motion") [ECF 12];

(v)     Authorizing the Debtor to Maintain Current Cash Management System and Existing Bank Accounts for the Interim Period (the "Existing Bank Account Motion") [ECF 15];

(vi)    Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors the ("Critical Vendors Motion") [ECF 16];

(vii)     Authorizing Establishing Monthly Compensation and Reimbursement of

Expenses of Professionals (the "Professional Compensation Motion")

[ECF 14].

WHEREAS, the Movant filed an application [ECF No. 17] seeking an expedited

hearing on the First Day Motions; and

WHEREAS, cause exists for an expedited hearing on the First Day Motions.

NOW, THEREFORE, it is hereby

ORDERED, that Court will hold a hearing on the First Day Motions before Judge

Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, 271-C,

Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201 on **October 13, 2023 at 3:00**

**p.m.** (the "Hearing"); and it is further

**[ORDERED**, that the Hearing may be held in person, by phone, or by

videoconference. Regardless of whether you intend to appear in person, by phone, or by

videoconference, those intending to appear at the Hearing must register with eCourt Appearances

no later than **one hour** prior to the Hearing.  The phone number or video link for the Hearing

will be emailed only to those that register with eCourt Appearances in advance of the

Hearing.  Instructions for registering with eCourt Appearances can be found

at https://www.nyeb.uscourts.gov/node/2126.  If you do not have internet access or are otherwise

unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's

courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it

is further]

ORDERED, that the Movant shall serve a copy of this Order Scheduling Hearing

together with the First Day Motions by (i) CM/ECF and (ii) email, facsimile, or phone to the

extent email addresses, facsimile and phone numbers are availabile on: (1) the U.S. Trustee, (2) the Debtor, (3) parties having filed a notice of appearance, (4) the Debtor's twenty largest unsecured creditors; and (5) secured creditors, by **October 13, 2023 at 12:00 noon**, which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by **October 13, 2023 at 2:30 p.m.** evidencing the Movant's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections or responses to the Motion may be interposed at the Hearing.



Dated: October 13, 2023
     Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge