**Fill in this information to identify the case:**

Debtor name **Showfields Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **1-23-43643**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** **Amount of claim** Do not deduct the value of collateral. / **Column B** **Value of collateral that supports this claim** |

| 2.1 | **AJ Equity Group LLC** | | Column A: **Unknown** | Column B: **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1648 61st Street**
**Brooklyn, NY 11204**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**FOR NOTICE PURPOSES - MCA**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **CFG Merchant Solutions, LLC** | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**180 Maiden Lane, 15th Floor**
**New York, NY 10038**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**MCA**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Showfields Inc. | Case number (if known) | 1-23-43643 |
|---|---|---|---|

Name

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.3** **Dynasty Capital 26, LLC**

Creditor's Name

**700 Canal St. 1st Floor**
**Stamford, CT 06902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MCA**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**          **$0.00**

---

**2.4** **Kalamata Capital Group, LLC**

Creditor's Name

**80 State Street**
**Albany, NY 12207**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MCA**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Unknown**          **$0.00**

---

**2.5** **OnDeck**

Creditor's Name

**4700 W. Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**MCA**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

**$0.00**          **$0.00**

---

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.6 | **Rocket Capital NY LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **MCA** | | |

**1250 E. Hallandale Beach Blvd.**
**Suite 505**
**Hallandale, FL 33009**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

■ Disputed

---

| 2.7 | **Showfields Investment LLC** | Describe debtor's property that is subject to a lien | **$1,473,781.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **consolidated loan** | | |

**c/o Steven Coury, Esq**
**White and Williams LLP**
**7 Times Square, Suite 290**
**New York, NY 10036**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| Debtor | Showfields Inc. | Case number (if known) | 1-23-43643 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $515,823.24 | $0.00 |
| | Creditor's Name | | | |

**409 3rd St, SW**
**Washington, DC 20416**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**3/22/22**

**Last 4 digits of account number**
**7403**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,989,604.24 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **Showfields Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)     **1-23-43643**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Agnia Ivanov**<br>**1 Valley View Ct**<br>**Huntington, NY 11743-5020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,249.46** | **$1,249.46** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Christine Bullock**<br>**28 Burlington Path Rd**<br>**Cream Ridge, NJ 08514-2003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,228.39** | **$1,228.39** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**wages** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Showfields Inc.** | | Case number (if known) | **1-23-43643** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,377.00** | **$1,377.00** |
|---|---|---|---|---|
| | **Constance Blatt**<br>**10 Downing St**<br>**Apt. 5G**<br>**New York, NY 10014-4792** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,443.75** | **$2,443.75** |
|---|---|---|---|---|
| | **Emily Goldberg**<br>**1348 Beech Street**<br>**Atlantic Beach, NY 11509** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,013.28** | **$3,013.28** |
|---|---|---|---|---|
| | **Frances Shellman**<br>**137 W 82nd St, Apt. 1A**<br>**New York, NY 10024-5545** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,680.88** | **$6,680.88** |
|---|---|---|---|---|
| | **Gabrielle Gangi**<br>**23 Egret Way**<br>**Center Moriches, NY 11934-3028** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|
| | **Hanna Mitchell** | Check all that apply. | | |
| | **325 F St E** | ☐ Contingent | | |
| | **Salt Lake City, UT 84103-3057** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **US Dept of Treasury** | ☐ Contingent | | |
| | **Philadelphia, PA 19255-1498** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **FOR NOTICE PURPOSES ONLY** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|
| | **Jacqueline McNamara** | Check all that apply. | | |
| | **741 6th Street** | ☐ Contingent | | |
| | **Apt. 102** | ☐ Unliquidated | | |
| | **Miami Beach, FL 33139** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,407.33** | **$6,407.33** |
|---|---|---|---|---|
| | **Jenna Lichtman** | Check all that apply. | | |
| | **210 East 85th Street** | ☐ Contingent | | |
| | **New York, NY 10028** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | Showfields Inc. | Case number (if known) | 1-23-43643 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,575.75 | $9,575.75 |
|---|---|---|---|---|
| | **Johanna Yannello** | *Check all that apply.* | | |
| | **200 W 70th St.** | ☐ Contingent | | |
| | **Apt 7K** | ☐ Unliquidated | | |
| | **New York, NY 10023-4327** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,104.93 | $9,104.93 |
|---|---|---|---|---|
| | **Jonathan Scheniner - Dir PM** | *Check all that apply.* | | |
| | **167 Madison Avenue** | ☐ Contingent | | |
| | **Ste 205 #107** | ☐ Unliquidated | | |
| | **New York, NY 10016** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,862.07 | $4,862.07 |
|---|---|---|---|---|
| | **Kara Walsh** | *Check all that apply.* | | |
| | **310 1st Ave, Apt. 1E** | ☐ Contingent | | |
| | **New York, NY 10009-1703** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|
| | **Martina Asgari-Majd** | *Check all that apply.* | | |
| | **60 S 8th St.** | ☐ Contingent | | |
| | **Apt 535** | ☐ Unliquidated | | |
| | **Brooklyn, NY 11249-6154** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes |

