| | |
|---|---|
| **LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**<br>26 Court Street, Suite 2220<br>Brooklyn, New York  11242<br>Telephone: (718) 858-9600<br>RACHEL BLUMENFELD | **Presentment Date: November 6, 2023 @ Noon**<br>**Objections Due by: October 30, 2021 @ 11:30 a.m**. |

*Proposed Counsel to the Debtor*
*And Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SHOWFIELDS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 23-43643 (JMM)<br><br>(Jointly Administered) |

**Notice of Presentment of Order Establishing Deadline for Filing Proofs of Claim And Approving the Form and Manner of Notice Thereof**

**PLEASE TAKE NOTIC**E that annexed is a proposed order (the "Order") establishing Deadline for Filing Proofs of Claim And Approving the Form and Manner of Notice Thereof in the jointly administered case of Showfields Inc., ("Debtor") the debtors and debtors in possession in the captioned case which will be presented to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, for signature in Chambers, on November 6, 2023 at Noon. Copies of the Order, the Application by Debtor and the Affirmation of Rachel S. Blumenfeld in support are annexed.

**PLEASE TAKE FURTHER NOTICE** that objections (the "Objections"), if any, to the Order, must: (i) be made in writing, (ii) state with particularity the grounds therefore, (iii) include the ECF docket number to which the filing relates in the upper right hand corner of the caption of the objection; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service; and (v) served upon (a) the Law Office of Rachel S. Blumenfeld PLLC, 26 Court Street, Suite 2220, Brooklyn, New York 11242; (b) to the Subchapter V Trustee, Yann Geron, Geron Legal Advisors

LLC, 370 Lexington Avenue, Suite 1101, New York, NY 10017; (c) Office of the US Trustee, Attn: Jeremy Sussman, One Bowling Green, Room 510, New York, NY, 10004 and (d) any party who requested service of pleadings in this chapter 11 case; so as to be received no later than 11:30 a.m. on October 30, 2023 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, the proposed order may be signed and entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, if a written objection is timely filed and served with respect to the Order a hearing (the "Hearing") will be held to consider such objection before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on a date to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted upon default.

TO: Brooklyn, New York
October 18, 2023

Respectfully submitted,
Law Offices of Rachel S. Blumenfeld PLLC
Attorney for Debtor

By:     _/s/ Rachel S. Blumenfeld_
Rachel S. Blumenfeld (1458)
26 Court Street, Suite 2220
Brooklyn, New York  11242
Tel: (718) 858-9600