**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SHOWFIELDS, INC., et al., | Case No.: 23-43643 (JMM) |
| Debtor. | (Jointly Administered) |

**ORDER PURSUANT TO LBR 9077-1, SCHEDULING A HEARING
ON SHORTENED NOTICE TO CONSIDER DEBTOR'S
APPLICATION TO EMPLOY THE LAW OFFICE OF RACHEL
S. BLUMENFELD PLLC AS ATTORNEY FOR THE DEBTOR
AND DEBTOR IN POSSESSION**

**UPON** the motion of the Jointly Administered Debtors Showfields, Inc., et al., (the "Debtors") by and through their proposed counsel, the Law Office of Rachel S. Blumenfeld, PLLC (the "Movant"), seeking entry of an Order, ~~pursuant to 11 U.S.C. § 362(c)(3)(B), extending the automatic stay in the above-captioned case~~, **employing Movant as counsel for the Debtors in the above-captioned cases, pursuant to 11 U.S.C. §§ 105(a), 327, 330, and 331** **(JMM)** [ECF No. 13 & 38] (the "Motion"); and upon the Affidavit of Rachel S. Blumenfeld, Esq., pursuant to E.D.N.Y. LBR 9077-1, in support of the Debtor's request for an Order scheduling a hearing to consider the Motion on shortened notice **(the "Emergency Motion") [ECF No. 43] (JMM)**; and after due deliberation thereon and good and sufficient cause appearing thereof, it is hereby

**ORDERED,** that a hearing (the "Hearing") to consider the Motion shall be held on **November 1, 2023 at 3:00 p.m.**, before the Honorable Jil Mazer Marino, United States Bankruptcy Judge, U.S. Bankruptcy Court for the Eastern District of New York, 271-C, Courtroom 3529, Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than **one hour**

prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

ORDERED, that the Movant shall serve a copy of this Order, together with a copy of the Motion and supporting papers, by ~~federal express~~ **overnight delivery service (or, upon agreement by the party in interest, service may be made by email or facsimile)** ~~unless the below parties accept service by email address on~~ **(JMM)**: (1) the U.S. Trustee, (2) the Sub V Trustee; (3) the Debtor, (4) parties having filed a notice of appearance, (5) the secured creditors, and (6) the ten largest unsecured creditors by October 27, 2023 by 5:00 p.m., which shall be deemed good and sufficient service hereof; and it is further

ORDERED, that the Debtor shall file a certificate of service with the Clerk of the Court **by 5:00 p.m. on October 30, 2023** reflecting that service was executed in accordance with this Order; and it is further

ORDERED, that any responses or objections to the relief requested in the Motion ~~shall~~ **may (JMM)** be raised at the Hearing.

Dated: October 27, 2023
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge