# Showfields NY2 LLC
## Account QuickReport
### Since July 13, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Clr | Amount |
|---:|---|---|---|---|---|---|---:|
| 07/13/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRate | 100014 Showfields NY 2 LLC ( R | | -10.00 |
| 07/14/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | | -35.58 |
| 07/17/2023 | Bill Payment (Check) | Ordinary Course Of business | Waste Connections of Nev | Invoice no. 2402602383 | 100014 Showfields NY 2 LLC ( R | | -544.38 |
| 07/17/2023 | Bill Payment (Check) | Ordinary Course Of business | Amy Novack | Invoice no. 101 | 100014 Showfields NY 2 LLC ( R | | -200.00 |
| 07/17/2023 | Check | Ordinary Course Of business | Bank fees | 000000000000000 ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY | 100014 Showfields NY 2 LLC ( R | | -96.60 |
| 07/17/2023 | Check | Ordinary Course Of business | Bank fees | 000000000000000 ACCOUNT ANALYSIS FEE FEE BASED ACTIVITY | 100014 Showfields NY 2 LLC ( R | | -0.57 |
| 07/18/2023 | Bill Payment (Check) | Ordinary Course Of business | Arsenal Communications Inc. | | 100014 Showfields NY 2 LLC ( R | | -7,621.25 |
| 07/18/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRate | 100014 Showfields NY 2 LLC ( R | | -135.22 |
| 07/18/2023 | Expense | Ordinary Course Of business | Stripe | | 100014 Showfields NY 2 LLC ( R | | -115.00 |
| 07/18/2023 | Expense | Ordinary Course Of business | Stripe | | 100014 Showfields NY 2 LLC ( R | | -10.00 |
| 07/18/2023 | Expense | Ordinary Course Of business | Stripe | | 100014 Showfields NY 2 LLC ( R | | -10.00 |
| 07/20/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet | | 100014 Showfields NY 2 LLC ( R | | -15,233.46 |
| 07/20/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet | | 100014 Showfields NY 2 LLC ( R | | -2,885.78 |
| 07/20/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRate | 100014 Showfields NY 2 LLC ( R | | -50.00 |
| 07/21/2023 | Bill Payment (Check) | Ordinary Course Of business | CW Realty Property Management | | 100014 Showfields NY 2 LLC ( R | | -62,352.94 |
| 07/21/2023 | Bill Payment (Check) | Ordinary Course Of business | CW Realty Property Management | | 100014 Showfields NY 2 LLC ( R | | -17,647.06 |
| 07/21/2023 | Bill Payment (Check) | | Art Gurl | Invoice no. S3052023-W | 100014 Showfields NY 2 LLC ( R | | -600.00 |
| 07/21/2023 | Bill Payment (Check) | | David McFaul | Invoice no. 28 | 100014 Showfields NY 2 LLC ( R | | -300.00 |
| 07/21/2023 | Bill Payment (Check) | Ordinary Course Of business | VERIZON | | 100014 Showfields NY 2 LLC ( R | | -254.75 |
| 07/21/2023 | Bill Payment (Check) | | Loconsolo Paints | Invoice no. 61340/4 | 100014 Showfields NY 2 LLC ( R | | -233.96 |
| 07/21/2023 | Bill Payment (Check) | | David McFaul | Invoice no. 29 | 100014 Showfields NY 2 LLC ( R | | -210.00 |
| 07/21/2023 | Bill Payment (Check) | | Loconsolo Paints | Invoice no. 60771/4 | 100014 Showfields NY 2 LLC ( R | | -187.94 |
| 07/21/2023 | Bill Payment (Check) | | David McFaul | Invoice no. 27 | 100014 Showfields NY 2 LLC ( R | | -165.00 |
| 07/21/2023 | Bill Payment (Check) | | Loconsolo Paints | Invoice no. 60802/4 | 100014 Showfields NY 2 LLC ( R | | -43.01 |
| 07/24/2023 | Check | | Trove LLC | 000000000000000 WIRE OUT 202307240001267   TROVE LLC | 100014 Showfields NY 2 LLC ( R | | -2,442.00 |
| 07/24/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet | | 100014 Showfields NY 2 LLC ( R | | -1,881.29 |
| 07/27/2023 | Expense | Overcharge Refund | Cantrip, Inc | Overcharge refund | 100014 Showfields NY 2 LLC ( R | | -1,181.25 |
| 07/27/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | | -13.00 |
| 07/28/2023 | Bill Payment (Check) | Ordinary Course Of business | Green Tech | Invoice no. 348659 | 100014 Showfields NY 2 LLC ( R | | -163.31 |
| 07/28/2023 | Bill Payment (Check) | Ordinary Course Of business | Melio | | 100014 Showfields NY 2 LLC ( R | | -1.50 |
| 07/29/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRate | 100014 Showfields NY 2 LLC ( R | | -7.50 |
| 08/01/2023 | Expense | Ordinary Course Of business | VERIZON | 091000015349917 ACH DEBIT VERIZON          VZ BillPay         230801 | 100014 Showfields NY 2 LLC ( R | | -513.44 |
| 08/03/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet | | 100014 Showfields NY 2 LLC ( R | | -14,378.05 |
| 08/03/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet | | 100014 Showfields NY 2 LLC ( R | | -217.49 |
| 08/03/2023 | Expense | Ordinary Course Of business | Squee LLC DBA Kegelbell | | 100014 Showfields NY 2 LLC ( R | | -130.78 |
| 08/03/2023 | Expense | Ordinary Course Of business | Stripe | Stipe fee | 100014 Showfields NY 2 LLC ( R | | -40.53 |
| 08/09/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | | -19.00 |
| 08/11/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | | -119.78 |
| 08/15/2023 | Check | Ordinary Course Of business | Bank fees | ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY            FOR 07/23 | 100014 Showfields NY 2 LLC ( R | | -172.60 |

