# Showfields, Inc
## Transaction Report
### Since July 13, 2023

| Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|
| 07/13/2023 | Expense | Ordinary Course Of business | Intuit Quickbooks | 021000027330771 ACH DEBIT INTUIT * QBooks Onl 23071: | 100016 LB-Checking INC (7800) | 720003 Software / IT | -92.54 |
| 07/14/2023 | Expense | Ordinary Course Of business | Amex | 091000013065266 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,000.00 |
| 07/14/2023 | Check | Ordinary Course Of business | Amazon Web Services | CHECK 99358527 CHECK | 100016 LB-Checking INC (7800) | 720003 Software / IT | -2,567.08 |
| 07/17/2023 | Check | Ordinary Course Of business | Overdraft Fee | 000000000000000 ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY | 100016 LB-Checking INC (7800) | 720002 Bank fees | -1,211.25 |
| 07/17/2023 | Check | Ordinary Course Of business | Overdraft Fee | 000000000000000 ACCOUNT ANALYSIS FEE FEE BASED ACTIVITY | 100016 LB-Checking INC (7800) | 720002 Bank fees | -4.10 |
| 07/17/2023 | Expense | Ordinary Course Of business | Amex | 091000015341399 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -3,000.00 |
| 07/18/2023 | Bill Payment (Check) | Ordinary Course Of business | Doreen Edri | Invoice no. 2023-06-02 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,708.33 |
| 07/18/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,000.00 |
| 07/19/2023 | Check | Ordinary Course Of business | 85 D Realty LLC | 000000000000000 WIRE OUT 202307190005063 85 D REALTY LLC | 100016 LB-Checking INC (7800) | Corporate Housing) | -655.00 |
| 07/19/2023 | Expense | Ordinary Course Of business | OnSign TV | 091000010452978 ACH DEBIT ONSIGN TV LIMITED IAT PAYPAL | 100016 LB-Checking INC (7800) | 720003 Software / IT | -179.91 |
| 07/20/2023 | Expense | Ordinary Course Of business | Amex | 091000010578670 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,500.00 |
| 07/21/2023 | Expense | Ordinary Course Of business | Spectrum | 021000025317188 ACH DEBIT SPECTRUM SPECTRUM 2 | 100016 LB-Checking INC (7800) | 720007 Office Utilities | -197.97 |
| 07/25/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,000.00 |
| 07/28/2023 | Expense | Ordinary Course Of business | Amex | 091000012504076 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,700.00 |
| 07/28/2023 | Expense | Ordinary Course Of business | Amex | 091000012507050 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -400.00 |
| 07/28/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -113,081.10 |
| 07/28/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,221.57 |
| 07/28/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -23,797.38 |
| 07/31/2023 | Expense | Ordinary Course Of business | Amex | 091000017586273 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,500.00 |
| 07/31/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Hilal Bouali | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -4,500.00 |
| 08/01/2023 | Expense | Ordinary Course Of business | Shopify | 091000014372909 ACH DEBIT SHOPIFY INC. IAT PAYPAL 23( | 100016 LB-Checking INC (7800) | 720003 Software / IT | -1,299.40 |
| 08/02/2023 | Expense | Ordinary Course Of business | Shopify | 091000013398485 ACH DEBIT ONSIGN TV LIMITED IAT PAYPAL | 100016 LB-Checking INC (7800) | 720003 Software / IT | -179.91 |
| 08/02/2023 | Expense | Ordinary Course Of business | Amex | 091000017014238 ACH DEBIT AMEX EPAYMENT ACH PMT | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,500.00 |
| 08/07/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,360.49 |
| 08/11/2023 | Check | Ordinary Course Of business | 85 D Realty LLC | WIRE OUT 202308030001059 85 D REALTY LLC | 100016 LB-Checking INC (7800) | (Corporate Housing) | -2,895.00 |
| 08/14/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -122,783.14 |
| 08/15/2023 | Check | Ordinary Course Of business | Bank fees | ACCOUNT ANALYSIS FEE ANALYSIS ACTIVITY FOR 07/: | 100016 LB-Checking INC (7800) | 720002 Bank fees | -1,014.65 |
| 08/15/2023 | Check | Ordinary Course Of business | Bank fees | ACCOUNT ANALYSIS FEE FEE BASED ACTIVITY FOR 07 | 100016 LB-Checking INC (7800) | 720002 Bank fees | -18.97 |
| 08/15/2023 | Check | Ordinary Course Of business | Amazon Web Services | CHECK | 100016 LB-Checking INC (7800) | 720003 Software / IT | -2,577.30 |
| 08/21/2023 | Check | Wages / Commissions / Payroll fees through Trinet | TriNet | 000000000000000 WIRE OUT 202308210004114 TRINET HR III, IN( | 100016 LB-Checking INC (7800) | 700000 Payroll | -2,558.48 |
| 08/21/2023 | Bill Payment (Check) | Wages / Commissions / Payroll fees through Trinet | TriNet | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -28,981.54 |
| 08/29/2023 | Bill Payment (Check) | Ordinary Course Of business | Doreen Edri | Invoice no. 2023-07-01 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,312.50 |
| 08/29/2023 | Check | Wages / Commissions / Payroll fees through Trinet | Sophie Guzman | WIRE OUT 202308290003789 SOPHIA GUZMAN | 100016 LB-Checking INC (7800) | 120001 Prepaid Expenses | -1,500.00 |
