| | | | **Other Expanses ( Travel moslty)** | | | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Name** | **Relation** | **Type** | **Total** | | **Memo** | |
| | Amir Zwickel | CRO | Reimbursable Expenses | $47,853.67 | Reimbursable Expenses | | |
| | Tal Zvi Nathanel | CEO | Company & Employe Reimbursable Expenses + Empla | $46,227.05 | Tal Zvi Nathanel | 202212020003670  TAL ZVI NATHANEL | |
| | | | | $94,080.72 | | | |

**Company Day to Day payments done on CEO cards which the all company had for 3 months**
Dev Shop Poland, Softwere, Vendors, Build Etc.

**In order to help with cash flow, the CEO provided a personal card for paying company-approved expenses. However, since around June, these expenses have not been repaid, and the company still owes him**

| **Date** | **Name** | **Relation** | **Type** | **Total** | **Payee** | **Memo** |
|---|---|---|---|---|---|---|
| 05/22/2023 | Tal Zvi Nathanel | CEO | Company Reimbursable Expenses for paying cmopany approced axpaness. From Around June | $25,709.73 | 021000020070495 ACH DEBIT CHASE CREDIT CRD  AUTOPAY      230522 | |
| 04/21/2023 | Tal Zvi Nathanel | CEO | Company Reimbursable Expenses | $4,333.54 | 021000025333313 ACH DEBIT CHASE CREDIT CRD  AUTOPAY      230421 | |
| 03/21/2023 | Tal Zvi Nathanel | CEO | Company Reimbursable Expenses | $11,059.65 | 021000022204502 ACH DEBIT CHASE CREDIT CRD  AUTOPAY      230321 | |
| 02/21/2023 | Tal Zvi Nathanel | CEO | Company Reimbursable Expenses | $14,459.32 | 021000020468642 ACH DEBIT CHASE CREDIT CRD  AUTOPAY      230221 | |
| | | | | $55,562.24 | | |