# Showfields, Inc

## Balance Sheet
As of August 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       100016 LB-Checking INC (7800) | 137,081.06 |
|       100017 SVB Checking Account Primary (4663) | -31.63 |
|       100020 Mesh Payments | -69,222.45 |
|     **Total Bank Accounts** | **$67,826.98** |
|     **Other Current Assets** | |
|       120001 Prepaid Expenses | 74,136.30 |
|       130001 Founder's Loan | 35,500.00 |
|       130002 Exchange | 0.00 |
|       Deposits | 0.00 |
|     **Total Other Current Assets** | **$109,636.30** |
|   **Total Current Assets** | **$177,463.28** |
|   **Fixed Assets** | |
|     210002 Development cost- Hard | 0.00 |
|     210005 Fixed Asset Computers&Monitors | 21,443.92 |
|     211001 Fixed Asset Furniture | 1,685.03 |
|     215001 Accumulated Amortization | -3,183.06 |
|     215002 Accumulated Depreciation | -9,635.59 |
|     215003 Leasehold Improvements | 40,000.00 |
|     215004 Intangible assets | 14,150.00 |
|     215005 Other fixed assets | 3,058.79 |
|   **Total Fixed Assets** | **$67,519.09** |
|   **Other Assets** | |
|     220002 Intercompany-NY2 | -328,900.65 |
|     220003 Intercompany-MB | -752,068.64 |
|       220025 Ops Payroll | 297,456.47 |
|       220029 Development | 117,803.95 |
|   **Total 220003 Intercompany-MB** | **-336,808.22** |
|     220005 Intercompany-NY1 | -3,980,683.62 |
|       220008 Credit Cards | -225,631.72 |
|       220009 Development | 1,177,622.76 |
|       220010 G&A | -5,003.60 |
|       220011 LoanNY1 | 1,308,150.71 |
|       220012 Marketing | -276,162.89 |
|       220013 Opex | 495,683.80 |

# Showfields, Inc

## Balance Sheet
As of August 31, 2023

|  | TOTAL |
|---|---:|
| 220014 Payroll | 1,869,437.54 |
|   220015 OPS Reimbursement pay | 99.81 |
|   220016 OPS Employer Paid Contributions and Fees | 66,650.92 |
|   220017 OPS Employer Paid Taxes | 106,572.94 |
|   220018 OPS Member Paid Deductions | -5,325.92 |
|   220019 OPS Payroll | 1,402,166.11 |
|   220020 OPS Supplemental Pay | 25,171.29 |
| **Total 220014 Payroll** | **3,464,772.69** |
|   220021 Production | 386,623.28 |
|   220022 R&D | -40,000.00 |
|   220023 TI | -445,950.45 |
|   220024 Transfers | -800,000.00 |
| **Total 220005 Intercompany-NY1** | **1,059,420.96** |
|   220006 Intercompany DC | -336,266.86 |
| 220007 Intercompany FL1 | -802,620.15 |
|   220026 Loan | 1,887,031.83 |
|   220027 Ops Payroll | 1,461,903.65 |
| **Total 220007 Intercompany FL1** | **2,546,315.33** |
|   220028 Security Deposits | 5,495.00 |
| **Total Other Assets** | **$2,609,255.56** |
| **TOTAL ASSETS** | **$2,854,237.93** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|   Current Liabilities | |
|     Accounts Payable | |
|     300003 Accounts Payable | 418,387.53 |
|   **Total Accounts Payable** | **$418,387.53** |
|   Credit Cards | |
|     0298-G&A-Tal | 0.00 |
|     100018 SVB CC INC (3385) | 96,430.89 |
|     100019 SVB CC INC MARKETING (8914) | 0.00 |
|     Amir Zwickel *6872 | 0.00 |
|     J ZALAZNICK *9021 | 0.00 |
|     Jan Milberg *0206 | 0.00 |
|     Jon Zalaznick *4239 | 0.00 |
|     Mastercard Business Card 1562 | 0.00 |
|     SHARIT MIRIAM KASSAB*5612 | 0.00 |
|     SVP-Yossi Shemesh Card *1743 | 0.00 |

# Showfields, Inc

## Balance Sheet

As of August 31, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$96,430.89** |
| Other Current Liabilities | |
|   300014 Accrued Expenses | 229,920.94 |
|   310001 Convertible Loan | 0.00 |
|   310002 Pipe | 1,400,721.05 |
|   310003 Short term Loan | 638,500.00 |
|   Membership Deposit | 0.00 |
| **Total Other Current Liabilities** | **$2,269,141.99** |
| **Total Current Liabilities** | **$2,783,960.41** |
| Long-Term Liabilities | |
|   350003 PPP Loan | 0.00 |
|   350004 SBA Treasury Loan | 482,402.00 |
|   EID grant | 0.00 |
| **Total Long-Term Liabilities** | **$482,402.00** |
| **Total Liabilities** | **$3,266,362.41** |
| Equity | |
|   410001 Common Stock - Par Value | 129.75 |
|   410002 Preferred Stock- Par Value | 261.00 |
|   420001 Investment Capital | 24,915,498.74 |
|     420002 Deferred Expenses | -27,500.00 |
|     420003 Stock Options | 172,533.00 |
| **Total 420001 Investment Capital** | **25,060,531.74** |
|   499999 Retained Earnings | -21,005,126.24 |
|   Net Income | -4,467,920.73 |
| **Total Equity** | **$ -412,124.48** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,854,237.93** |