# Showfields NY2 LLC

## Statement of Cash Flows
January - August, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -233,057.94 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
|   110002 Accounts Receivable (A/R) | -99,947.44 |
|   110003 Buildout | 58,751.00 |
|   110004 Membership | -58,751.00 |
|   120001 Prepaid expenses | -12,320.78 |
|   130003 Brands Sales Tax | -76.13 |
|   220001 Intercompany-NY | -310,975.25 |
|   220003 Intercompany MB | -81,626.14 |
|   220004 Intercompany-INC | -102,775.42 |
|   220006 Intercompany  DC | 92,052.32 |
|   220007 Intercompany FL | -11,674.50 |
|   215002 Accumulated Depreciation | 99,620.96 |
|   300003 Accounts Payable | 337,992.77 |
|   300010 Customer prepayments | 168,957.23 |
|   300014 Accrued Expenses | 107,680.27 |
|   310003 Short term Loan | 32,937.00 |
|   Intercompany-MB (do not use) | -9,168.92 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **210,675.97** |
| **Net cash provided by operating activities** | **$ -22,381.97** |
| **INVESTING ACTIVITIES** |  |
|   210002 Hard_Dev | -4,082.81 |
|   211000 Furniture & Fixtures (do not use) | 470,629.77 |
|   211001 Fixed Asset Furniture | -486,296.47 |
| **Net cash provided by investing activities** | **$ -19,749.51** |
| **FINANCING ACTIVITIES** |  |
|   300020 Notes Payable | -82,985.30 |
|   350005 Deferred Rent Liability | 26,586.16 |
|   Intercompany FL1 (do not use) | 31,484.28 |
| **Net cash provided by financing activities** | **$ -24,914.86** |
| **NET CASH INCREASE FOR PERIOD** | **$ -67,046.34** |
| Cash at beginning of period | 78,060.72 |
| CASH AT END OF PERIOD | $11,014.38 |