# Showfields NY2 LLC

## Profit and Loss

### January - August, 2023

|  | TOTAL |
|---|---:|
| Income | |
| 500000 Income | |
| 500001 Membership Flagship | 932,660.65 |
| 500003 Design and Prod. | 176,295.94 |
| 500007 Events Flagship | 49,775.00 |
| 500010 Other Income | 1,365.54 |
| **Total 500000 Income** | **1,160,097.13** |
| Uncategorized Income | 0.00 |
| **Total Income** | **$1,160,097.13** |
| Cost of Goods Sold | |
| 600000 PayRoll Expense | |
| 600001 Payroll | 336,801.60 |
| 600002 Payroll tax | 47,827.01 |
| 600003 Benefits | 2,532.06 |
| 600004 Payroll fees | 13,797.20 |
| **Total 600000 PayRoll Expense** | **400,957.87** |
| 610002 Discount | 2,797.22 |
| 610003 Stripe and Bank Fees | 14,824.65 |
| 620000 Rent Expense | 656,490.16 |
| 630000 Operations | |
| 630001 Utilities | 5,397.92 |
| 630003 Supplies | 19,193.66 |
| 630008 Insurance | 19,694.04 |
| **Total 630000 Operations** | **44,285.62** |
| 630002 Repairs & Main. | 15,398.87 |
| 630004 Storage | 1,309.00 |
| 630005 Shipping | 22,071.42 |
| 630006 Show | 350.00 |
| 630009 Software | 97.99 |
| 630010 Other Mics | 287.91 |
| 630011 Licenses & Permits | 1,456.00 |
| 630012 Professoinal Services | 2,500.00 |
| 640001 Materials | 28,736.62 |
| 640002 Contractors & Instalations | 79,426.31 |
| 640005 Event Expense | 17,291.57 |
| **Total Cost of Goods Sold** | **$1,288,281.21** |
| GROSS PROFIT | **$ -128,184.08** |
| Expenses | |
| Advertising & marketing | |
| Website ads | 0.00 |
| **Total Advertising & marketing** | **0.00** |

# Showfields NY2 LLC

## Profit and Loss

### January - August, 2023

| | TOTAL |
|---|---|
| Contract labor | 0.00 |
| General business expenses | |
|   Bank fees & service charges | 0.00 |
| **Total General business expenses** | **0.00** |
|   QuickBooks Payments Fees | 0.00 |
| **Total Expenses** | **$0.00** |
| NET OPERATING INCOME | **$ -128,184.08** |
| Other Income | |
|   660001 Interest expense | -5,250.00 |
| **Total Other Income** | **$ -5,250.00** |
| Other Expenses | |
|   800000 Depreciation expenses | 99,620.96 |
|   Reconciliation Discrepancies | 2.90 |
| **Total Other Expenses** | **$99,623.86** |
| NET OTHER INCOME | **$ -104,873.86** |
| NET INCOME | **$ -233,057.94** |