| | |
|---|---|
| **LAW OFFICE OF RACHEL S. BLUMENFELD PLLC**<br>26 Court Street, Suite 2220<br>Brooklyn, New York 11242<br>Telephone: (718) 858-9600<br>RACHEL BLUMENFELD | Hearing Date: November 1, 2023 @ 3:00 p.m. |

*Proposed Counsel to the Debtor*
*And Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SHOWFIELDS, INC., et al., | Case No.: 23-43643 (JMM) |
| Debtor. | (Jointly Administered) |

**PROPOSED AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 1, 2023**

**I. UNCONTESTED MATTERS**

    **A. Status Conference**

Related Documents:

1. Order Scheduling Subchapter V Initial Case Management Conference [ECF Docket 34] (Filed October 18, 2023).

    Status: This matter is going forward.

    **B. Authorizing the Use of Cash Collateral**

Related Documents:

1. Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral, etc [ECF Docket No. 21] (Filed October 13, 2023).

2. Order Scheduling Hearing on Motion for entry of Interim and Final Orders Authorizing Use of Cash Collateral, etc [ECF Docket No. 28] (October 16, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

5. Order Granting Motion on an Interim Basis [ECF Docket No. 41] (Filed on October 26, 2023).

   Status:  This matter is going forward.

   **C. Authorizing the Payment of Pre-Petition wages.**

   Related Documents:

1. Order Authorizing but not Direction Showfields Inc. to Pay $112,000 and Showfields NY 2 LLC to Pay $13,500 [ECF Docket No. 42] (Filed October 26, 2023).

2. Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

   Status:  This matter is going forward.

   **D. Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service.**

   Related Documents:

1. Motion for Continuation of Utility Service and Assurance of Payment to Utility Company [ECF Docket No. 11] (Filed October 12, 2023).

2. Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33} (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

   Status:  This matter is going forward.

   **E. Continuation of Pre-Petition Insurance Programs**

   Related Documents:

1.. Motion to Authorize the Entry of Interim and Final Orders to Continue their Prepetition Insurance and Pay Obligations Thereto [ECF Docket No. 12] (Filed October 12, 2023).

2. Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

    Status:  This matter is going forward.

**F. Authorizing the Debtor to Maintain Cash Management System & Existing Bank Accounts for the Interim Period.**

    Related Documents:

1. Motion to Authorize Debtor to Maintain Current Cash Management System and Existing Bank Accounts for the Interim Period [ECF Docket No. 15] (Filed October 12, 2023).

2. Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

    Status:  This matter is going forward.

**G.  Pay Pre-petition Claims of Certain Critical Vendors and 503(B)(9) Claimants**

    Related Documents:

1. Motion to Authorize Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of Certain Critical Vendors and 503(B)(9) Claimants; (II) Granting Administrative Expense Priority and (III) Granting Related Relief [ECF Docket No. 16] (Filed October 12, 2023).

2. Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

3. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

4. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

   Status:  This matter is going forward.

   **H.  Application to Employ the Law Offices of Rachel S. Blumenfeld as Attorney for the Debtor and Debtor In Possession**

   Related Documents:

1. Application to Employ Law Office of Rachel S. Blumenfeld PLLC [ECF Docket No. 13] (Filed on October 12, 2023).

2. Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

3. Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

4. Emergency Motion / Shortened Notice in Support filed 10/26/2023 [ECF Docket No. 43 (Filed October 26, 2023).

5. Order Scheduling Hearing on Shortened Notice to Consider Debtor's Application to Employ the Law Offices of Rachel S. Blumenfeld [ECF Docket No. 44] (Filed October 27, 2023).

6. Affidavit/Certificate of Service [ECF Docket No. 45] (Filed October 30, 2023).

   Status:  This matter is going forward.

   **I.  Authorizing Establishing Monthly Compensation & Reimbursement of Expenses of Professionals.**

   Related Documents:

   1.  Motion to Authorize/Direct Motion for Order Establishing Procedures for Monthly Compensation [ECF Docket No. 14] (Filed October 12, 2023).

   2.  Motion to Limit Notice for Entry of an Order Scheduling a Hearing on an Expedited Basis [ECF Docket 17] (Filed October 12, 2023).

   3.  Order Scheduling Hearing on First Day Motions [ECF Docket No. 33] (Filed October 18, 2023).

   4.  Affidavit of Service [ECF Docket No. 36] (Filed October 20, 2023).

   Status:  This matter is going forward.

Dated: Brooklyn, New York
November 1, 2023

                                          Respectfully submitted,
                                        Law Office of Rachel S. Blumenfeld

                          By:    */s/ Rachel S. Blumenfeld*
                                        Rachel S. Blumenfeld (RB-1458)
                                        26 Court Street, Suite 2220
                                      Brooklyn, NY 11242
                                        Tel:  (718) 858-9600
                                      *Proposed Counsel to the Debtor and Debtor in Possession*