# Showfields, Inc

## Balance Sheet
As of October 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     Bank Accounts | |
|       100016 LB-Checking INC (7800) | 17,567.69 |
|       100017 SVB Checking Account Primary (4663) | 23.37 |
|       100020 Mesh Payments | -69,222.45 |
|     **Total Bank Accounts** | **$ -51,631.39** |
|     Other Current Assets | |
|       120001 Prepaid Expenses | 93,351.64 |
|       130001 Founder's Loan | 35,500.00 |
|       130002 Exchange | 0.00 |
|       220031 Intercompany - Investment | -475,640.41 |
|       Deposits | 0.00 |
|     **Total Other Current Assets** | **$ -346,788.77** |
|   **Total Current Assets** | **$ -398,420.16** |
|   Fixed Assets | |
|     210002 Development cost- Hard | 2,207,026.08 |
|     210005 Fixed Asset Computers&Monitors | 22,900.16 |
|     211001 Fixed Asset Furniture | 1,685.03 |
|     215001 Accumulated Amortization | -3,340.28 |
|     215002 Accumulated Depreciation | -10,934.17 |
|     215003 Leasehold Improvements | 40,000.00 |
|     215004 Intangible assets | 14,150.00 |
|     215005 Other fixed assets | 3,058.79 |
|   **Total Fixed Assets** | **$2,274,545.61** |
|   Other Assets | |
|     220002 Intercompany-NY2 | -661,432.41 |
|     220003 Intercompany-MB | -744,308.34 |
|       220025 Ops Payroll | 297,456.47 |
|       220029 Development | 117,803.95 |
|   **Total 220003 Intercompany-MB** | **-329,047.92** |
|     220005 Intercompany-NY1 | -5,386,313.96 |
|       220008 Credit Cards | -225,631.72 |
|       220009 Development | 1,177,622.76 |
|       220010 G&A | -5,003.60 |
|       220011 LoanNY1 | 1,308,150.71 |
|       220012 Marketing | -276,162.89 |
|       220013 Opex | 495,683.80 |

# Showfields, Inc

Balance Sheet

As of October 31, 2023

|  | TOTAL |
|---|---:|
| 220014 Payroll | 1,869,437.54 |
|   220015 OPS Reimbursement pay | 99.81 |
|   220016 OPS Employer Paid Contributions and Fees | 66,650.92 |
|   220017 OPS Employer Paid Taxes | 106,572.94 |
|   220018 OPS Member Paid Deductions | -5,325.92 |
|   220019 OPS Payroll | 1,402,166.11 |
|   220020 OPS Supplemental Pay | 25,171.29 |
| **Total 220014 Payroll** | **3,464,772.69** |
|   220021 Production | 386,623.28 |
|   220022 R&D | -40,000.00 |
|   220023 TI | -445,950.45 |
|   220024 Transfers | -800,000.00 |
| **Total 220005 Intercompany-NY1** | **-346,209.38** |
|   220006 Intercompany DC | -464,764.10 |
|   220007 Intercompany FL1 | -1,415,516.74 |
|   220026 Loan | 1,887,031.83 |
|   220027 Ops Payroll | 1,461,903.65 |
| **Total 220007 Intercompany FL1** | **1,933,418.74** |
|   220028 Security Deposits | 5,495.00 |
| **Total Other Assets** | **$137,459.93** |
| **TOTAL ASSETS** | **$2,013,585.38** |
| LIABILITIES AND EQUITY |  |
|   Liabilities |  |
|   Current Liabilities |  |
|     Accounts Payable |  |
|     300003 Accounts Payable | 388,199.19 |
| **Total Accounts Payable** | **$388,199.19** |
|   Credit Cards |  |
|     0298-G&A-Tal | 0.00 |
|     100018 SVB CC INC (3385) | 93,375.89 |
|     100019 SVB CC INC MARKETING (8914) | 0.00 |
|     Amir Zwickel *6872 | 0.00 |
|     J ZALAZNICK *9021 | 0.00 |
|     Jan Milberg *0206 | 0.00 |
|     Jon Zalaznick *4239 | 0.00 |
|     Mastercard Business Card 1562 | 0.00 |
|     SHARIT MIRIAM KASSAB*5612 | 0.00 |
|     SVP-Yossi Shemesh Card *1743 | 0.00 |

# Showfields, Inc

## Balance Sheet
As of October 31, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$93,375.89** |
| Other Current Liabilities | |
|   300014 Accrued Expenses | 151,914.72 |
|   310001 Convertible Loan | 0.00 |
|   310002 Pipe | 1,400,721.05 |
|   310003 Short term Loan | 638,500.00 |
|   Membership Deposit | 0.00 |
| **Total Other Current Liabilities** | **$2,191,135.77** |
| **Total Current Liabilities** | **$2,672,710.85** |
| Long-Term Liabilities | |
|   350003 PPP Loan | 0.00 |
|   350004 SBA Treasury Loan | 482,402.00 |
|   EID grant | 0.00 |
| **Total Long-Term Liabilities** | **$482,402.00** |
| **Total Liabilities** | **$3,155,112.85** |
| Equity | |
|   410001 Common Stock - Par Value | 129.75 |
|   410002 Preferred Stock- Par Value | 261.00 |
|   420001 Investment Capital | 24,969,779.74 |
|     420002 Deferred Expenses | -27,500.00 |
|     420003 Stock Options | 172,533.00 |
| **Total 420001 Investment Capital** | **25,114,812.74** |
|   499999 Retained Earnings | -21,007,644.74 |
|   Net Income | -5,249,086.22 |
| **Total Equity** | **$ -1,141,527.47** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,013,585.38** |

**EXHIBIT B**

10. Because the DIP accounts were just opened, we needed to have other accounts open to operate business.

**EXHIBIT A**

3. Will be current before EOM.

5. Because the DIP accounts were opened just now and it takes a few weeks to move opera ng accounts given the current payment system.