Case 1-23-43643-jmm    Doc 79-2    Filed 11/24/23    Entered 11/24/23 03:35:58



**Valley**

| | | |
|---|---|---|
| | Last Statement: | September 30, 2023 |
| | Statement Ending: | October 31, 2023 |
| | Page: | 1 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

196451 M0656DDA110123151703 01 000000000 0 007

SHOWFIELDS INC
349 METROPOLITAN AVE
BROOKLYN NY 11211

| | | |
|---|---|---|
| Email: | | contactus@valley.com |
| Visit Us Online: | | www.valley.com |
| Mail To: | | 1720 Route 23, Wayne, NJ 07470 |
96451 0641654 0001-0007 5874067800 0

## Account Statement

### INTL BUSINESS XAA CHECKING  -XXXXXX7800

**SUMMARY FOR THE PERIOD: 10/01/23 - 10/31/23**

| Beginning Balance | + | Deposits & Other Credits | - | Withdrawals & Other Debits | = | Ending Balance |
|---|---|---|---|---|---|---|
| $4,559.90 | | $612,477.34 | | $599,469.55 | | $17,567.69 |

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $4,559.90 |
| 10/02 | CASH MGMT TRSFR CR<br>REF 2751348L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $3,500.00 | $8,059.90 |
| 10/02 | WIRE IN<br>202310020006522 TRINET HR III, INC  REFUND REF:8617550 9WVV00-REFUND REF | | $12,677.36 | $20,737.26 |
| 10/02 | ACH DEBIT<br>Doreen Edri N2023-08-0 N2023-08-02Invoice no. N2023-08-02 | -$1,692.71 | | $19,044.55 |
| 10/02 | ACH DEBIT<br>Doreen Edri N2023-08-0 N2023-08-01Invoice no. N2023-08-01 | -$1,385.42 | | $17,659.13 |
| 10/02 | ACH DEBIT<br>Doreen Edri N2023-09-0 N2023-09-01Invoice no. N2023-09-01 | -$421.87 | | $17,237.26 |
| 10/02 | WIRE OUT<br>202310020002549 MARWA KHALEEL | -$1,855.72 | | $15,381.54 |
| 10/02 | WIRE OUT<br>202310020007955 RACHEL STEPHENS | -$5,977.75 | | $9,403.79 |
| 10/02 | WIRE OUT<br>202310020007203 SMALL GIRLS PR, LL C | -$10,000.00 | | -$596.21 |
| 10/02 | RETURN ITEM<br>Doreen Edri N2023-08-0 N2023-08-02Invoice no. N2023-08-02 | | $1,692.71 | $1,096.50 |
| 10/02 | RETURN ITEM<br>Doreen Edri N2023-09-0 N2023-09-01Invoice no. N2023-09-01 | | $421.87 | $1,518.37 |



Have Questions?   800-522-4100       valley.com       © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 
196451 0641654 0001-0007 M0656DDA110123151703 01  L  0



