| Bank\ABA | Account Name | Account Number | Branch | Account Type | Post | Transacti | Transaction Amount | BAI Description | Detail | Payee | Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/10/2023 | DEBIT | ($2,141.42) | WIRE OUT | 202310100006838  TRINET HR III, INC | TriNet | Payroll |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/16/2023 | CHECK | ($2,499.98) | CHECK | | Amazon Web Services | Software monthly subscription |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/17/2023 | DEBIT | ($1,715.55) | ACCOUNT ANALYSIS FEE | ANALYSIS ACTIVITY            FOR 09/23 | Valley Bank | Monthly bank fees |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/17/2023 | DEBIT | ($1.27) | ACCOUNT ANALYSIS FEE | FEE BASED ACTIVITY           FOR 09/23 | Valley Bank | Monthly bank fees |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/18/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202310180006496  SOFTWAREHUT LLC | Software Hut | Software IT |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/19/2023 | DEBIT | ($3,000.00) | TRANSFER OF FUNDS | REF 2921423L    FUNDS TRANSFER TO DEP 3783232801    FROM | Domestic transfer | Transfer to Showfields NY2 |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/19/2023 | DEBIT | ($2,670.00) | WIRE OUT | 202310190015209  DESIGNTUBE LLC | Designtube LLC | 1099 Contractor |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/19/2023 | DEBIT | ($557.48) | WIRE OUT | 202310190014429  SHARIT BEN-ASHER | Sharit Kassab | Employee - paid expenses on b |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/19/2023 | DEBIT | ($200.00) | WIRE OUT | 202310190009604  SHOWFIELDS NY 1 LLC | Domestic transfer | Transfer to Showfields NY1 |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/20/2023 | DEBIT | ($3,710.00) | WIRE OUT | 202310200000498  85 D REALTY LLC | 85 D Realty LLC | Rent |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/20/2023 | DEBIT | ($1,270.84) | ACH DEBIT | Doreen Edri       N2023-09-0        N2023-09-01Invoice no. N2023-09 | Doreen Edri | 1099 Contractor |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/23/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202310230007201  SOFTWAREHUT LLC | Software Hut | Software IT |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/23/2023 | DEBIT | ($500.00) | WIRE OUT | 202310230013405  SHOWFIELDS NY 1 LLC | Domestic transfer | Transfer to Showfields NY1 |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/24/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202310230012229  SOFTWAREHUT LLC | Software Hut | Software IT |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/24/2023 | DEBIT | ($167.58) | WIRE OUT | 202310240006011  TRINET HR III, INC.          INVOICE 8652871 | TriNet | Payroll |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | DEBIT | ($103,693.88) | WIRE OUT | 202310260017299  TRINET HR III, INC.          0/27/22 FOR SHO | TriNet | Payroll |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | DEBIT | ($19,975.97) | WIRE OUT | 202310260017337  TRINET HR III, INC.          0/27/22 FOR SHO | TriNet | Payroll |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | DEBIT | ($1,285.00) | WIRE OUT | 202310260017604  CISION US INC.              US630924 1, US73 | Cision | Marketing expense - PR |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | DEBIT | ($655.73) | WIRE OUT | 202310260007226  MARWA KHALEEL | Marwa Khaleel | Employee - paid expenses on b |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/26/2023 | DEBIT | ($113.39) | WIRE OUT | 202310260017104  85 D REALTY LLC             ET, #3B, NY NY | 85 D Realty LLC | Cleaning |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/30/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202310300001933  SOFTWAREHUT LLC | Software Hut | Software IT |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/31/2023 | DEBIT | ($1,730.72) | WIRE OUT | 202310310016155  TAL ZVI NATHANEL | Tal Nathanel | Travel expense reimbursement |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/31/2023 | DEBIT | ($1,299.40) | WIRE OUT | 202310310016007  MARWA KHALEEL | Marwa Khaleel | Employee - paid expenses on b |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/31/2023 | DEBIT | ($1,000.00) | WIRE OUT | 202310310001762  SOFTWAREHUT LLC | Software Hut | Software IT |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/31/2023 | DEBIT | ($705.51) | WIRE OUT | 202310310018751  MARWA KHALEEL | Marwa Khaleel | Employee - paid expenses on b |
| 21201383 | SHOWFIELDS INC | 5874067800 | | Checking | 10/31/2023 | DEBIT | ($656.17) | WIRE OUT | 202310310015904  C M H, INC. DBA CROPPMETCALFE        ICE 324 | Croppmet | Repairs and maintenance |

