

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

SHOWFIELDS INC
DEBTOR IN POSSESSION EASTERN DISTRICT OF
NEW YORK CASE # 1-23-43643-JMM
187 KENT AVE
BROOKLYN NY  11249

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  NOVEMBER 22, 2023  -  NOVEMBER 30, 2023

**Commercial Checking  00003316957378**                                                    SHOWFIELDS INC

| | | | |
|---|---|---|---|
| Previous Balance  11/22/23 | $0.00 | Number of Days in Cycle | 9 |
| 1 Deposits/Credits | $2,100.00 | Minimum Balance This Cycle | $0.00 |
| 1 Checks/Debits | ($15.00) | Average Collected Balance | $231.66 |
| Service Charges | $0.00 | | |
| Ending Balance 11/30/23 | $2,085.00 | | |

## ACCOUNT DETAIL    FOR PERIOD  NOVEMBER 22, 2023  -  NOVEMBER 30, 2023

**Commercial Checking 00003316957378**                                                     SHOWFIELDS INC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/30 | Wire transfer deposit SHOWFIELDS INC 113023 USD4209927387 | $2,100.00 | | $2,100.00 |
| 11/30 | Wire transfer fee SHOWFIELDS INC 113023 | | $15.00 | $2,085.00 |
| Total | | $2,100.00 | $15.00 | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.



An Important Message to Our Clients

What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



P.O. Box 558
Wayne, NJ 07474-0558

| | Last Statement: | October 31, 2023 |
|---|---|---|
| | Statement Ending: | November 30, 2023 |
| | Page: | 1 of 8 |

201552 M0656DDA120123131904 01 000000000 0 008



SHOWFIELDS INC
349 METROPOLITAN AVE
BROOKLYN NY 11211

 Email: contactus@valley.com

 Visit Us Online: www.valley.com

Mail To: 1720 Route 23, Wayne, NJ 07470

## Account Statement

### INTL BUSINESS XAA CHECKING  - 5874067800

**SUMMARY FOR THE PERIOD: 11/01/23 - 11/30/23**

| Beginning Balance $17,567.69 | + | Deposits & Other Credits $400,941.70 | - | Withdrawals & Other Debits $393,895.79 | = | Ending Balance $24,613.60 |
|---|---|---|---|---|---|---|

**TRANSACTIONS**

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | Beginning Balance | | | $17,567.69 |
| 11/01 | ACH DEBIT<br>Doreen Edri N2023-09-0 N2023-09-02Invoice no. N2023-09-02 | -$1,692.71 | | $15,874.98 |
| 11/01 | ACH DEBIT<br>GOOGLE APPS_COMME 231031 US003XC78Z | -$2,292.68 | | $13,582.30 |
| 11/01 | WIRE OUT<br>202311010018002 RACHEL STEPHENS | -$782.02 | | $12,800.28 |
| 11/03 | ACH CREDIT<br>PENDLETON WOOLEN V-23684 INV DC0000666 | | $9,375.00 | $22,175.28 |
| 11/03 | ACH DEBIT<br>FIRST INSURANCE INSURANCE 231103 900-98381114 | -$6,563.92 | | $15,611.36 |
| 11/03 | WIRE OUT<br>202311030010152 TRINET HR III, INC . 3HH SHOWFIELDS INC | -$670.51 | | $14,940.85 |
| 11/07 | ACH CREDIT<br>MQ MQ *SPENDE 231107 9178367 | | $0.02 | $14,940.87 |
| 11/07 | ACH CREDIT<br>MQ MQ *SPENDE 231107 9178367 | | $0.07 | $14,940.94 |
| 11/07 | ACH DEBIT<br>MQ MQ *SPENDE 231107 9178362 | -$0.09 | | $14,940.85 |
| 11/07 | WIRE OUT<br>202311070001742 SOFTWAREHUT LLC | -$1,000.00 | | $13,940.85 |
| 11/08 | CASH MGMT TRSFR CR<br>REF 3120953L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $9,000.00 | $22,940.85 |
| 11/08 | CASH MGMT TRSFR CR | | $500.00 | $23,440.85 |