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**New York State**
**Queens Borough Hall**
**120-55 Queens Boulevard**
**Jamaica, NY 11424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**NYC Dept. of Finance**
**66 John Street, Room 104**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**NYC Dept. of Finance**
**59 Maiden Lane**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,921.88** | **$2,921.88** |
|---|---|---|---|---|

**Riley Roche**
**500 Brickell Ave**
**Apt 2008**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.50 | $1,300.50 |
|---|---|---|---|---|

**Romi Bachar**
**301 E 79th St Apt 18C**
**New York, NY 10075-0940**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,756.25 | $7,756.25 |
|---|---|---|---|---|

**Samantha Benvegna**
**401 2nd Ave, Apt 9C**
**New York, NY 10010-3912**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,473.78 | $2,473.78 |
|---|---|---|---|---|

**Sharit Kassab**
**9801 Collins Ave**
**Miami Beach, FL 33154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,861.56 | $8,861.56 |
|---|---|---|---|---|

**Sophy Bohbot**
**1621 S Treasure Dr**
**North Bay Village, FL 33141-4128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address<br>**Ty'Arrah Walker**<br>**770 Maine Ave SW**<br>**Apt. 305**<br>**Washington, DC 20024-2589** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,327.70** | **$1,327.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address<br>**Valentina Diaz**<br>**1865 Brickell Ave**<br>**Apt 1608**<br>**Miami, FL 33129-1621** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$909.43** | **$909.43** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address<br>**Vane Libos**<br>**2200 Sole Mia Square Ln**<br>**Apt 615**<br>**North Miami, FL 33181-1261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,229.21** | **$5,229.21** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**24 Seven LLC**<br>**105 Maxess Road, Suite N201**<br>**Melville, NY 11747** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,580.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __goods & services__<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Amazon Web Services Inc.**<br>**2121 7th Avenue**<br>**Seattle, WA 98121** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,239.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  __goods & services__<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

---

| Debtor | **Showfields Inc.** | Case number (*if known*) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

---

**3.3**    Nonpriority creditor's name and mailing address

**American Express**
**200 Vesey Street**
**New York, NY 10285**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$25,462.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**    Nonpriority creditor's name and mailing address

**Aminov Eshel and Partners LLP**
**350 Motor Parkway**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$5,955.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accounting firm / critical vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**    Nonpriority creditor's name and mailing address

**Amir Zwickel**
**349 Metropolitan Avenue**
**Apt. 6A**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$17,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **unreimbursed expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**    Nonpriority creditor's name and mailing address

**Avidxchange, Inc.**
**P.O. Box 715376**
**Cincinnati, OH 45271-5376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$3,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accounting software/professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**    Nonpriority creditor's name and mailing address

**Avidxchnage**
**PO Box 715376**
**Cincinnati, OH 45271-5376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$3,947.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **software**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**    Nonpriority creditor's name and mailing address

**BDG-CPAs**
**76 N. Walnut Street**
**Ridgewood, NJ 07450**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$12,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CPA's - critical vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**    Nonpriority creditor's name and mailing address

**BeezB Ltd.**
**Kefar Sava**
**4465101 Israel**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **$12,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **social media / professional services / critical vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Showfields Inc.** | | Case number (*if known*) | **1-23-43643** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|
| | **BFA NYC LLC**<br>**20 W. 20th Street Suite 700**<br>**New York, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **marketing company**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,414.80 |
|---|---|---|---|
| | **Broad Prince Realty Corp.**<br>**580 Broadway, Suite 307**<br>**New York, NY 10012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **landlord - premises were vacated.  landlord has $10,000 security deposit.**<br><br>Is the claim subject to offset? ☐ No ■ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|
| | **Calvin Jazz Walker**<br>**4439 Crested Butte Ct.**<br>**Jacksonville, FL 32210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **marketing vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $560.00 |
|---|---|---|---|
| | **Cision US Inc**<br>**300 S Riverside Plz**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **professional services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|
| | **Dan Klores Communication LLC**<br>**261 Fifth Ave., 3rd Floor**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **PR agency**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,994.64 |
|---|---|---|---|
| | **DocuSign**<br>**221 Main Street, Suite 1000**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **goods & services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|
| | **Doreen Edri**<br>**20355 NE 34 Ct.**<br>**Aventura, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **1099 vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Showfields Inc.** | | Case number (*if known*) | **1-23-43643** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**Gong.io Inc.**
**265 Cambridge Ave. Suite 60717**
**Palo Alto, CA 94306**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  __software company for sales team__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,617.00**