| Date | Type | Category | Payee | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 08/15/2023 | Expense | Ordinary Course Of business | Stripe | fees | 100014 Showfields NY 2 LLC ( R | -3.78 |
| 08/15/2023 | Check | Ordinary Course Of business | Bank fees | ACCOUNT ANALYSIS FEE FEE BASED ACTIVITY         FOR 07/23 | 100014 Showfields NY 2 LLC ( R | -0.06 |
| 08/16/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | -31.66 |
| 08/17/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet |  | 100014 Showfields NY 2 LLC ( R | -14,595.99 |
| 08/23/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fee | 100014 Showfields NY 2 LLC ( R | -35.58 |
| 08/24/2023 | Bill Payment (Check) | Ordinary Course Of business | Waste Connections of Nev | Invoice no. 2402612990 | 100014 Showfields NY 2 LLC ( R | -544.38 |
| 08/25/2023 | Bill Payment (Check) | Ordinary Course Of business | VERIZON |  | 100014 Showfields NY 2 LLC ( R | -275.98 |
| 08/25/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRate | 100014 Showfields NY 2 LLC ( R | -10.00 |
| 08/28/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fee | 100014 Showfields NY 2 LLC ( R | -49.70 |
| 08/28/2023 | Bill Payment (Check) | Ordinary Course Of business | Melio |  | 100014 Showfields NY 2 LLC ( R | -1.50 |
| 08/30/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet |  | 100014 Showfields NY 2 LLC ( R | -3,123.05 |
| 08/31/2023 | Bill Payment (Check) | Wages / Commissions  / Payroll fees  throug | TriNet |  | 100014 Showfields NY 2 LLC ( R | -10,957.83 |
| 08/31/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | 021000020320295 ACH DEBIT INTUIT *          QBooks Onl        230831 | 100014 Showfields NY 2 LLC ( R | -97.99 |
| 09/05/2023 | Check | Expenses reimbursement to employee | Tal Nathanel | 000000000000000 WIRE OUT 202309050002109   TAL ZVI NATHANEL | 100014 Showfields NY 2 LLC ( R | -623.86 |
| 09/05/2023 | Expense | Ordinary Course Of business | Stripe | Stripe | 100014 Showfields NY 2 LLC ( R | -47.35 |
| 09/06/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | -101.46 |
| 09/07/2023 | Bill Payment (Check) | Ordinary Course Of business | Art Gurl | Paid to Rachel $550.44 from INC | 100014 Showfields NY 2 LLC ( R | -200.00 |
| 09/07/2023 | Expense | Ordinary Course Of business | QuickBooks Payments | 021000023169724 ACH DEBIT INTUIT *          QBooks Onl        230907 | 100014 Showfields NY 2 LLC ( R | -90.00 |
| 09/11/2023 | Bill Payment (Check) | Ordinary Course Of business | Waste Connections of Nev | Invoice no. 2402645818 | 100014 Showfields NY 2 LLC ( R | -544.38 |
| 09/11/2023 | Bill Payment (Check) | Ordinary Course Of business | Waste Connections of Nev | Invoice no. 2402624627 | 100014 Showfields NY 2 LLC ( R | -544.38 |
| 09/14/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | -94.39 |
| 09/15/2023 | Check | Ordinary Course Of business | Bank fees | 000000000000000 ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY | 100014 Showfields NY 2 LLC ( R | -127.60 |
| 09/27/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fee | 100014 Showfields NY 2 LLC ( R | -5.00 |
| 09/29/2023 | Bill Payment (Check) | Ordinary Course Of business | Upper Restoration | Invoice no. 1 | 100014 Showfields NY 2 LLC ( R | -3,500.00 |
| 09/29/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( R | -49.70 |
| 10/02/2023 | Bill Payment (Check) | Ordinary Course Of business | Upper Restoration |  | 100014 Showfields NY 2 LLC ( C | -3,500.00 |
| 10/02/2023 | Bill Payment (Check) | Ordinary Course Of business | Melio |  | 100014 Showfields NY 2 LLC ( C | -1.50 |
| 10/04/2023 | Bill Payment (Check) | Ordinary Course Of business | Monte Art Collection LLC |  | 100014 Showfields NY 2 LLC ( C | -9,250.00 |
| 10/04/2023 | Expense | Ordinary Course Of business | Stripe | Stripe fees | 100014 Showfields NY 2 LLC ( C | -106.44 |
| 10/06/2023 | Bill Payment (Check) | Ordinary Course Of business | Monte Art Collection LLC |  | 100014 Showfields NY 2 LLC ( C | -270.00 |
| **Total for 100014 Showfields NY 2 LLC (2801) - 1** | | | | | | **-$ 179,007.58** |
| **TOTAL** | | | | | | |

Wednesday, Oct 11, 2023 09:51:19 AM GMT-7

- Ordinary Course Of business
- Pre Petition for Critical 1099 employees
- Wages / Commissions  / Payroll fees  through Trinet
- Ordinary Course Of business
- Pre Petition Debt Settlement With Critical Vendor
- Expenses reimbursement to employee

| | Bankruptcy Lawer | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pre Petition for Critical 1099 employees | | | | | | |