| 08/30/2023 | Check | Wages / Commissions / Payroll fees through Trinet | TriNet | 000000000000000 WIRE OUT 202308300003485 TRINET HR III, IN( | 100016 LB-Checking INC (7800) | 700000 Payroll | -3,955.76 |
| 08/31/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202308310008254 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -3.51 |
| 08/31/2023 | Expense | Ordinary Course Of business | Mesh Pay | Mesh Pay Mesh Pay 230830 | 100016 LB-Checking INC (7800) | 100020 Mesh Payments | -50.00 |
| 09/01/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Lindsay Goldsmith | Invoice no. 0004 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -4,835.00 |
| 09/05/2023 | Expense | Ordinary Course Of business | TriNet | 202309050001635 TRINET HR III, INC. 598301 FOR SHO | 100016 LB-Checking INC (7800) | 700000 Payroll | -126,600.23 |
| 09/05/2023 | Expense | Ordinary Course Of business | 85 D Realty LLC | 202309050001912 85 D REALTY LLC | 100016 LB-Checking INC (7800) | (Corporate Housing) | -2,895.00 |
| 09/05/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309050004220 TRINET HR III, INC. 8598800 FOR SHO | 100016 LB-Checking INC (7800) | 700000 Payroll | -5,416.98 |
| 09/07/2023 | Expense | Ordinary Course Of business | Amex | AMEX EPAYMENT ACH PMT 230907 W7776 | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,000.00 |
| 09/07/2023 | Expense | Ordinary Course Of business | NYC Water Board | NYCWATERBOARD BILLPAY 230907 | 100016 LB-Checking INC (7800) | 720007 Office Utilities | -443.90 |
| 09/08/2023 | Expense | Ordinary Course Of business | TriNet | 202309080004929 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -1,912.37 |
| 09/08/2023 | Expense | Ordinary Course Of business | Amex | AMEX EPAYMENT ACH PMT 230908 W0180 | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -1,000.00 |
| 09/11/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309110001015 TRINET HR III, INC. 8601062 FOR SHO | 100016 LB-Checking INC (7800) | 700000 Payroll | -9,005.58 |
| 09/11/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309110001773 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -417.45 |
| 09/11/2023 | Expense | Ordinary Course Of business | HubSpot Inc | 202309110004396 HUBSPOT INC | 100016 LB-Checking INC (7800) | 720003 Software / IT | -3,308.71 |
| 09/12/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309110003985 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -6,378.31 |
| 09/12/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309110006338 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -1,169.67 |
| 09/12/2023 | Expense | Ordinary Course Of business | Google | GOOGLE APPS_COMME 230911 US003WIRN8 | 100016 LB-Checking INC (7800) | 720003 Software / IT | -2,074.96 |
| 09/12/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,000.00 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001606 TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -5,859.39 |

| Date | Type | Description | Vendor | Memo | Account | Category | Amount |
|---|---|---|---|---|---|---|---|
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001675  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -124,669.10 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001687  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -14,154.51 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001696  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -6,422.71 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001727  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -17,133.51 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001731  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -13,656.30 |
| 09/13/2023 | Expense | Wages / Commissions / Payroll fees through Trinet | TriNet | 202309130001740  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -1,188.09 |
| 09/13/2023 | Expense | Ordinary Course Of business | Amazon Web Services | CHECK | 100016 LB-Checking INC (7800) | 720003 Software / IT | -2,576.55 |
| 09/14/2023 | Expense | Expenses reimbursement to employee | Rachel Stephens | 202309140003369  RACHEL STEPHENS Expenses allocated to the v | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -550.44 |
| 09/14/2023 | Bill Payment (Check) | Ordinary Course Of business | Doreen Edri | Invoice no. 2023-07-02 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,692.71 |
| 09/14/2023 | Bill Payment (Check) | Ordinary Course Of business | Doreen Edri | Invoice no. N°2023-08-01 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -307.29 |
| 09/15/2023 | Expense | Ordinary Course Of business | Bank fees | ANALYSIS ACTIVITY    FOR 08/23 | 100016 LB-Checking INC (7800) | 720002 Bank fees | -875.55 |
| 09/15/2023 | Expense | Ordinary Course Of business | Bank fees | FEE BASED ACTIVITY    FOR 08/23 | 100016 LB-Checking INC (7800) | 720002 Bank fees | -0.33 |