Account Number: 7800
Statement Date: 10/31/2023
Page : 2 of 7

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---:|---:|---:|
| 10/02 | RETURN ITEM<br>Doreen Edri N2023-08-0 N2023-08-01Invoice no. N2023-08-01 | | $1,385.42 | $2,903.79 |
| 10/03 | CASH MGMT TRSFR CR<br>REF 2761242L FUNDS TRANSFER FRM DEP 2904931801 FROM | | $4,650.00 | $7,553.79 |
| 10/03 | CASH MGMT TRSFR CR<br>REF 2761243L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $4,650.00 | $12,203.79 |
| 10/03 | WIRE OUT<br>202310030001415 SOFTWAREHUT LLC | -$1,000.00 | | $11,203.79 |
| 10/04 | CASH MGMT TRSFR CR<br>REF 2771457L FUNDS TRANSFER FRM DEP 2904931801 FROM | | $1,000.00 | $12,203.79 |
| 10/04 | ACH DEBIT<br>Doreen Edri N2023-08-0 N2023-08-02Invoice no. N2023-08-02 | -$1,692.71 | | $10,511.08 |
| 10/04 | ACH DEBIT<br>Doreen Edri N2023-08-0 N2023-08-01Invoice no. N2023-08-01 | -$1,385.42 | | $9,125.66 |
| 10/04 | ACH DEBIT<br>Doreen Edri N2023-09-0 N2023-09-01Invoice no. N2023-09-01 | -$421.87 | | $8,703.79 |
| 10/04 | WIRE OUT<br>202310040005149 MARWA KHALEEL | -$657.33 | | $8,046.46 |
| 10/04 | WIRE OUT<br>202310040001919 SHOWFIELDS NY 1 LL C | -$2,883.47 | | $5,162.99 |
| 10/04 | WIRE OUT<br>202310040004795 MARWA KHALEEL | -$4,775.85 | | $387.14 |
| 10/05 | WIRE IN<br>202310050005379 WHITE AND WILLIAMS LLP 35706-00011 | | $400,000.00 | $400,387.14 |
| 10/05 | ACH DEBIT<br>SHOWFIELDS INC YES APPLES 231005 | -$12,500.00 | | $387,887.14 |
| 10/05 | WIRE OUT INTL<br>202310050005860 GROSS, KLEINHENDLE R, HODAK, HALEVY | -$30,000.00 | | $357,887.14 |
| 10/05 | WIRE OUT<br>202310050006280 ARCANA | -$8,000.00 | | $349,887.14 |
| 10/05 | WIRE OUT<br>202310050005974 SOFTWAREHUT LLC | -$10,000.00 | | $339,887.14 |
| 10/05 | WIRE OUT<br>202310050005581 MWE MASTER ACCOUNT | -$16,474.50 | | $323,412.64 |
| 10/05 | WIRE OUT<br>202310050005453 LAW OFFICE OF RACH EL S. BLUMENFELD | -$43,476.00 | | $279,936.64 |
| 10/05 | WIRE OUT<br>202310050005408 SHOWFIELDS NY 1 LL C | -$100,000.00 | | $179,936.64 |
| 10/06 | WIRE IN<br>202310060002669 WHITE AND WILLIAMS LLP 35706-00011 | | $10,000.00 | $189,936.64 |
| 10/06 | WIRE OUT | -$200.00 | | $189,736.64 |