($155,549.89)

| | | | Month 1 | | | | Total Month 1 | Month 2 | | | | Total Month 2 | Month 3 | | | | Total Month 3 | | | Total Month 3 | 14 Weeks Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | W3 | W4 | | W5 | W6 | W7 | W8 | | W9 | W10 | W11 | W12 | | W13 | W14 | | |
| | | CASH SOURCES | | | | | | | | | | | | | | | | | | | |
| | | Revenue from Management Fees | $ 110,754.44 | $ 129,504.44 | $ 6,888.44 | $ 129,104.44 | | $ 117,004.44 | $ 129,504.44 | $ 5,788.44 | $ 126,504.44 | | $ 116,604.44 | $ 128,504.44 | $ 7,188.44 | $ 127,904.44 | | $ 116,604.44 | $ 128,504.44 | | |
| | | Other Income | | | | | | | | | | | | | | | | | | | |
| | | **Total Inflows** | 110,754.44 | $ 129,504.44 | $ 6,888.44 | $ 129,104.44 | $ 376,251.77 | $ 117,004.44 | $ 129,504.44 | $ 5,788.44 | $ 126,504.44 | $ 378,801.77 | $ 116,604.44 | $ 128,504.44 | $ 7,188.44 | $ 127,904.44 | $ 380,201.77 | $ 116,604.44 | $ 128,504.44 | $ 245,108.89 | $ 1,380,364.21 |
| | | **700000 Payroll** | | | | | | | | | | | | | | | | | | | |
| -412,000.00 | -250,000.00 | 700001 Salary | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | | |
| -38,000.00 | -25,000.00 | 700002 Payroll tax | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | | |
| -30,273.75 | -20,000.00 | 700003 Employer benefits contributions | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | | |
| -7,200.00 | -5,000.00 | 700004 Payroll fees | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | | |
| -11,935.23 | -15,000.00 | 700005 Commission | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | | |
| | | **Total 700000 Payroll** | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (150,000.00) | $ (1,050,000.00) |
| | | **CASH USES** | | | | | | | | | | | | | | | | | | | |
| | | **710000 Professional Services** | | | | | | | | | | | | | | | | | | | |
| -3,500.00 | -3,500.00 | 710001 Legal Fixed | $ (875.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (3,500.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (3,500.00) | -$875.00 | -$875.00 | -$875.00 | -$875.00 | $ (3,500.00) | -$875.00 | -$875.00 | | |
| -9,892.33 | -7,000.00 | 710001 Legal | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (6,000.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (6,000.00) | -$1,500.00 | -$1,500.00 | -$1,500.00 | -$1,500.00 | $ (6,000.00) | -$1,500.00 | -$1,500.00 | | |
| -4,000.00 | -2,000.00 | 710002 Accounting & Audit | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -986.79 | -750 | 710003 PR | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -10,985.83 | -4,000.00 | 710004 Consultants | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | -$1,000.00 | -$1,000.00 | -$1,000.00 | -$1,000.00 | $ (4,000.00) | -$1,000.00 | -$1,000.00 | | |
| -6,920.90 | -2,500.00 | 720000 Advertising | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (9,000.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (9,000.00) | -$2,250.00 | -$2,250.00 | -$2,250.00 | -$2,250.00 | $ (9,000.00) | -$2,250.00 | -$2,250.00 | | |
| -1,017.17 | -4,000.00 | 720001 Travel | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | -$1,000.00 | -$1,000.00 | -$1,000.00 | -$1,000.00 | $ (4,000.00) | -$1,000.00 | -$1,000.00 | | |
| -2,556.19 | -2,556.19 | 720002 Bank fees | $ (639.05) | $ (639.05) | $ (639.05) | $ (639.05) | $ (2,556.19) | $ (639.05) | $ (639.05) | $ (639.05) | $ (639.05) | $ (2,556.19) | -$639.05 | -$639.05 | -$639.05 | -$639.05 | $ (2,556.19) | -$639.05 | -$639.05 | | |
| -31,848.47 | -20,000.00 | 720004 Office Supplies | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (20,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (20,000.00) | -$5,000.00 | -$5,000.00 | -$5,000.00 | -$5,000.00 | $ (20,000.00) | -$5,000.00 | -$5,000.00 | | |
| -191.02 | -191.02 | 720004 Office Supplies | $ (47.76) | $ (47.76) | $ (47.76) | $ (47.76) | $ (191.02) | $ (47.76) | $ (47.76) | $ (47.76) | $ (47.76) | $ (191.02) | -$47.76 | -$47.76 | -$47.76 | -$47.76 | $ (191.02) | -$47.76 | -$47.76 | | |