**Valley**

| | |
|---|---|
| Account Number: | 5874067800 |
| Statement Date: | 11/30/2023 |
| Page : | 2 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---:|---:|---:|
| | REF 3121601L FUNDS TRANSFER FRM DEP 3783232801 FROM | | | |
| 11/08 | WIRE IN 202311080006780 SHOWFIELDS FL 1 LL C | | $300.00 | $23,740.85 |
| 11/08 | ACH DEBIT MQ MQ *SPENDE 231108 9489250 | -$10.00 | | $23,730.85 |
| 11/08 | WIRE OUT 202311080007229 TRINET HR III, INC . 1, 11/10, 13HH SHO | -$4,409.97 | | $19,320.88 |
| 11/08 | WIRE OUT 202311080007324 TRINET HR III, INC . B 11/10/23   13HHS | -$6,085.25 | | $13,235.63 |
| 11/08 | WIRE OUT 202311080007371 TRINET HR III, INC . C 11/10/23   13HHS | -$12,636.48 | | $599.15 |
| 11/09 | CASH MGMT TRSFR CR REF 3131525L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $1,800.00 | $2,399.15 |
| 11/09 | CASH MGMT TRSFR CR REF 3131537L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $3,300.00 | $5,699.15 |
| 11/09 | WIRE OUT 202311090001815 MARWA KHALEEL | -$42.51 | | $5,656.64 |
| 11/09 | WIRE OUT 202311090001757 MARWA KHALEEL | -$479.00 | | $5,177.64 |
| 11/09 | WIRE OUT 202311090019070 MONTE ART COLLECTI VE 1028   DC SAJE | -$1,800.00 | | $3,377.64 |
| 11/10 | WIRE OUT 202311100002112 JASON HAMMER  2072 | -$1,500.00 | | $1,877.64 |
| 11/10 | WIRE OUT 202311100002095 JOHANNA YANNELLO | -$1,703.52 | | $174.12 |
| 11/14 | CASH MGMT TRSFR CR REF 3180853L FUNDS TRANSFER FRM DEP 2904931801 FROM | | $24,900.00 | $25,074.12 |
| 11/14 | CASH MGMT TRSFR CR REF 3180853L FUNDS TRANSFER FRM DEP 8307390601 FROM | | $9,500.00 | $34,574.12 |
| 11/14 | CASH MGMT TRSFR CR REF 3180854L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $5,900.00 | $40,474.12 |
| 11/14 | CASH MGMT TRSFR CR REF 3180855L FUNDS TRANSFER FRM DEP 6612262700 FROM | | $600.00 | $41,074.12 |
| 11/14 | WIRE IN 202311140005781 SHOWFIELDS FL 1 LL C OLL | | $29,000.00 | $70,074.12 |
| 11/14 | CHECK  99290202 | -$2,568.88 | | $67,505.24 |
| 11/14 | WIRE OUT 202311140001809 SOFTWAREHUT LLC | -$1,000.00 | | $66,505.24 |
| 11/14 | WIRE OUT 202311140006398 TRINET HR III, INC . 1/15/23 FOR 13HHSH | -$60,571.88 | | $5,933.36 |