**HubSpot Inc**
**2 Canal Park**
**Cambridge, MA 02141**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __software marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.00**

**Intercom.io**
**55 2nd Street, 4th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __software__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Jefferson G. Wenzel**
**19 Dutch Street**
**New York, NY 10038**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __software / IT__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**Laura Kluthe Executive Search**
**20 Esmond Place**
**Tenafly, NJ 07670**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __recruiting company__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,439.99**

**Manhattan Mini Storage**
**220 South Street**
**New York, NY 10002**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __storage facility__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,546.00**

**Mesh Credit Card**
**225 West 35th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Showfields Inc.** | Case number (if known) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

**3.24** Nonpriority creditor's name and mailing address
**Mor Edri**
32 Rutgers St.
Closter, NJ 07624

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **former employee**

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.25** Nonpriority creditor's name and mailing address
**Noho Bid**
636 Broadway, Suite 1208
New York, NY 10012

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,420.00**

---

**3.26** Nonpriority creditor's name and mailing address
**Noho Bid**
636 Broadway Ste 1208
New York, NY 10012

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.27** Nonpriority creditor's name and mailing address
**Ori Cohen**
Amos Oz 11
Herzliya, Israel

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1099 - critical vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.28** Nonpriority creditor's name and mailing address
**Pipe Technologies Inc.**
360 NW 27th Street
Miami, FL 33127

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **revenue based financing**

Is the claim subject to offset? ■ No ☐ Yes

**$1,400,000.00**

---

**3.29** Nonpriority creditor's name and mailing address
**Profitian Finance NZ Ltd.**
3 Hamatechet
Kadima Tzoran

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **finance company /professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$648.00**

---

**3.30** Nonpriority creditor's name and mailing address
**Purrleisure Inc.**
(Purr Skincare)
2349 San Anseline Ave.
Long Beach, CA 90815

Date(s) debt was incurred _
Last 4 digits of account number  **0031**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **referral fee for The High Priestess**

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

| Debtor | **Showfields Inc.** | Case number (*if known*) | **1-23-43643** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79.56** |
|---|---|---|---|

**Read Fresh by Nestle**
**PO Box 856680**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **food services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,381.00** |
|---|---|---|---|

**RTR Bag & Co.**
**400 East 54th, Suite #10E**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **shopping bags**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,889.25** |
|---|---|---|---|

**Saul Ewing Arnstein & Lehr LLP**
**1500 Market Street, 38th Fl.**
**Philadelphia, PA 19102-2186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **HR attorneys / critical vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,982.00** |
|---|---|---|---|

**Sendtowin LLC**
**9639 Savona Winds Drive**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **critical vendor / professional services for sales team**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,088.00** |
|---|---|---|---|

**Silicon Valley Bank**
**c/o First Citizens Bank**
**239 Fayetteville Street**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **credit cards**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,742.00** |
|---|---|---|---|

**SoftwareHut LLC**
**40 Exchange Place, Suite 1602**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **software developer / critical vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.50** |
|---|---|---|---|

**Spacio Terreno Inc.**
**146 Pelton Avenue**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **critical vendor - professional services - build out/ fabrication / vinyls / contractors**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Showfields Inc. | Case number (if known) | 1-23-43643 |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**St. Moritz Security Services**
**4600 Clairton Blvd.**
**Pittsburgh, PA 15236**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Studio 96 NYC Incorporated**
**32 W. 39th Street, Fl. 4**
**New York, NY 10018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _advertising_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,945.00** |
|---|---|---|---|

**Tal Zvi Nathanel**
**250 West 85th St**
**Apt. 3B**
**New York, NY 10024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _unreimbursed company expenses_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,963.00** |
|---|---|---|---|

**Talentpop**
**1954 Placentia Ave**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _software IT_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**The Law Offices of Steven**
**Zakharyayev, LLC**
**10 W 37th St., 6th Floor**
**New York, NY 10018**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _FOR NOTICE PURPOSES RE AJ EQUITY GROUP LLC_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,777.50** |
|---|---|---|---|

**Warren Kalyan & Mattocks**
**506 W 14th St A**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _liquor license attorneys /professional services_

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor      **Showfields Inc.**
_____
Name

Case number (if known)      **1-23-43643**
_____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 106,723.15 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,043,630.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,150,353.30 |