| 09/15/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Lindsay Goldsmith | Invoice no. 0004 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,585.00 |
| 09/15/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Lindsay Goldsmith | Invoice no. 0005 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,250.00 |
| 09/15/2023 | Expense | Ordinary Course Of business | NYS DTF CT Tax | NYS DTF CT    Tax Paymnt    230915    000000103330039 | 100016 LB-Checking INC (7800) | 720005 Taxes & Licenses | -803.00 |
| 09/20/2023 | Expense | Wages through Trinet | TriNet | 202309200002054  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -907.59 |
| 09/20/2023 | Expense | Wages through Trinet | TriNet | 202309200003588  TRINET HR III, INC.    OR SHOWFIELDS | 100016 LB-Checking INC (7800) | 700000 Payroll | -7,685.49 |
| 09/20/2023 | Expense | Wages through Trinet | TriNet | 202309200004586  TRINET HR III, INC.    9/30/22 FOR SHOW | 100016 LB-Checking INC (7800) | 700000 Payroll | -2,353.95 |
| 09/20/2023 | Expense | Wages through Trinet | TriNet | 202309200004603  TRINET HR III, INC.    9/30/22 FOR SHOW | 100016 LB-Checking INC (7800) | 700000 Payroll | -31,745.11 |
| 09/20/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,000.00 |
| 09/22/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309220002058  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -3.82 |
| 09/22/2023 | Expense | Wages through Trinet | TriNet | 202309220006669  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -14.78 |
| 09/26/2023 | Expense | Ordinary Course Of business | Dumbo Moving | 202309260003537  DUMBO MOVING AND STORAGE, INC. | 100016 LB-Checking INC (7800) | 220007 Intercompany FL1 | -12,210.00 |
| 09/27/2023 | Expense | Ordinary Course Of business | Dumbo Moving | 202309270001464  DUMBO MOVING AND STORAGE, INC. | 100016 LB-Checking INC (7800) | 220005 Intercompany-NY1 | -6,200.00 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002007  P202309270002007  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -7,564.33 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002023  P202309270002023  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -6,364.08 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002027  P202309270002027  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -14,427.17 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002044  P202309270002044  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -12,039.35 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002050  P202309270002050  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -16,092.87 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270002056  P202309270002056  1437875625 | 100016 LB-Checking INC (7800) | 700000 Payroll | -109,616.72 |
| 09/27/2023 | Expense | Wages / Payroll fees through Trinet | TriNet | 202309270003994  TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700000 Payroll | -80.41 |
| 09/28/2023 | Expense | Expenses reimbursement to employee | Rachel Stephens | 202309280004811  RACHEL STEPHENS | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -2,563.42 |
| 09/28/2023 | Expense | Ordinary Course Of business | HubSpot Inc | HUBSPOT INC.    J1928 RCUR    TRN*1*CZ100004JSR8CRMR*IH | 100016 LB-Checking INC (7800) | 720003 Software / IT | -3,308.71 |
| 09/29/2023 | Expense | Expenses reimbursement to employee | Rachel Stephens | 202309290000474  RACHEL STEPHENS | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -2,359.73 |
| 09/29/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -895.50 |
| 09/29/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -104.50 |
| 10/02/2023 | Expense | Expenses reimbursement to employee | Marwa Khaleel | 202310020002549  MARWA KHALEEL payment reimbursement for Th | 100016 LB-Checking INC (7800) | 220002 Intercompany-NY2 | -1,855.72 |
| 10/02/2023 | Expense | Expenses reimbursement to employee | Rachel Stephens | 202310020007955  RACHEL STEPHENS | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -5,977.75 |
| 10/02/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Doreen Edri | Invoice no. N°2023-08-01 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,385.42 |
| 10/02/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Doreen Edri | Invoice no. N°2023-08-02 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,692.71 |
| 10/02/2023 | Bill Payment (Check) | Pre Petition for Critical 1099 employees | Doreen Edri | Invoice no. N°2023-09-01 | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -421.87 |
| 10/02/2023 | Bill Payment (Check) | Ordinary Course Of business | Small Girls PR LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -10,000.00 |
| 10/03/2023 | Bill Payment (Check) | Ordinary Course Of business | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,000.00 |
| 10/04/2023 | Expense | Pre Petition for Critical 1099 employees | Marwa Khaleel | 202310040004795  MARWA KHALEEL Google monthly membership | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -4,775.85 |
| 10/04/2023 | Expense | Pre Petition for Critical 1099 employees | Marwa Khaleel | 202310040005149  MARWA KHALEEL Slack monthly membership | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -657.33 |
| 10/05/2023 | Expense | Pre Petition Debt Settlement With Critical Vendor | Arcana | 202310050006280  ARCANA | 100016 LB-Checking INC (7800) | 220002 Intercompany-NY2 | -8,000.00 |
| 10/05/2023 | Expense | Expenses reimbursement to employee | Rachel Blumenfeld | Paid from INC | 100016 LB-Checking INC (7800) | 220002 Intercompany-NY2 | -21,738.00 |
| 10/05/2023 | Expense | Reimbursement to a brand who was accidentally charged twice | Yes Apples | SHOWFIELDS INC  YES APPLES    231005 | 100016 LB-Checking INC (7800) | 220005 Intercompany-NY1 | -12,500.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Settlement With Critical Vendor | SoftwareHut LLC | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -10,000.00 |
| 10/05/2023 | Bill Payment (Check) | Bankruptcy Lawer | Rachel Blumenfeld | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -21,738.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,313.75 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,266.51 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,500.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,500.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,500.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -4,308.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,669.75 |

| Date | Type | Category | Vendor | Ref | Description | Account | Sub-Account | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | McDermott Will & Emery | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -4,777.50 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | McDermott Will & Emery | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -2,326.25 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | McDermott Will & Emery | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,675.00 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | McDermott Will & Emery | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,776.25 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | McDermott Will & Emery | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -1,919.50 |
| 10/05/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,500.00 |
| 10/05/2023 | Expense | Pre Petition Debt Settlement With Critical Vendor | Gross, Kleinhendler, Hodak, Halevy, Greenberg & Co | | | 100016 LB-Checking INC (7800) | 120001 Prepaid Expenses | -6,441.99 |
| 10/06/2023 | Expense | Ordinary Course Of business | Premium Electric | 202310060001212 | PREMIUM ELECTRIC | 100016 LB-Checking INC (7800) | 220002 Intercompany-NY2 | -3,410.00 |
| 10/06/2023 | Expense | Ordinary Course Of business | Dumbo Moving | 202310060001281 | DUMBO MOVING AND STORAGE, INC. | 100016 LB-Checking INC (7800) | 220002 Intercompany-NY2 | -17,000.00 |
| 10/06/2023 | Expense | Expenses reimbursement to employee | Rachel Stephens | 202310060001911 | RACHEL STEPHENS | 100016 LB-Checking INC (7800) | Justworks_A:Reimbursable Expenses | -5,987.74 |
| 10/06/2023 | Expense | Pre Petition Settlement With Critical Vendor | Bailout Media (Fortune | 202310060002573 | FORTUNE BY FAME, LLC | 100016 LB-Checking INC (7800) | 220007 Intercompany FL1 | -2,500.00 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004786 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -3,109.02 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004793 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -57,248.35 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004795 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -2,892.28 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004803 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -1,770.50 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004804 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -594.13 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004831 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -40,863.10 |
| 10/06/2023 | Expense | Pre Petition for Critical 1099 employees | TriNet | 202310060004832 | TRINET HR III, INC | 100016 LB-Checking INC (7800) | 700001 Payroll:Salary | -2,864.77 |
| 10/06/2023 | Bill Payment (Check) | Ordinary Course Of business | JAMS, INC. | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -200.00 |
| 10/06/2023 | Bill Payment (Check) | Pre Petition Debt Settlement With Critical Vendor | HubSpot Inc | | | 100016 LB-Checking INC (7800) | 300003 Accounts Payable | -3,879.17 |
| **Total for LB-Checking INC (7800)** | | | | | | | | **-$ 1,226,563.26** |
| **TOTAL** | | | | | | | | |

Wednesday, Oct 11, 2023 10:08:39 AM GMT-7 - Accrual Basis

**Legend:**
- Ordinary Course Of business
- Pre Petition for Critical 1099 employees / Wages / Commissions / Payroll fees through Trinet
- Ordinary Course Of business
- Pre Petition Debt Settlement With Critical Vendor
- Expenses reimbursement to employee
- Bankruptcy Lawer
- Pre Petition for Critical 1099 employees