| | | Account Number: | 7800 |
|---|---|---|---|
| | | Statement Date: | 10/31/2023 |
| | | Page : | 3 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | 202310060004758 SHOWFIELDS NY 1 LL C | | | |
| 10/06 | WIRE OUT 202310060004804 TRINET HR III, INC | -$594.13 | | $189,142.51 |
| 10/06 | WIRE OUT 202310060004803 TRINET HR III, INC | -$1,770.50 | | $187,372.01 |
| 10/06 | WIRE OUT 202310060002573 FORTUNE BY FAME, L LC | -$2,500.00 | | $184,872.01 |
| 10/06 | WIRE OUT 202310060004832 TRINET HR III, INC | -$2,864.77 | | $182,007.24 |
| 10/06 | WIRE OUT 202310060004795 TRINET HR III, INC | -$2,892.28 | | $179,114.96 |
| 10/06 | WIRE OUT 202310060004786 TRINET HR III, INC | -$3,109.02 | | $176,005.94 |
| 10/06 | WIRE OUT 202310060001212 PREMIUM ELECTRIC | -$3,410.00 | | $172,595.94 |
| 10/06 | WIRE OUT 202310060002609 HUBSPOT INC | -$3,879.17 | | $168,716.77 |
| 10/06 | WIRE OUT 202310060001911 RACHEL STEPHENS | -$5,987.74 | | $162,729.03 |
| 10/06 | WIRE OUT 202310060004913 SHOWFIELDS NY 1 LL C | -$10,000.00 | | $152,729.03 |
| 10/06 | WIRE OUT 202310060001281 DUMBO MOVING AND S TORAGE, INC. | -$17,000.00 | | $135,729.03 |
| 10/06 | WIRE OUT 202310060003431 SHOWFIELDS FL 1 LL C | -$22,000.00 | | $113,729.03 |
| 10/06 | WIRE OUT 202310060004831 TRINET HR III, INC | -$40,863.10 | | $72,865.93 |
| 10/06 | WIRE OUT 202310060004793 TRINET HR III, INC | -$57,248.35 | | $15,617.58 |
| 10/06 | CASH MGMT TRSFR DB REF 2791213L FUNDS TRANSFER TO DEP 2904931801 FROM | -$2,500.00 | | $13,117.58 |
| 10/06 | CASH MGMT TRSFR DB REF 2791210L FUNDS TRANSFER TO DEP 2904931801 FROM | -$10,000.00 | | $3,117.58 |
| 10/10 | WIRE OUT 202310100006838 TRINET HR III, INC | -$2,141.42 | | $976.16 |
| 10/16 | CHECK  99632399 | -$2,499.98 | | -$1,523.82 |
| 10/16 | OVERDRAFT RTN ITEM CHECK  99632399 | | $2,499.98 | $976.16 |
| 10/17 | FEE BASED CHARGE FEE BASED ACTIVITY  FOR 09/23 | -$1.27 | | $974.89 |
| 10/17 | ANALYSIS RESULTS CHG ANALYSIS ACTIVITY  FOR 09/23 | -$1,715.55 | | -$740.66 |
| 10/18 | CASH MGMT TRSFR CR REF 2910953L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $5,000.00 | $4,259.34 |
| 10/18 | WIRE OUT 202310180006496 SOFTWAREHUT LLC | -$1,500.00 | | $2,759.34 |
| 10/19 | CASH MGMT TRSFR CR | | $15,000.00 | $17,759.34 |







| | |
|---|---|
| **Account Number:** | 7800 |
| **Statement Date:** | 10/31/2023 |
| **Page :** | 4 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | REF 2921400L FUNDS TRANSFER FRM DEP 3783232801 FROM | | | |
| 10/19 | WIRE OUT 202310190009604 SHOWFIELDS NY 1 LL C | -$200.00 | | $17,559.34 |
| 10/19 | WIRE OUT 202310190014429 SHARIT BEN-ASHER | -$557.48 | | $17,001.86 |
| 10/19 | WIRE OUT 202310190015209 DESIGNTUBE LLC | -$2,670.00 | | $14,331.86 |
| 10/19 | CASH MGMT TRSFR DB REF 2921423L FUNDS TRANSFER TO DEP 3783232801 FROM | -$3,000.00 | | $11,331.86 |
| 10/20 | ACH DEBIT Doreen Edri N2023-09-0 N2023-09-01Invoice no. N2023-09-01 | -$1,270.84 | | $10,061.02 |
| 10/20 | WIRE OUT 202310200000498 85 D REALTY LLC | -$3,710.00 | | $6,351.02 |
| 10/23 | WIRE OUT 202310230013405 SHOWFIELDS NY 1 LL C | -$500.00 | | $5,851.02 |
| 10/23 | WIRE OUT 202310230007201 SOFTWAREHUT LLC | -$1,500.00 | | $4,351.02 |
| 10/24 | WIRE OUT 202310240006011 TRINET HR III, INC . INVOICE 8652871 | -$167.58 | | $4,183.44 |
| 10/24 | WIRE OUT 202310230012229 SOFTWAREHUT LLC | -$1,500.00 | | $2,683.44 |
| 10/25 | CHECK  99632399 | -$2,499.98 | | $183.46 |
| 10/26 | CASH MGMT TRSFR CR REF 2990952L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $150,000.00 | $150,183.46 |
| 10/26 | WIRE OUT 202310260017104 85 D REALTY LLC  ET, #3B, NY NY | -$113.39 | | $150,070.07 |
| 10/26 | WIRE OUT 202310260007226 MARWA KHALEEL | -$655.73 | | $149,414.34 |
| 10/26 | WIRE OUT 202310260017604 CISION US INC.  US630924 1, US730 | -$1,285.00 | | $148,129.34 |
| 10/26 | WIRE OUT 202310260017337 TRINET HR III, INC . 0/27/22 FOR SHOWFI | -$19,975.97 | | $128,153.37 |
| 10/26 | WIRE OUT 202310260017299 TRINET HR III, INC . 0/27/22 FOR SHOWFI | -$103,693.88 | | $24,459.49 |
| 10/30 | WIRE OUT 202310300001933 SOFTWAREHUT LLC | -$1,500.00 | | $22,959.49 |
| 10/31 | WIRE OUT 202310310015904 C M H, INC. DBA CR OPPMETCALFE ICE 324214022 | -$656.17 | | $22,303.32 |
| 10/31 | WIRE OUT 202310310018751 MARWA KHALEEL | -$705.51 | | $21,597.81 |
| 10/31 | WIRE OUT 202310310001762 SOFTWAREHUT LLC | -$1,000.00 | | $20,597.81 |







| | |
|---|---|
| **Account Number:** | 7800 |
| **Statement Date:** | 10/31/2023 |
| **Page :** | 5 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| 10/31 | WIRE OUT 202310310016007 MARWA KHALEEL | -$1,299.40 | | $19,298.41 |
| 10/31 | WIRE OUT 202310310016155 TAL ZVI NATHANEL | -$1,730.72 | | $17,567.69 |
| **Ending Balance** | | | | **$17,567.69** |

## CHECKS IN ORDER

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 10/16 | 99632399 | $2,499.98 | 10/25 | 99632399* | $2,499.98 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.





**Valley**

Account Number: 7800
Statement Date: 10/31/2023
Page : 6 of 7

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account 5874067800

| | |
|---|---|
| 99632399<br>Charge To: Showfields    87IWCZ0FXMKU1B    10/13/23<br>10132004248<br>Pay to the order of: AMAZON WEB SERVI    $2,499.98<br>TWO THOUSAND FOUR HUNDRED NINETY-NINE AND 98/100    DOLLARS<br>ABA 026002794    Account 5874067800    Pre-Authorized Payment<br>⑈99632399⑈ ⑆026002794⑇ ⑈5874067800⑈ ⑆0000249998⑇ | 99632399<br>Charge To: Showfields    87IWCZ0FXMKU1B    10/24/23<br>10243000444<br>Pay to the order of: AMAZON WEB SERVI    $2,499.98<br>TWO THOUSAND FOUR HUNDRED NINETY-NINE AND 98/100    DOLLARS<br>ABA 026002794    Account 5874067800    Pre-Authorized Payment<br>⑈99632399⑈ ⑆026002794⑇ ⑈5874067800⑈ ⑆0000249998⑇ |
| 10/16/2023    # 99632399    $2,499.98 | 10/25/2023    # 99632399    $2,499.98 |



**Valley**

| | |
|---|---:|
| Account Number: | 7800 |
| Statement Date: | 10/31/2023 |
| Page : | 7 of 7 |

P.O. Box 558
Wayne, NJ 07474-0558

96451 0641660 0007-0007 5874067800 0

### To Reconcile Your Account
1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit
The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**





| Bank\ABA | Account Name | Account Number | Branch | Account Type | Post | Transaction Type | Transaction Amount | BAI Description | Detail | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/18/2023 | CREDIT | $5,000.00 | TRANSFER CREDIT | REF 2910953L | FUNDS TRANSFER FRMDEP 3783232801 | FROM |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/19/2023 | CREDIT | $15,000.00 | TRANSFER CREDIT | REF 2921400L | FUNDS TRANSFER FRMDEP 3783232801 | FROM |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | CREDIT | $150,000.00 | TRANSFER CREDIT | REF 2990952L | FUNDS TRANSFER FRMDEP 3783232801 | FROM |
| | | | | | | | $170,000.00 | | | | |