| -956.94 | -956.94 | 720005 Taxes & Licenses | $ (239.24) | $ (239.24) | $ (239.24) | $ (239.24) | $ (956.94) | $ (239.24) | $ (239.24) | $ (239.24) | $ (239.24) | $ (956.94) | -$239.24 | -$239.24 | -$239.24 | -$239.24 | $ (956.94) | -$239.24 | -$239.24 | | |
| -9,561.67 | -2,000.00 | 720006 Office rent | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -507.87 | -400 | 720007 Office Utilities | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (400.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (400.00) | -$100.00 | -$100.00 | -$100.00 | -$100.00 | $ (400.00) | -$100.00 | -$100.00 | | |
| -763.98 | -2083 | 720009 Insurance | $ (520.83) | $ (520.83) | $ (520.83) | $ (520.83) | $ (2,083.33) | $ (520.83) | $ (520.83) | $ (520.83) | $ (520.83) | $ (2,083.33) | -$520.83 | -$520.83 | -$520.83 | -$520.83 | $ (2,083.33) | -$520.83 | -$520.83 | | |
| -81.69 | -100 | 720010 Shipping | $ (25.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (100.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (100.00) | -$25.00 | -$25.00 | -$25.00 | -$25.00 | $ (100.00) | -$25.00 | -$25.00 | | |
| -288.82 | -1000 | 720011 Meals & Entertainment | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | -$250.00 | -$250.00 | -$250.00 | -$250.00 | $ (1,000.00) | -$250.00 | -$250.00 | | |
| -10 | -1000 | Bank Charges & Fees | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | -$250.00 | -$250.00 | -$250.00 | -$250.00 | $ (1,000.00) | -$250.00 | -$250.00 | | |
| 0 | 0 | Justworks_A | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 | $ - | $0.00 | $0.00 | | |
| -8,066.54 | | Reimbursable Expenses | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 | $ - | $0.00 | $0.00 | | |
| -$8,066.54 | | Total Justworks_A | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | |
| | | One Time Exit Cost | | | | | $ - | | | | | $ - | | | | | $ - | | | | |
| | | **Total Cash Uses** | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (30,393.74) | $ (212,756.19) |
| | | **Total Outflow** | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (180,393.74) | $ (1,262,756.19) |
| | | **Net Cash Flow** | 20,557.57 | $ 39,307.57 | $ (83,308.43) | $ 38,907.57 | 15,464.29 | 26,807.57 | $ 39,307.57 | $ (84,408.43) | $ 36,307.57 | 18,014.29 | 26,407.57 | $ 38,307.57 | $ (83,008.43) | $ 37,707.57 | 19,414.29 | 26,407.57 | $ 38,307.57 | $ 64,715.15 | 117,608.02 |
| | | **POST PETITION** | | | | | | | | | | | | | | | | | | $0 | $0 |
| | | uts (sales brands made in our stores and belong to them) - Retain Customers | | | -$30,000 | | -$30,000 | | | -$30,000 | | | | | -$30,000 | | -$30,000 | | | -$30,000 | -$120,000 |
| | | Owed Commissions - Retain Employees | | | -$50,000 | | -$50,000 | | | | | $0 | | | | | $0 | | | $0 | -$50,000 |
| | | Accommodate brands moving from cliosing stores - Retain Customers | | | -$50,000 | -$50,000 | -$100,000 | -$50,000 | | | | -$50,000 | | | | | -$50,000 | | | $0 | -$150,000 |
| | | Payment Plans with Critical vendros - Retain Vendors | | | | -$5,000 | -$5,000 | -$5,000 | | -$5,000 | | -$10,000 | -$5,000 | | -$5,000 | | -$10,000 | | | -$10,000 | -$35,000 |
| | | **DIP** | $70,000 | $175,000 | | | $245,000 | $40,000 | | | $40,000 | $80,000 | | $40,000 | | $40,000 | $40,000 | | | $40,000 | $405,000 |
| | | Margin of Error for delays in Collection / Unexpected | | | | | | | | | | | | | | | | | | | 0 |
| | | **Net Cash Flow + DIP** | 90,557.57 | $ 214,307.57 | $ (213,308.43) | $ (16,092.43) | 75,464.29 | 11,807.57 | $ 39,307.57 | $ (79,408.43) | $ 36,307.57 | 8,014.29 | 26,407.57 | $ 38,307.57 | $ (43,008.43) | $ 37,707.57 | 29,414.29 | 26,407.57 | $ 38,307.57 | $ 74,715.15 | 187,608.02 |
| | | **Beginning Cash Position** | $50,000 | $140,558 | $354,865 | $141,557 | | $125,464 | $137,272 | $176,579 | $97,171 | | $133,479 | $ 159,886.15 | $ 198,193.73 | $ 155,185.30 | | $ 26,407.57 | | | |
| | | **Ending Cash Position** | $140,558 | $354,865 | $141,557 | $125,464 | | $137,272 | $176,579 | $97,171 | $133,479 | | $ 159,886.15 | $ 198,193.73 | $ 155,185.30 | $ 192,892.87 | | $ 26,407.57 | $ 64,715.15 | | |

**EXHIBIT F**

Not applicable.

# Showfields, Inc
# Unpaid Bills
### Exhibit E

| Vendor | Purpose | Date | Transaction Type | Num | Department | Due Date | Amount |
|---|---|---|---|---|---|---|---:|
| **Avidxchange, Inc** | AP software | | | | | | |
| | | 10/31/2023 | Bill | 40900927 | | 11/30/2023 | 130.65 |
| **Total for Avidxchange, Inc** | | | | | | | **$ 130.65** |
| **BDG-CPAs** | External auditors | | | | | | |
| | | 10/31/2023 | Bill | 1023170 | | 11/30/2023 | 14,500.00 |
| **Total for BDG-CPAs** | | | | | | | **$ 14,500.00** |
| **Doreen Edri** | 1099 contractor | | | | | | |
| | | 10/15/2023 | Bill | N°2023-10-01 | | 11/14/2023 | 1,692.71 |
| | | 10/31/2023 | Bill | N°2023-10-02 | | 11/30/2023 | 1,692.71 |
| **Total for Doreen Edri** | | | | | | | **$ 3,385.42** |
| **SoftwareHut LLC** | Software IT | | | | | | |
| | | 10/31/2023 | Bill | SHOW10-001_23 | | 11/30/2023 | 3,976.50 |
| **Total for SoftwareHut LLC** | | | | | | | **$ 3,976.50** |
| **TOTAL** | | | | | | | **$ 21,992.57** |

# Showfields, Inc

## Profit and Loss by Month

January - October, 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | |
| 500010 Other Income | | 2,103.27 | | | | 604.11 | | | | | $2,707.38 |
| **Total Income** | $0.00 | $2,103.27 | $0.00 | $0.00 | $0.00 | $604.11 | $0.00 | $0.00 | $0.00 | $0.00 | $2,707.38 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| 640005 Event Expense | | 2,125.00 | 23.47 | | 759.73 | 110.00 | | | | | $3,018.20 |
| **Total Cost of Goods Sold** | $0.00 | $2,125.00 | $23.47 | $0.00 | $759.73 | $110.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,018.20 |
| **GROSS PROFIT** | $0.00 | $ -21.73 | $ -23.47 | $0.00 | $ -759.73 | $494.11 | $0.00 | $0.00 | $0.00 | $0.00 | $ -310.82 |
| **Expenses** | | | | | | | | | | | |
| 700000 Payroll | | | | | | | | | | | $0.00 |
| 700001 Salary | 412,530.54 | 432,522.17 | 445,088.34 | 475,108.72 | 434,744.72 | 287,613.23 | 238,335.37 | 271,335.69 | 252,854.62 | 220,113.46 | $3,470,246.86 |
| 700002 Payroll tax | 53,259.32 | 45,449.20 | 42,069.47 | 38,838.99 | 36,956.76 | 9,115.14 | 18,076.97 | 20,745.38 | 18,339.75 | 21,877.03 | $304,728.01 |
| 700003 Employer benefits contributions | 21,943.65 | 30,387.90 | 29,483.86 | 29,836.26 | 31,330.98 | 26,045.90 | 17,886.26 | 24,531.89 | 20,663.37 | 16,762.33 | $248,872.40 |
| 700004 Payroll fees | 6,646.36 | 7,428.53 | 7,516.13 | 7,166.36 | 7,156.26 | 5,972.72 | 4,755.53 | 5,347.68 | 4,289.93 | 6,950.61 | $63,230.11 |
| 700005 Commission | 35,805.70 | 35,805.70 | 52,882.62 | 27,529.52 | 27,529.52 | 62,143.54 | 7,772.40 | 7,772.40 | 22,852.74 | 2,975.00 | $283,069.14 |
| **Total 700000 Payroll** | 530,185.57 | 551,593.50 | 577,040.42 | 578,479.85 | 537,718.24 | 390,890.53 | 286,826.53 | 329,733.04 | 319,000.41 | 268,678.43 | $4,370,146.52 |
| 710000 Professional Services | | | | | | | | | | | $0.00 |
| 710001 Legal | 24,461.18 | 4,271.20 | 4,271.20 | 5,172.20 | 4,601.70 | 106,752.30 | 15,740.00 | 14,277.75 | 25,438.00 | 3,500.00 | $208,485.53 |
| 710002 Accounting & Audit | 9,500.00 | | 12,000.00 | | | | | | | 14,500.00 | $36,000.00 |
| 710003 PR | | 3,842.93 | 2,960.38 | | 560.00 | 20,000.00 | | | 10,000.00 | 725.00 | $38,088.31 |
| 710004 Consultents | 5,670.00 | 5,670.00 | 17,895.00 | 6,125.00 | 8,937.50 | -6,477.00 | | | | | $37,820.50 |
| **Total 710000 Professional Services** | 39,631.18 | 13,784.13 | 37,126.58 | 11,297.20 | 14,099.20 | 120,275.30 | 15,740.00 | 14,277.75 | 35,438.00 | 18,725.00 | $320,394.34 |
| 720000 Advertising | 11,430.31 | 17,092.29 | 7,135.06 | 14,583.50 | 797.13 | 15.56 | | | | | $51,053.85 |
| 720001 Travel | 4,126.88 | 15,368.44 | 2,224.84 | 2,375.18 | 1,876.54 | 5,288.36 | | | 2,895.00 | 5,440.72 | $39,595.96 |
| 720002 Bank fees | -2,891.87 | 947.90 | 969.79 | 6,626.93 | 2,375.05 | 1,705.08 | 1,296.35 | 1,088.62 | -2,234.12 | 1,716.82 | $11,600.55 |
| 720003 Software / IT | 61,248.32 | 39,248.49 | 59,826.52 | 30,054.57 | 15,980.40 | 26,326.66 | 21,663.02 | 15,796.16 | 19,345.77 | 21,243.23 | $310,733.14 |
| 720004 Office Supplies | 666.81 | 1,311.50 | 560.36 | 233.60 | | 905.99 | 16.64 | | | | $3,694.90 |
| 720005 Taxes & Licenses | -3,325.25 | 83.89 | 1,807.81 | 1,063.00 | | 3,313.12 | 129.00 | 5,525.00 | 803.00 | | $9,399.57 |
| 720006 Office rent | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 8,550.00 | 7,895.00 | | | $63,815.00 |
| 720007 Office Utilities | 454.20 | 307.56 | 349.49 | 727.91 | 446.22 | 197.97 | 197.97 | | 443.90 | | $3,125.22 |
| 720008 Repairs & Main. | | | 347.75 | | | | | | | | $347.75 |
| 720009 Insurance | 537.04 | 537.04 | 763.98 | 763.98 | 763.98 | 1,546.14 | 2,328.31 | 2,328.31 | 1,564.33 | 1,564.33 | $12,697.44 |
| 720010 Shipping | | 26.28 | 136.61 | 37.42 | 350.45 | 252.99 | 7.19 | | | 167.58 | $978.52 |
| 720011 Meals & Entertainment | 1,609.39 | 305.84 | 2,982.43 | 91.22 | 300.29 | 1,526.09 | | | | | $6,815.26 |
| 800000 Depreciation | 598.56 | 591.43 | 627.00 | 627.00 | 627.00 | 639.93 | 649.29 | 649.29 | 649.29 | 649.29 | $6,308.08 |
| 910002 Other Misc. | 2,049.95 | 983.84 | | | | | | | | 113.39 | $3,147.18 |
| Justworks_A | | | | | | | | | | | $0.00 |
| Reimbursable Expenses | -1,955.00 | 14,459.32 | 11,059.65 | -7,688.73 | -17,524.90 | 7,301.58 | 9,100.00 | -5,373.45 | 4,913.86 | | $14,292.33 |
| **Total Justworks_A** | -1,955.00 | 14,459.32 | 11,059.65 | -7,688.73 | -17,524.90 | 7,301.58 | 9,100.00 | -5,373.45 | 4,913.86 | | $14,292.33 |
| Uncategorized Expense | 6,212.46 | 10,833.07 | 2,598.39 | 199.83 | | | | | | | $19,843.75 |
| **Total Expenses** | $658,473.55 | $675,369.52 | $713,451.68 | $647,367.46 | $565,704.60 | $568,080.30 | $346,504.30 | $371,919.72 | $382,819.44 | $318,298.79 | $5,247,989.36 |
| **NET OPERATING INCOME** | $ -658,473.55 | $ -675,391.25 | $ -713,475.15 | $ -647,367.46 | $ -566,464.33 | $ -567,586.19 | $ -346,504.30 | $ -371,919.72 | $ -382,819.44 | $ -318,298.79 | $ -5,248,300.18 |
| **Other Expenses** | | | | | | | | | | | |
| 800001 Amortization | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | $786.10 |
| Reconciliation Discrepancies | | | -0.06 | | | | | | | | $ -0.06 |
| **Total Other Expenses** | $78.61 | $78.61 | $78.55 | $78.61 | $78.61 | $78.61 | $78.61 | $78.61 | $78.61 | $78.61 | $786.04 |
| **NET OTHER INCOME** | $ -78.61 | $ -78.61 | $ -78.55 | $ -78.61 | $ -78.61 | $ -78.61 | $ -78.61 | $ -78.61 | $ -78.61 | $ -78.61 | $ -786.04 |
| **NET INCOME** | $ -658,552.16 | $ -675,469.86 | $ -713,553.70 | $ -647,446.07 | $ -566,542.94 | $ -567,664.80 | $ -346,582.91 | $ -371,998.33 | $ -382,898.05 | $ -318,377.40 | $ -5,249,086.22 |

Showfields, Inc

100016 LB-Checking INC (7800), Period Ending 10/31/2023

RECONCILIATION CHANGE REPORT

Since this reconciliation on 11/15/2023, changes were made to the reconciled transactions in this report.

| DATE | TYPE | REF NO. | PAYEE | ORIGINAL AMT (USD) | CURRENT AMT (USD) | CHANGE | AMOUNT CHANGE (USD) |
|---|---|---|---|---|---|---|---|
| 10/06/2023 | Bill Payment | | JAMS, INC. | 200.00 | 0.00 | Deleted | 200.00 |
| | | | | | | Total | 200.00 |

RECONCILIATION REPORT

Reconciled on: 11/15/2023

Reconciled by: Marwa Khaleel

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                        USD

| | |
|---|---|
| Statement beginning balance | 4,559.90 |
| Checks and payments cleared (85) | -622,298.00 |
| Deposits and other credits cleared (19) | 635,305.79 |
| Statement ending balance | 17,567.69 |
| | |
| Register balance as of 10/31/2023 | 17,567.69 |
| Cleared transactions after 10/31/2023 | 0.00 |
| Uncleared transactions after 10/31/2023 | 4,868.10 |
| Register balance as of 11/15/2023 | 22,435.79 |

## Details

Checks and payments cleared (85)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2023 | Bill Payment | 1 | Eshel, Aminov and Partners LLP | -1,955.00 |
| 01/01/2023 | Bill Payment | 4 | Eshel, Aminov and Partners LLP | -2,000.00 |
| 01/01/2023 | Bill Payment | 2 | Eshel, Aminov and Partners LLP | -2,000.00 |
| 08/26/2023 | Bill Payment | 1 | Linkedin | -6,873.45 |
| 10/02/2023 | Bill Payment | | Small Girls PR LLC | -10,000.00 |
| 10/02/2023 | Bill Payment | | Doreen Edri | -1,385.42 |
| 10/02/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 10/02/2023 | Bill Payment | | Doreen Edri | -421.87 |
| 10/02/2023 | Expense | | | -1,692.71 |
| 10/02/2023 | Expense | | Marwa Khaleel | -1,855.72 |
| 10/02/2023 | Expense | | Rachel Stephens | -5,977.75 |
| 10/02/2023 | Expense | | | -421.87 |
| 10/02/2023 | Expense | | | -1,385.42 |
| 10/03/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 10/04/2023 | Bill Payment | | Google | -2,482.50 |
| 10/04/2023 | Bill Payment | | Slack | -657.33 |
| 10/04/2023 | Bill Payment | | Google | -2,293.35 |
| 10/04/2023 | Transfer | | | -2,883.47 |
| 10/05/2023 | Expense | | | -12,500.00 |
| 10/05/2023 | Bill Payment | | McDermott Will & Emery | -1,919.50 |
| 10/05/2023 | Bill Payment | | McDermott Will & Emery | -3,776.25 |
| 10/05/2023 | Bill Payment | | McDermott Will & Emery | -3,675.00 |
| 10/05/2023 | Bill Payment | | McDermott Will & Emery | -2,326.25 |
| 10/05/2023 | Bill Payment | | McDermott Will & Emery | -4,777.50 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -1,669.75 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -4,308.00 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -3,500.00 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -3,500.00 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -3,500.00 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -3,500.00 |
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -1,266.51 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 10/05/2023 | Bill Payment | | Gross, Kleinhendler, Hodak, H… | -2,313.75 |
| 10/05/2023 | Expense | | Gross, Kleinhendler, Hodak, H… | -6,441.99 |
| 10/05/2023 | Bill Payment | | Rachel Blumenfeld | -21,738.00 |
| 10/05/2023 | Expense | | Rachel Blumenfeld | -21,738.00 |
| 10/05/2023 | Transfer | | | -100,000.00 |
| 10/05/2023 | Expense | | | -8,000.00 |
| 10/05/2023 | Bill Payment | | SoftwareHut LLC | -10,000.00 |
| 10/06/2023 | Bill Payment | | JAMS, INC. | -200.00 |
| 10/06/2023 | Expense | | TriNet | -57,248.35 |
| 10/06/2023 | Expense | | TriNet | -40,863.10 |
| 10/06/2023 | Transfer | | | -22,000.00 |
| 10/06/2023 | Expense | | Dumbo Moving | -17,000.00 |
| 10/06/2023 | Transfer | | | -10,000.00 |
| 10/06/2023 | Transfer | | | -10,000.00 |
| 10/06/2023 | Expense | | Rachel Stephens | -5,987.74 |
| 10/06/2023 | Bill Payment | | HubSpot Inc | -3,879.17 |
| 10/06/2023 | Expense | | Premium Electric | -3,410.00 |
| 10/06/2023 | Expense | | TriNet | -3,109.02 |
| 10/06/2023 | Expense | | TriNet | -2,892.28 |
| 10/06/2023 | Expense | | TriNet | -2,864.77 |
| 10/06/2023 | Expense | | Bailout Media (Fortune by Fa… | -2,500.00 |
| 10/06/2023 | Transfer | | | -2,500.00 |
| 10/06/2023 | Expense | | TriNet | -1,770.50 |
| 10/06/2023 | Expense | | TriNet | -594.13 |
| 10/10/2023 | Expense | | TriNet | -2,141.42 |
| 10/16/2023 | Bill Payment | 8577408 | Ori Cohen | -10,000.00 |
| 10/16/2023 | Check | 99632399 | | -2,499.98 |
| 10/17/2023 | Check | 0 | | -1.27 |
| 10/17/2023 | Check | 0 | | -1,715.55 |
| 10/18/2023 | Bill Payment | | SoftwareHut LLC | -1,500.00 |
| 10/19/2023 | Check | 0 | DesignTube | -2,670.00 |
| 10/19/2023 | Transfer | | | -200.00 |
| 10/19/2023 | Check | 0 | Sharit Kassab | -557.48 |
| 10/19/2023 | Transfer | | | -3,000.00 |
| 10/20/2023 | Bill Payment | | Doreen Edri | -1,270.84 |
| 10/20/2023 | Check | 0 | 85 D Realty LLC | -3,710.00 |
| 10/23/2023 | Bill Payment | | SoftwareHut LLC | -39.50 |
| 10/23/2023 | Transfer | | | -500.00 |
| 10/23/2023 | Bill Payment | | SoftwareHut LLC | -1,460.50 |
| 10/24/2023 | Bill Payment | | SoftwareHut LLC | -1,500.00 |
| 10/24/2023 | Check | 0 | TriNet | -167.58 |
| 10/25/2023 | Check | 99632399 | Amazon Web Services Inc | -2,499.98 |
| 10/26/2023 | Check | 0 | TriNet | -103,693.88 |
| 10/26/2023 | Check | 0 | TriNet | -19,975.97 |
| 10/26/2023 | Check | 0 | 85 D Realty LLC | -113.39 |
| 10/26/2023 | Bill Payment | | Cision US Inc | -725.00 |
| 10/26/2023 | Bill Payment | | Cision US Inc | -560.00 |
| 10/26/2023 | Bill Payment | | Slack | -655.73 |
| 10/30/2023 | Bill Payment | | SoftwareHut LLC | -1,500.00 |
| 10/31/2023 | Transfer | | | -656.17 |
| 10/31/2023 | Bill Payment | | Shopify | -1,299.40 |
| 10/31/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 10/31/2023 | Bill Payment | | Klaviyo Software | -705.51 |
| 10/31/2023 | Check | 0 | Tal Zvi Nathanel | -1,730.72 |

| Total | | | | -622,298.00 |
|---|---|---|---|---|

Deposits and other credits cleared (19)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/01/2023 | Journal | Jan Cash reclass | | 2,000.00 |
| 01/01/2023 | Journal | Jan Cash reclass | | 2,000.00 |
| 01/01/2023 | Journal | Jan Cash reclass | | 1,955.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/31/2023 | Journal | Aug Cash Reclass | | 6,873.45 |
| 10/02/2023 | Deposit | | TriNet | 12,677.36 |
| 10/02/2023 | Transfer | | | 3,500.00 |
| 10/03/2023 | Deposit | | | 421.87 |
| 10/03/2023 | Transfer | | | 4,650.00 |
| 10/03/2023 | Deposit | | | 1,692.71 |
| 10/03/2023 | Deposit | | | 1,385.42 |
| 10/03/2023 | Transfer | | | 4,650.00 |
| 10/04/2023 | Transfer | | | 1,000.00 |
| 10/05/2023 | Deposit | | White and Williams LLP | 400,000.00 |
| 10/06/2023 | Deposit | | White and Williams LLP | 10,000.00 |
| 10/17/2023 | Deposit | 99632399 | | 2,499.98 |
| 10/18/2023 | Transfer | | | 5,000.00 |
| 10/19/2023 | Transfer | | | 15,000.00 |
| 10/26/2023 | Transfer | | | 150,000.00 |
| 10/31/2023 | Journal | Oct Cash Reclass | | 10,000.00 |
| **Total** | | | | **635,305.79** |

### Additional Information

Uncleared checks and payments after 10/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/01/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 11/01/2023 | Bill Payment | | Google | -2,292.68 |
| 11/09/2023 | Bill Payment | | Monday.com | -42.51 |
| 11/09/2023 | Bill Payment | | Monday.com | -479.00 |
| **Total** | | | | **-4,506.90** |

Uncleared deposits and other credits after 10/31/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/03/2023 | Deposit | | | 9,375.00 |
| **Total** | | | | **9,375.00** |