**Valley**

| | | Account Number: | 5874067800 |
|---|---|---|---|
| | | Statement Date: | 11/30/2023 |
| | | Page : | 3 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---:|---:|---:|
| 11/14 | RETURN ITEM<br>NOT AUTHORIZED CHECK  99290202 | | $2,568.88 | $8,502.24 |
| 11/15 | FEE BASED CHARGE<br>FEE BASED ACTIVITY  FOR 10/23 | -$0.38 | | $8,501.86 |
| 11/15 | ANALYSIS RESULTS CHG<br>ANALYSIS ACTIVITY  FOR 10/23 | -$1,633.10 | | $6,868.76 |
| 11/17 | CASH MGMT TRSFR CR<br>REF 3210848L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $5,000.00 | $11,868.76 |
| 11/17 | CASH MGMT TRSFR CR<br>REF 3211048L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $1,000.00 | $12,868.76 |
| 11/17 | WIRE IN<br>202311170005002 SHOWFIELDS FL 1 LL C | | $9,000.00 | $21,868.76 |
| 11/17 | WIRE OUT<br>202311170009443 TAL ZVI NATHANEL | -$1,504.06 | | $20,364.70 |
| 11/17 | WIRE OUT<br>202311170005856 TRINET HR III, INC . | -$19,840.19 | | $524.51 |
| 11/20 | CASH MGMT TRSFR CR<br>REF 3240824L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $5,300.00 | $5,824.51 |
| 11/20 | CASH MGMT TRSFR CR<br>REF 3240824L FUNDS TRANSFER FRM DEP 2904931801 FROM | | $700.00 | $6,524.51 |
| 11/20 | CASH MGMT TRSFR CR<br>REF 3240826L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $60.00 | $6,584.51 |
| 11/21 | CASH MGMT TRSFR CR<br>REF 3250826L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $1,000.00 | $7,584.51 |
| 11/21 | WIRE IN<br>202311210014179 WHITE AND WILLIAMS LLP 35706-14 | | $217,609.00 | $225,193.51 |
| 11/21 | ACH DEBIT<br>FIRST INSURANCE INSURANCE 231121 900-98381114 | -$6,563.92 | | $218,629.59 |
| 11/21 | WIRE OUT<br>202311210001990 SOFTWAREHUT LLC | -$1,000.00 | | $217,629.59 |
| 11/21 | CASH MGMT TRSFR DB<br>REF 3251500L FUNDS TRANSFER TO DEP 6612262700 FROM | -$7,100.00 | | $210,529.59 |
| 11/21 | CASH MGMT TRSFR DB<br>REF 3251453L FUNDS TRANSFER TO DEP 2904931801 FROM | -$8,000.00 | | $202,529.59 |
| 11/21 | CASH MGMT TRSFR DB<br>REF 3251457L FUNDS TRANSFER TO DEP 3783232801 FROM | -$21,000.00 | | $181,529.59 |
| 11/21 | CASH MGMT TRSFR DB<br>REF 3251345L FUNDS TRANSFER TO DEP 3783232801 FROM | -$100,000.00 | | $81,529.59 |
| 11/22 | ACH CREDIT | | $0.07 | $81,529.66 |



Have Questions?  800-522-4100    valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 
201552 0708440 0003-0008 M0656DDA120123131904 01  L  0



| | | Account Number: | 5874067800 |
|---|---|---|---|
| | | Statement Date: | 11/30/2023 |
| | | Page : | 4 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---|---|---|
| | JUSTWORKS ACCTVERIFY 231122 2970A420C4A330 | | | |
| 11/22 | ACH CREDIT JUSTWORKS ACCTVERIFY 231122 83FBF748534295 | | $0.08 | $81,529.74 |
| 11/22 | ACH DEBIT JUSTWORKS ACCTVERIFY 231122 89EBC13FA93AD1 | -$0.15 | | $81,529.59 |
| 11/22 | WIRE OUT 202311220014924 ABUNDANTLY ASHLEY LLC 25 | -$150.00 | | $81,379.59 |
| 11/22 | WIRE OUT 202311220014791 NYC EVENT PRODUCTI ON CONSULTING WFIELDS BRANDSHOP | -$1,289.42 | | $80,090.17 |
| 11/22 | WIRE OUT 202311220014636 JASON HAMMER  2074 | -$3,000.68 | | $77,089.49 |
| 11/22 | WIRE OUT 202311220015118 85 D REALTY LLC | -$3,550.00 | | $73,539.49 |
| 11/22 | WIRE OUT 202311220015010 RACHEL STEPHENS REPORTS | -$7,832.69 | | $65,706.80 |
| 11/24 | ACH DEBIT MQ MQ *SPENDE 231124 3948674 | -$300.00 | | $65,406.80 |
| 11/24 | ACH DEBIT MQ MQ *SPENDE 231124 3948675 | -$600.00 | | $64,806.80 |
| 11/27 | WIRE OUT 202311270016980 TRINET HR III, INC . 1/28/23 13HH SHOWF | -$97.62 | | $64,709.18 |
| 11/27 | WIRE OUT 202311270007185 TRINET HR III, INC . 1/28/23 FOR 13HHSH | -$145.16 | | $64,564.02 |
| 11/28 | CASH MGMT TRSFR CR REF 3321017L FUNDS TRANSFER FRM DEP 2904931801 FROM | | $1,492.13 | $66,056.15 |
| 11/28 | CASH MGMT TRSFR CR REF 3321017L FUNDS TRANSFER FRM DEP 6191673008 FROM | | $97.15 | $66,153.30 |
| 11/28 | CASH MGMT TRSFR CR REF 3321018L FUNDS TRANSFER FRM DEP 6612262700 FROM | | $136.04 | $66,289.34 |
| 11/28 | CASH MGMT TRSFR CR REF 3321018L FUNDS TRANSFER FRM DEP 8307390601 FROM | | $37.47 | $66,326.81 |
| 11/28 | CASH MGMT TRSFR CR REF 3321019L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $2,287.02 | $68,613.83 |
| 11/28 | WIRE OUT 202311280001939 SOFTWAREHUT LLC AREHUT WEEKLY PAYM | -$1,500.00 | | $67,113.83 |
| 11/28 | CASH MGMT TRSFR DB REF 3321336L FUNDS TRANSFER TO DEP 3783232801 FROM | -$254.82 | | $66,859.01 |







| | | Account Number: | 5874067800 |
| | | Statement Date: | 11/30/2023 |
| | | Page : | 5 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## TRANSACTIONS (continued)

| Date | Description | Withdrawals & Other Debits | Deposits & Other Credits | Balance |
|---|---|---:|---:|---:|
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 6395C60E4D16C6 | | $0.01 | $66,859.02 |
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 7BCA430F3D1094 | | $0.01 | $66,859.03 |
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 0104460D32F4B6 | | $0.05 | $66,859.08 |
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 FCCF06185F252C | | $0.06 | $66,859.14 |
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 1EB56FB3D902AD | | $0.07 | $66,859.21 |
| 11/29 | ACH CREDIT JUSTWORKS ACCTVERIFY 231129 12C905394BE598 | | $0.07 | $66,859.28 |
| 11/29 | WIRE IN 202311290007711 WHITE AND WILLIAMS LLP LLP | | $32,391.00 | $99,250.28 |
| 11/29 | ACH DEBIT JUSTWORKS ACCTVERIFY 231129 C19328E7F9DE9A | -$0.06 | | $99,250.22 |
| 11/29 | ACH DEBIT JUSTWORKS ACCTVERIFY 231129 18958F65330F9F | -$0.08 | | $99,250.14 |
| 11/29 | ACH DEBIT JUSTWORKS ACCTVERIFY 231129 D4D9303B71F3CB | -$0.13 | | $99,250.01 |
| 11/29 | ACH DEBIT Doreen Edri N2023-10-0 N2023-10-01Invoice no. N2023-10-01 | -$1,692.71 | | $97,557.30 |
| 11/29 | WIRE OUT 202311290010369 LACEY PRITCHARD | -$8,000.00 | | $89,557.30 |
| 11/29 | WIRE OUT 202311290009283 TRINET HR III, INC . 1/30/23 13HH SHO | -$88,271.20 | | $1,286.10 |
| 11/30 | CASH MGMT TRSFR CR REF 3340759L FUNDS TRANSFER FRM DEP 3783232801 FROM | | $28,087.50 | $29,373.60 |
| 11/30 | WIRE OUT 202311300005899 SHOWFIELDS NY 1 LL C | -$560.00 | | $28,813.60 |
| 11/30 | WIRE OUT 202311300022751 SHOWFIELDS NY 2 LL C DEBTOR IN POSSE | -$2,100.00 | | $26,713.60 |
| 11/30 | WIRE OUT 202311300022919 SHOWFIELDS INC DEB TOR IN POSSESSION | -$2,100.00 | | $24,613.60 |

**Ending Balance** $24,613.60



Have Questions?  📞 800-522-4100   💻 valley.com   © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender. 
201552 0708442 0005-0008 M0656DDA120123131904 01  L  0



| | |
|---|---|
| **Account Number:** | 5874067800 |
| **Statement Date:** | 11/30/2023 |
| **Page :** | 6 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## CHECKS IN ORDER

| Date | Number | Amount |
|---|---|---|
| 11/14 | 99290202 | $2,568.88 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed under the Transaction section.

01552 0708443 0006-0008 5874067800 0



Have Questions?  📞 800-522-4100    💻 valley.com    © 2023 Valley National Bank. Member FDIC. Equal Opportunity Lender.
201552 0708443 0006-0008 M0656DDA120123131904 01  L  0

| | |
|---|---|
| **Valley** | **Account Number:** 5874067800 <br> **Statement Date:** 11/30/2023 <br> **Page :** 7 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

## Check Images for Account 5874067800

```
                                                    99290202
Charge To: Showfields        87IWCZ0FYUFKRE          11/13/23
                                                     11130001722

Pay to the order of: AMAZON WEB SERVI       $2,568.88
TWO THOUSAND FIVE HUNDRED SIXTY-EIGHT AND 88/100        DOLLARS

                                         Pre-Authorized Payment
ABA 026002794    Account 5874067800

  ⑈99290202⑈ ⑆026002794⑆  ⑈5874067800⑈ ⑆0000256888⑆
```

11/14/2023            # 99290202                    $2,568.88



# Valley

| | |
|---|---|
| **Account Number:** | 5874067800 |
| **Statement Date:** | 11/30/2023 |
| **Page :** | 8 of 8 |

P.O. Box 558
Wayne, NJ 07474-0558

01552 0708445 0008-0008 5874067800 0

### To Reconcile Your Account
1. Compare the checks listed as paid on your statement with the entries appearing in your checkbook to insure that they have been properly charged to your account.
2. Create a list of all checks that have been issued by you but have not been paid by Valley (Check(s) Outstanding).
3. Add to your checkbook balance any credit not already recorded in the checkbook.
4. Deduct from your checkbook any service charge or other charges (including automatic deductions) which you have not already recorded in your checkbook.
5. Follow the instructions listed in the Balance Reconciliation section below.

**Balance Reconciliation**

| | |
|---|---|
| 1 Enter ending statement balance | |
| 2 Add deposits recorded in your checkbook but not shown on this statement. | |
| 3 Total (1 plus 2 above) | |
| 4 Subtract total check(s) outstanding | |
| 5 Balance (3 less 4 should equal checkbook balance) | |

### Finance Charge Computation For Personal Line Of Credit
The Finance Charge that accrues in any monthly billing period is determined on each day in the monthly billing cycle by multiplying the Daily Periodic Rate by the outstanding principal balance (after subtracting payments and adding advances posted that day); then we add the results of these calculations for the number of days in the billing cycle. The Daily Periodic Rate is the Annual Percentage Rate in effect during the monthly billing cycle divided by 365.

### In Case Of Errors Or Questions About Your Personal Line Of Credit Transactions

**A. Pursuant To The Federal Fair Credit Billing Act**
If you think your statement is wrong or if you need more information about checking transactions on your statement which did not arise from an electronic transfer, write us as soon as possible at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can contact us at 800-522-4100, but doing so will not preserve your rights. In your letter, give us your name and account number and the dollar amount of the suspected error. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**B. Under Applicable State Law**
If you rely upon the 3 months period provided by state law, you may lose important rights that could be preserved by action more promptly under the federal law described in the first paragraph in this section. State law provisions apply only after expiration of the time period for submitting a proper written notice of a billing error under federal law.

### In Case Of Error Or Questions About Your Electronic Transfers (Pursuant to the Electronic Fund Transfer Act. Applicable to personal accounts only; does not pertain to wire transfers.)

If you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt, please contact us at 800-522-4100; write us at Valley National Bank, Attn: Customer Care, 1720 Route 23, Wayne, NJ 07470-7533, or email us at contactus@valley.com. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. Tell us your name and account number and the dollar amount of the suspected error. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this or 20 business days if your notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**For additional terms and conditions applicable to your account statement, please refer to your account agreement.**