**Fill in this information to identify the case:**

Debtor name  **Showfields Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  **1-23-43643**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,707.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$2,028,210.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$641,643.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Showfields Inc.**                                                Case number *(if known)* **1-23-43643**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **EXHIBITS TO BE SUBMITTED** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **payroll; critical vendors**<br>**and other goods & services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **EXHIBITS TO BE SUBMITTED** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Kalamata Capital Group, LLC v. Showfields NY 1 LLC dba Showfields; Showfields Inc; Showfields, Inc., et al**<br>**155729/2023** | **breach of contract** | **Supreme Court of teh State of New York**<br>**County of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **AJ Equity Group LLC v. Showfields NY 1 LLC; et al** | **convession of judgment** | **Supreme Court of the State of New York**<br>**County of New York** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Showfields Inc.**                                          Case number *(if known)* **1-23-43643**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Thomas Olsen v. Showfields Inc.** | **non accessibility per WCAG 2.0 accessibility standards** | **Eastern District of New York**<br>**District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Rachel S. Blumenfeld PLLC**<br>**26 Court Street**<br>**Suite 2220**<br>**Brooklyn, NY 11242** | **$20,000 (plus $1,738.00 filing fee). Total $21,738.00** | **10/3/2023** | **$21,738.00** |
| | **Email or website address**<br>**rachel@blumenfeldbankruptcy.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

| Debtor | Showfields Inc. | Case number *(if known)* 1-23-43643 |
| --- | --- | --- |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.2. | White and Williams LLP 1650 Market Street One Liberty Place, Suite 1800 Philadelphia, PA 19103-7395 | | $29,500 June 23, 2023; and $25,500 June 26, 2023 | $55,000.00 |
| | Email or website address vandermarkj@whiteandwilliams.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
| --- | --- | --- |
| 14.1. | 636 Broadway Room 520 New York, NY 10012 | 2019 through 2021 |
| 14.2. | 580 Broadway Suite 906 New York, NY 10012 | Feb 2022 through August 2023 |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Showfields Inc. | Case number *(if known)* | 1-23-43643 |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Debtor    **Showfields Inc.**                                   Case number *(if known)* **1-23-43643**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Manhattan Minim Storage**<br>**220 South Street**<br>**New York, NY 10002** | **not applicable** | **inventory; office supplies & equipment: 15 pedestals of different heights; 2 arched showcases; 2 teared showcases; pastrty vitrine; room and board shelf; room and board table; tv frame; shelf structure cabinet health; simris light fixture; 6 misc chairs; commercial fridge; 2 armchairs; yogibo poufs; 3 moon lamps; metal structure; misc greenery; 2 leather chairs from the loft; misc props.  Approx value $5,000 to $7,000.** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | **Showfields Inc.** | Case number *(if known)* **1-23-43643** |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| 25.1. | **Showfields FL 1 LLC**<br>**530 Lincoln Rd**<br>**Miami Beach, FL 33139** | **same nature of business as other entities** | EIN: | **84-4280949** |
| | | | From-To | **1/14/2020. Business expected to dissolve shortly** |
| 25.2. | **Showfields DC 1 LLC**<br>**3077 M St.**<br>**Washington, DC 20007** | **same nature of business as other entities** | EIN: | **88-2079334** |
| | | | From-To | **5/2/2022. Active not expected to file for bankruptcy** |
| 25.3. | **Showfields NY 2 LLC**<br>**187 Kent Avenue**<br>**Brooklyn, NY 11249** | **same as other businesses** | EIN: | **87-3521420** |
| | | | From-To | **11/11/2021** |
| 25.4. | **Showfields Magic Box LLC**<br>**10250 Santa Monica Blvd**<br>**Los Angeles, CA 90067** | **same as other entities** | EIN: | **86-2303613** |
| | | | From-To | **3/3/2021. Company is expected to dissolve in 4 to 6 months** |
| 25.5. | **Showfields NY 1 LLC**<br>**11 Bond Street**<br>**New York, NY 10012** | **same as other entities** | EIN: | **82-5300489** |
| | | | From-To | **4/24/2018** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Aminov Eshel and Partners LLP**<br>**350 Motor Parkway**<br>**Hauppauge, NY 11788** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Mazars USA LLP**<br>**135 West 50th Street**<br>**New York, NY 10020** | **2020/2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Showfields Inc.** | Case number *(if known)* | **1-23-43643** |
|---|---|---|---|

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **EXHIBITS TO BE SUBMITTED** | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Alex Brick** | **125 East 84th Street Apt. 8B New York, NY 10028** | | **from inception until 3 months ago** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Amir Zwickel 349 Metropolitan Avenue Apt. 6A Brooklyn, NY 11211** | **$167,517.07** | **1 year pre-petition** | **payroll** |
| | **Relationship to debtor CRO** | | | |

| Debtor | **Showfields Inc.** | Case number *(if known)* | **1-23-43643** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Tal Zvi Nathanel**<br>**250 West 85th St**<br>**Apt. 3B**<br>**New York, NY 10024** | $167,517.07 | **1 year prepetition** | **payrolll** |
| | **Relationship to debtor**<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____          **Tal Zvi Nathanel**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes