# Showfields, Inc

## Balance Sheet

As of November 30, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     Bank Accounts | |
|       100016 LB-Checking INC (7800) | 24,613.60 |
|       100017 SVB Checking Account Primary (4663) | 23.37 |
|       100020 Mesh Payments | -69,222.45 |
|       100021 Capital One (7378) | 2,085.00 |
|   **Total Bank Accounts** | **$ -42,500.48** |
|     Other Current Assets | |
|       120001 Prepaid Expenses | 67,976.45 |
|       130001 Founder's Loan | 35,500.00 |
|       130002 Exchange | 0.00 |
|       220031 Intercompany - Investment | -757,973.74 |
|       Deposits | 0.00 |
|   **Total Other Current Assets** | **$ -654,497.29** |
| **Total Current Assets** | **$ -696,997.77** |
|   Fixed Assets | |
|     210002 Development cost- Hard | 2,207,026.08 |
|     210005 Fixed Asset Computers&Monitors | 22,900.16 |
|     211001 Fixed Asset Furniture | 1,685.03 |
|     215001 Accumulated Amortization | -3,418.89 |
|     215002 Accumulated Depreciation | -11,583.46 |
|     215003 Leasehold Improvements | 40,000.00 |
|     215004 Intangible assets | 14,150.00 |
|     215005 Other fixed assets | 3,058.79 |
| **Total Fixed Assets** | **$2,273,817.71** |
|   Other Assets | |
|     220002 Intercompany-NY2 | -588,145.33 |
|     220003 Intercompany-MB | -731,859.13 |
|       220025 Ops Payroll | 297,456.47 |
|       220029 Development | 117,803.95 |
|   **Total 220003 Intercompany-MB** | **-316,598.71** |
|     220005 Intercompany-NY1 | -5,416,053.62 |
|     220008 Credit Cards | -225,631.72 |
|     220009 Development | 1,177,622.76 |
|     220010 G&A | -5,003.60 |
|     220011 LoanNY1 | 1,308,150.71 |
|     220012 Marketing | -276,162.89 |
|     220013 Opex | 495,683.80 |

# Showfields, Inc

## Balance Sheet
As of November 30, 2023

|  | TOTAL |
|---|---:|
| 220014 Payroll | 1,869,437.54 |
|   220015 OPS Reimbursement pay | 99.81 |
|   220016 OPS Employer Paid Contributions and Fees | 66,650.92 |
|   220017 OPS Employer Paid Taxes | 106,572.94 |
|   220018 OPS Member Paid Deductions | -5,325.92 |
|   220019 OPS Payroll | 1,402,166.11 |
|   220020 OPS Supplemental Pay | 25,171.29 |
| **Total 220014 Payroll** | **3,464,772.69** |
|   220021 Production | 386,623.28 |
|   220022 R&D | -40,000.00 |
|   220023 TI | -445,950.45 |
|   220024 Transfers | -800,000.00 |
| **Total 220005 Intercompany-NY1** | **-375,949.04** |
|   220006 Intercompany DC | -477,313.36 |
|   220007 Intercompany FL1 | -1,415,613.89 |
|   220026 Loan | 1,887,031.83 |
|   220027 Ops Payroll | 1,461,903.65 |
| **Total 220007 Intercompany FL1** | **1,933,321.59** |
|   220028 Security Deposits | 5,495.00 |
| **Total Other Assets** | **$180,810.15** |
| **TOTAL ASSETS** | **$1,757,630.09** |
| LIABILITIES AND EQUITY | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         300003 Accounts Payable | 410,373.31 |
| **Total Accounts Payable** | **$410,373.31** |
|       Credit Cards | |
|         0298-G&A-Tal | 0.00 |
|         100018 SVB CC INC (3385) | 93,375.89 |
|         100019 SVB CC INC MARKETING (8914) | 0.00 |
|         Amir Zwickel *6872 | 0.00 |
|         J ZALAZNICK *9021 | 0.00 |
|         Jan Milberg *0206 | 0.00 |
|         Jon Zalaznick *4239 | 0.00 |
|         Mastercard Business Card 1562 | 0.00 |
|         SHARIT MIRIAM KASSAB*5612 | 0.00 |
|         SVP-Yossi Shemesh Card *1743 | 0.00 |

# Showfields, Inc

## Balance Sheet

As of November 30, 2023

|  | TOTAL |
|---|---:|
| **Total Credit Cards** | **$93,375.89** |
| Other Current Liabilities | |
|   300014 Accrued Expenses | 150,378.61 |
|   310001 Convertible Loan | 0.00 |
|   310002 Pipe | 1,400,721.05 |
|   310003 Short term Loan | 638,500.00 |
|   Membership Deposit | 0.00 |
| **Total Other Current Liabilities** | **$2,189,599.66** |
| **Total Current Liabilities** | **$2,693,348.86** |
| Long-Term Liabilities | |
|   350003 PPP Loan | 0.00 |
|   350004 SBA Treasury Loan | 482,402.00 |
|   EID grant | 0.00 |
| **Total Long-Term Liabilities** | **$482,402.00** |
| **Total Liabilities** | **$3,175,750.86** |
| Equity | |
|   410001 Common Stock - Par Value | 129.75 |
|   410002 Preferred Stock- Par Value | 261.00 |
|   420001 Investment Capital | 24,969,779.74 |
|     420002 Deferred Expenses | -27,500.00 |
|     420003 Stock Options | 172,533.00 |
| **Total 420001 Investment Capital** | **25,114,812.74** |
|   499999 Retained Earnings | -21,005,644.74 |
|   Net Income | -5,527,679.52 |
| **Total Equity** | **$ -1,418,120.77** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,757,630.09** |

## EXHIBIT A

3. Will be paid in December.

6. Planning to be current in December.

**EXHIBIT B**

10. Received court approval to leave accounts open until 1/15/2024.

| Account Number | Credit | Debit | Description | Posted Date |
|---|---|---|---|---|
| 7378 | 2,100.00 | | Wire transfer deposit SHOWFIELDS INC USD...7387 | 11/30/2023 |
| | **2,100.00** | | | |

| Bank/ABA | Account Number | Account Type | Account Name | Post Date | Transaction Type | Transaction Amount | BAI Description | Details |
|---|---|---|---|---|---|---|---|---|
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/3/2023 | CREDIT | $9,375.00 | ACH CREDIT | PENDLETON WOOLEN V-23684     INV DC00006660000000000000000 |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | CREDIT | $300.00 | WIRE IN | 202311080006780  SHOWFIELDS FL 1 LLC |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | CREDIT | $500.00 | TRANSFER CREDIT | REF 3121601L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | CREDIT | $9,000.00 | TRANSFER CREDIT | REF 3120953L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/9/2023 | CREDIT | $1,800.00 | TRANSFER CREDIT | REF 3131525L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/9/2023 | CREDIT | $3,300.00 | TRANSFER CREDIT | REF 3131537L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | CREDIT | $600.00 | TRANSFER CREDIT | REF 3180855L   FUNDS TRANSFER FRMDEP 6612262700  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | CREDIT | $5,900.00 | TRANSFER CREDIT | REF 3180854L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | CREDIT | $9,500.00 | TRANSFER CREDIT | REF 3180853L   FUNDS TRANSFER FRMDEP 8307390601  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | CREDIT | $24,900.00 | TRANSFER CREDIT | REF 3180853L   FUNDS TRANSFER FRMDEP 2904931801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | CREDIT | $29,000.00 | WIRE IN | 202311140005781  SHOWFIELDS FL 1 LLC       OLL |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/17/2023 | CREDIT | $1,000.00 | TRANSFER CREDIT | REF 3211048L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/17/2023 | CREDIT | $5,000.00 | TRANSFER CREDIT | REF 3210848L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/17/2023 | CREDIT | $9,000.00 | WIRE IN | 202311170005002  SHOWFIELDS FL 1 LLC |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/20/2023 | CREDIT | $60.00 | TRANSFER CREDIT | REF 3240826L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/20/2023 | CREDIT | $700.00 | TRANSFER CREDIT | REF 3240824L   FUNDS TRANSFER FRMDEP 2904931801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/20/2023 | CREDIT | $5,300.00 | TRANSFER CREDIT | REF 3240824L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | CREDIT | $1,000.00 | TRANSFER CREDIT | REF 3250826L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | CREDIT | $217,609.00 | WIRE IN | 202311210014179  WHITE AND WILLIAMS LLP       35706-14 |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | CREDIT | $37.47 | TRANSFER CREDIT | REF 3321018L   FUNDS TRANSFER FRMDEP 8307390601  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | CREDIT | $97.15 | TRANSFER CREDIT | REF 3321017L   FUNDS TRANSFER FRMDEP 6191673008  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | CREDIT | $136.04 | TRANSFER CREDIT | REF 3321018L   FUNDS TRANSFER FRMDEP 6612262700  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | CREDIT | $1,492.13 | TRANSFER CREDIT | REF 3321017L   FUNDS TRANSFER FRMDEP 2904931801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | CREDIT | $2,287.02 | TRANSFER CREDIT | REF 3321019L   FUNDS TRANSFER FRMDEP 3783232801  FROM |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/29/2023 | CREDIT | $32,391.00 | WIRE IN | 202311290007711  WHITE AND WILLIAMS LLP LLP |
| 21201383 | 5874067800 | Checking | SHOWFIELDS INC | 11/30/2023 | CREDIT | $28,087.50 | TRANSFER CREDIT | REF 3340759L   FUNDS TRANSFER FRMDEP 3783232801  FROM |

398,372.31

| Account Number | Account Type | Account Name | Post Date | Transac | Transaction Amo | BAI Descript | Detail | Payee | Purpose |
|---|---|---|---|---|---|---|---|---|---|
| 5874067800 | Checking | SHOWFIELDS INC | 11/1/2023 | DEBIT | ($782.02) | WIRE OUT | 202311010018002  RACHEL STEPHENS | Rachel Stephens | Operations |
| 5874067800 | Checking | SHOWFIELDS INC | 11/1/2023 | DEBIT | ($1,692.71) | ACH DEBIT | Doreen Edri   N2023-09-0   N2023-09-02 Invoice no. N2023-09-0200000000 | Doreen Edri | 1099 Contractor |
| 5874067800 | Checking | SHOWFIELDS INC | 11/1/2023 | DEBIT | ($2,292.68) | ACH DEBIT | GOOGLE   APPS_COMME   231031   US003XC78Z0000000000000000 | Google | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/3/2023 | DEBIT | ($670.51) | WIRE OUT | 202311030010152  TRINET HR III, INC.   3HH SHOWFIELDS INC | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/3/2023 | DEBIT | ($6,563.92) | ACH DEBIT | FIRST INSURANCE  INSURANCE   231103   900-98381114000000000000 | First Insurance | Premium insurance |
| 5874067800 | Checking | SHOWFIELDS INC | 11/7/2023 | DEBIT | ($1,000.00) | WIRE OUT | 202311070001742  SOFTWAREHUT LLC | Softwarehut LLC | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | DEBIT | ($4,409.97) | WIRE OUT | 202311080007229  TRINET HR III, INC.   1, 11/10, 13HH SHO | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | DEBIT | ($6,085.25) | WIRE OUT | 202311080007324  TRINET HR III, INC.   B 11/10/23  13HHS | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/8/2023 | DEBIT | ($12,636.48) | WIRE OUT | 202311080007371  TRINET HR III, INC.   C 11/10/23  13HHS | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/9/2023 | DEBIT | ($479.00) | WIRE OUT | 202311090001757  MARWA KHALEEL | Marwa Khaleel | Monday.com/Software |
| 5874067800 | Checking | SHOWFIELDS INC | 11/9/2023 | DEBIT | ($42.51) | WIRE OUT | 202311090001815  MARWA KHALEEL | Marwa Khaleel | Monday.com/Software |
| 5874067800 | Checking | SHOWFIELDS INC | 11/9/2023 | DEBIT | ($1,800.00) | WIRE OUT | 202311090019070  MONTE ART COLLECTIVE   1028  DC SAJE | Monte Art | Design & production |
| 5874067800 | Checking | SHOWFIELDS INC | 11/10/2023 | DEBIT | ($1,703.52) | WIRE OUT | 202311100002095  JOHANNA YANNELLO | Johanna Yannello | Design & production |
| 5874067800 | Checking | SHOWFIELDS INC | 11/10/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202311100002112  JASON HAMMER   2072 | Jason Hammer | Visual merchandising |
| 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | DEBIT | ($1,000.00) | WIRE OUT | 202311140001809  SOFTWAREHUT LLC | Softwarehut LLC | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/14/2023 | DEBIT | ($60,571.88) | WIRE OUT | 202311140006398  TRINET HR III, INC.   1/15/23 FOR 13HHSH | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/15/2023 | DEBIT | ($1,633.10) | ACCOUNT A | ANALYSIS ACTIVITY   FOR 10/23 | Valley Bank | Bank fees |
| 5874067800 | Checking | SHOWFIELDS INC | 11/15/2023 | DEBIT | ($0.38) | ACCOUNT A | FEE BASED ACTIVITY   FOR 10/23 | Valley Bank | Bank fees |
| 5874067800 | Checking | SHOWFIELDS INC | 11/17/2023 | DEBIT | ($19,840.19) | WIRE OUT | 202311170005856  TRINET HR III, INC. | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/17/2023 | DEBIT | ($1,504.06) | WIRE OUT | 202311170009443  TAL ZVI NATHANEL | Tal Nathanel | Travel |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($1,000.00) | WIRE OUT | 202311210001990  SOFTWAREHUT LLC | Softwarehut LLC | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($6,563.92) | ACH DEBIT | FIRST INSURANCE  INSURANCE   231121   900-98381114000000000000 | First Insurance | Premium insurance |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($100,000.00) | TRANSFER C | REF 3251345L   FUNDS TRANSFER TO DEP 3783232801   FROM | Domestic transfe | Transfer to Showfields NY2 |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($8,000.00) | TRANSFER C | REF 3251453L   FUNDS TRANSFER TO DEP 2904931801   FROM | Domestic transfe | Transfer to Showfields DC |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($21,000.00) | TRANSFER C | REF 3251457L   FUNDS TRANSFER TO DEP 3783232801   FROM | Domestic transfe | Transfer to Showfields NY2 |
| 5874067800 | Checking | SHOWFIELDS INC | 11/21/2023 | DEBIT | ($7,100.00) | TRANSFER C | REF 3251500L   FUNDS TRANSFER TO DEP 6612262700   FROM | Domestic transfe | Transfer to Showfields MB |
| 5874067800 | Checking | SHOWFIELDS INC | 11/22/2023 | DEBIT | ($3,000.68) | WIRE OUT | 202311220014636  JASON HAMMER   2074 | Jason Hammer | Visual merchandising |
| 5874067800 | Checking | SHOWFIELDS INC | 11/22/2023 | DEBIT | ($1,289.42) | WIRE OUT | 202311220014791  NYC EVENT PRODUCTION  CONSULTING   WFIELDS BRAND | NYC Event Produ | Event expense |
| 5874067800 | Checking | SHOWFIELDS INC | 11/22/2023 | DEBIT | ($150.00) | WIRE OUT | 202311220014924  ABUNDANTLY ASHLEY LLC   25 | Abundantly Ashle | Event expense |
| 5874067800 | Checking | SHOWFIELDS INC | 11/22/2023 | DEBIT | ($7,832.69) | WIRE OUT | 202311220015010  RACHEL STEPHENS   REPORTS | Rachel Stephens | Operations |
| 5874067800 | Checking | SHOWFIELDS INC | 11/22/2023 | DEBIT | ($3,550.00) | WIRE OUT | 202311220015118  85 D REALTY LLC | 85 D Realty | Travel/rent |
| 5874067800 | Checking | SHOWFIELDS INC | 11/24/2023 | DEBIT | ($300.00) | ACH DEBIT | MQ   MQ *SPENDE   231124   39486740000000000000 | Spendesk | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/24/2023 | DEBIT | ($600.00) | ACH DEBIT | MQ   MQ *SPENDE   231124   39486750000000000000 | Spendesk | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/27/2023 | DEBIT | ($145.16) | WIRE OUT | 202311270007185  TRINET HR III, INC.   1/28/23 FOR 13HHSH | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/27/2023 | DEBIT | ($97.62) | WIRE OUT | 202311270016980  TRINET HR III, INC.   1/28/23 13HH SHOWF | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | DEBIT | ($1,500.00) | WIRE OUT | 202311280001939  SOFTWAREHUT LLC   AREHUT WEEKLY PAYM | Softwarehut LLC | Software IT |
| 5874067800 | Checking | SHOWFIELDS INC | 11/28/2023 | DEBIT | ($254.82) | TRANSFER C | REF 3321336L   FUNDS TRANSFER TO DEP 3783232801   FROM | Domestic transfe | Transfer to Showfields NY2 |
| 5874067800 | Checking | SHOWFIELDS INC | 11/29/2023 | DEBIT | ($88,271.20) | WIRE OUT | 202311290009283  TRINET HR III, INC.   1/30/23  13HH SHO | TriNet | Payroll |
| 5874067800 | Checking | SHOWFIELDS INC | 11/29/2023 | DEBIT | ($8,000.00) | WIRE OUT | 202311290010369  LACEY PRITCHARD | Lacey Pritchard | 1099 Contractor |
| 5874067800 | Checking | SHOWFIELDS INC | 11/29/2023 | DEBIT | ($1,692.71) | ACH DEBIT | Doreen Edri   N2023-10-0   N2023-10-01 Invoice no. N2023-10-0100000000 | Doreen Edri | 1099 Contractor |
| 5874067800 | Checking | SHOWFIELDS INC | 11/30/2023 | DEBIT | ($560.00) | WIRE OUT | 202311300005899  SHOWFIELDS NY 1 LLC | Domestic transfe | Transfer to Showfields NY1 |
| 5874067800 | Checking | SHOWFIELDS INC | 11/30/2023 | DEBIT | ($2,100.00) | WIRE OUT | 202311300022751  SHOWFIELDS NY 2 LLC DEBTOR IN POSSE | Domestic transfe | Transfer to Showfields DIP NY2 |
| 5874067800 | Checking | SHOWFIELDS INC | 11/30/2023 | DEBIT | ($2,100.00) | WIRE OUT | 202311300022919  SHOWFIELDS INC DEBTOR IN POSSESSION | Domestic transfe | Transfer to Showfields DIP INC |
| | | | | | **(391,316.40)** | | | | |

| Account Number | Credit | Debit | Description | Posted Date | Payee | Purpose |
|---|---|---|---|---|---|---|
| 7378 | | 15.00 | Wire transfer fee SHOWFIELDS INC | 11/30/2023 | Capital One | Bank fees |
| | | **15.00** | | | | |

**EXHIBIT F**

Not applicable.

# Showfields, Inc

### 100021 Capital One (7378), Period Ending 11/30/2023

### RECONCILIATION REPORT

Reconciled on: 12/08/2023

Reconciled by: Marwa Khaleel

Any changes made to transactions after this date aren't included in this report.

## Summary | USD

| | |
|---|---:|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (1) | -15.00 |
| Deposits and other credits cleared (1) | 2,100.00 |
| Statement ending balance | **2,085.00** |
| | |
| Register balance as of 11/30/2023 | 2,085.00 |
| Cleared transactions after 11/30/2023 | 0.00 |
| Uncleared transactions after 11/30/2023 | 9,409.71 |
| Register balance as of 12/08/2023 | 11,494.71 |

## Details

### Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/30/2023 | Expense | | | -15.00 |
| **Total** | | | | **-15.00** |

### Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 11/30/2023 | Transfer | | | 2,100.00 |
| **Total** | | | | **2,100.00** |

## Additional Information

### Uncleared checks and payments after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/05/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| **Total** | | | | **-1,692.71** |

### Uncleared deposits and other credits after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/04/2023 | Transfer | | | 11,102.42 |
| **Total** | | | | **11,102.42** |

# Showfields, Inc
# Unpaid Bills
### As of November 30, 2023

| Payee | Purpose | Date | Transaction Type | Num | Department | Due Date | Past Due | Amount |
|---|---|---|---|---|---|---|---|---|
| **BDG-CPAs** | **External auditors** | | | | | | | |
| | | 10/31/2023 | Bill | 1023170 | | 11/30/2023 | 20 | 14,500.00 |
| **Total for BDG-CPAs** | | | | | | | | **$ 14,500.00** |
| **Ori Cohen** | **1099 IT Contractor** | | | | | | | |
| | | 10/31/2023 | Bill | 400014 | | 11/30/2023 | 20 | 6,500.00 |
| **Total for Ori Cohen** | | | | | | | | **$ 6,500.00** |
| **SoftwareHut LLC** | **Software** | | | | | | | |
| | | 10/31/2023 | Bill | SHOW10-001_23 | | 11/30/2023 | 20 | 3,976.50 |
| **Total for SoftwareHut LLC** | | | | | | | | **$ 3,976.50** |
| **TOTAL** | | | | | | | | **$ 24,976.50** |

Wednesday, Dec 20, 2023 09:46:00 AM GMT-8

## Showfields, Inc

Profit and Loss by Month

January - November, 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | |
| 500010 Other Income | | 2,103.27 | | | | 604.11 | | | | | | $2,707.38 |
| **Total Income** | **$0.00** | **$2,103.27** | **$0.00** | **$0.00** | **$0.00** | **$604.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,707.38** |
| Cost of Goods Sold | | | | | | | | | | | | |
| 640005 Event Expense | | 2,125.00 | 23.47 | | 759.73 | 110.00 | | | | | | $3,018.20 |
| **Total Cost of Goods Sold** | **$0.00** | **$2,125.00** | **$23.47** | **$0.00** | **$759.73** | **$110.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,018.20** |
| **GROSS PROFIT** | **$0.00** | **$ -21.73** | **$ -23.47** | **$0.00** | **$ -759.73** | **$494.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$ -310.82** |
| Expenses | | | | | | | | | | | | |
| 700000 Payroll | | | | | | | | | | | | $0.00 |
| 700001 Salary | 412,530.54 | 432,522.17 | 445,088.34 | 475,108.72 | 434,744.72 | 283,113.23 | 228,585.37 | 271,335.69 | 252,854.62 | 220,113.46 | 203,845.12 | $3,659,841.98 |
| 700002 Payroll tax | 53,259.32 | 45,449.20 | 42,069.47 | 38,838.99 | 36,956.76 | 9,115.14 | 18,076.97 | 20,745.38 | 18,339.75 | 21,877.03 | 13,438.12 | $318,166.13 |
| 700003 Employer benefits contributions | 21,943.65 | 30,387.90 | 29,483.86 | 29,836.26 | 31,330.98 | 26,045.90 | 17,886.26 | 24,531.89 | 20,663.37 | 16,762.33 | 16,298.60 | $265,171.00 |
| 700004 Payroll fees | 15,146.36 | 7,428.53 | 7,516.13 | 7,166.36 | 7,156.26 | 5,972.72 | 4,755.53 | 5,347.68 | 4,289.93 | 6,950.61 | 3,769.20 | $75,499.31 |
| 700005 Commission | 35,805.70 | 35,805.70 | 52,882.62 | 27,529.52 | 27,529.52 | 62,143.54 | 5,565.00 | 5,565.00 | 20,645.34 | 2,975.00 | | $276,446.94 |
| **Total 700000 Payroll** | **538,685.57** | **551,593.50** | **577,040.42** | **578,479.85** | **537,718.24** | **386,390.53** | **274,869.13** | **327,525.64** | **316,793.01** | **268,678.43** | **237,351.04** | **$4,595,125.36** |
| 710000 Professional Services | | | | | | | | | | | | $0.00 |
| 710001 Legal | 24,461.18 | 4,271.20 | 4,271.20 | 5,172.20 | 4,601.70 | 106,752.30 | 15,740.00 | 14,277.75 | 25,438.00 | 3,500.00 | 5,392.00 | $213,877.53 |
| 710002 Accounting & Audit | 9,500.00 | | 12,000.00 | | | | | | | 14,500.00 | | $36,000.00 |
| 710003 PR | | 3,842.93 | 2,960.38 | | 560.00 | 20,000.00 | | | 10,000.00 | 725.00 | | $38,088.31 |
| 710004 Consultants | 5,670.00 | 5,670.00 | 17,895.00 | 6,125.00 | 8,937.50 | -6,477.00 | | | | | | $37,820.50 |
| **Total 710000 Professional Services** | **39,631.18** | **13,784.13** | **37,126.58** | **11,297.20** | **14,099.20** | **120,275.30** | **15,740.00** | **14,277.75** | **35,438.00** | **18,725.00** | **5,392.00** | **$325,786.34** |
| 720000 Advertising | 11,430.31 | 17,092.29 | 7,135.06 | 14,583.50 | 797.13 | 15.56 | | | | | | $51,053.85 |
| 720001 Travel | 4,126.88 | 15,368.44 | 2,224.84 | 2,375.18 | 1,876.54 | 5,288.36 | | | 2,895.00 | 5,440.72 | 8,361.98 | $47,957.94 |
| 720002 Bank fees | -2,891.87 | 947.90 | 969.79 | 6,626.93 | 2,375.05 | 1,705.08 | 1,296.35 | 1,088.62 | -2,234.12 | 1,716.82 | 1,648.48 | $13,249.03 |
| 720003 Software / IT | 72,243.32 | 39,248.49 | 59,826.52 | 30,054.57 | 15,980.40 | 26,326.66 | 21,250.43 | 14,970.98 | 18,520.59 | 20,418.05 | 17,677.90 | $336,517.91 |
| 720004 Office Supplies | 666.81 | 1,311.50 | 560.36 | 233.60 | | 905.99 | 16.64 | | | | | $3,694.90 |
| 720005 Taxes & Licenses | -1,325.25 | 83.89 | 1,807.81 | 1,063.00 | | 3,313.12 | 129.00 | 5,525.00 | 803.00 | | 8,000.00 | $19,399.57 |
| 720006 Office rent | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 8,550.00 | 7,895.00 | | | | $63,815.00 |
| 720007 Office Utilities | 454.20 | 307.56 | 349.49 | 727.91 | 446.22 | 197.97 | 197.97 | | 443.90 | | | $3,125.22 |
| 720008 Repairs & Main. | | | 347.75 | | | | | | | | | $347.75 |
| 720009 Insurance | 537.04 | 537.04 | 763.98 | 763.98 | 763.98 | 1,546.14 | 2,328.31 | 2,328.31 | 1,564.33 | 1,564.33 | 1,564.33 | $14,261.77 |
| 720010 Shipping | | 26.28 | 136.61 | 37.42 | 350.45 | 252.99 | 7.19 | | | 167.58 | | $978.52 |
| 720011 Meals & Entertainment | 1,609.39 | 305.84 | 2,982.43 | 91.22 | 300.29 | 1,526.09 | | | | | | $6,815.26 |
| 800000 Depreciation | 598.56 | 591.43 | 627.00 | 627.00 | 627.00 | 639.93 | 649.29 | 649.29 | 649.29 | 649.29 | 649.29 | $6,957.37 |
| 910002 Other Misc. | 2,049.95 | 983.84 | | | | | | | | 113.39 | 135.00 | $3,282.18 |
| Justworks_A | | | | | | | | | | | | $0.00 |
| Reimbursable Expenses | -1,955.00 | 14,459.32 | 11,059.65 | -7,688.73 | -17,524.90 | 7,301.58 | 9,100.00 | -5,373.45 | 4,913.86 | | | $14,292.33 |
| **Total Justworks_A** | **-1,955.00** | **14,459.32** | **11,059.65** | **-7,688.73** | **-17,524.90** | **7,301.58** | **9,100.00** | **-5,373.45** | **4,913.86** | | | **$14,292.33** |
| Uncategorized Expense | 6,212.46 | 10,833.07 | 2,598.39 | 199.83 | | | | | | | | $19,843.75 |
| **Total Expenses** | **$679,968.55** | **$675,369.52** | **$713,451.68** | **$647,367.46** | **$565,704.60** | **$563,580.30** | **$334,134.31** | **$368,887.14** | **$379,786.86** | **$317,473.61** | **$280,780.02** | **$5,526,504.05** |
| **NET OPERATING INCOME** | **$ -679,968.55** | **$ -675,391.25** | **$ -713,475.15** | **$ -647,367.46** | **$ -566,464.33** | **$ -563,086.19** | **$ -334,134.31** | **$ -368,887.14** | **$ -379,786.86** | **$ -317,473.61** | **$ -280,780.02** | **$ -5,526,814.87** |
| Other Expenses | | | | | | | | | | | | |
| 800001 Amortization | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | $864.71 |
| Reconciliation Discrepancies | | | -0.06 | | | | | | | | | $ -0.06 |
| **Total Other Expenses** | **$78.61** | **$78.61** | **$78.55** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$864.65** |
| **NET OTHER INCOME** | **$ -78.61** | **$ -78.61** | **$ -78.55** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -864.65** |
| **NET INCOME** | **$ -680,047.16** | **$ -675,469.86** | **$ -713,553.70** | **$ -647,446.07** | **$ -566,542.94** | **$ -563,164.80** | **$ -334,212.92** | **$ -368,965.75** | **$ -379,865.47** | **$ -317,552.22** | **$ -280,858.63** | **$ -5,527,679.52** |

Showfields, Inc

100016 LB-Checking INC (7800), Period Ending 11/30/2023

RECONCILIATION REPORT

Reconciled on: 12/08/2023

Reconciled by: Marwa Khaleel

Any changes made to transactions after this date aren't included in this report.

## Summary                                                                                                    USD

Statement beginning balance ..................................................................................17,767.69
Checks and payments cleared (54) ..........................................................................-426,629.12
Deposits and other credits cleared (40) ...................................................................433,475.03
Statement ending balance ......................................................................................24,613.60

Register balance as of 11/30/2023 ..........................................................................24,613.60
Cleared transactions after 11/30/2023 ...........................................................................0.00
Uncleared transactions after 11/30/2023 .................................................................-30,338.60
Register balance as of 12/08/2023 ............................................................................-5,725.00

## Details

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/28/2023 | Bill Payment | 1 | JAMS, INC. | -200.00 |
| 10/06/2023 | Transfer | | | -200.00 |
| 10/25/2023 | Bill Payment | 2 | Lacey Pritchard | -4,333.33 |
| 11/01/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 11/01/2023 | Bill Payment | | Google | -2,292.68 |
| 11/01/2023 | Check | 0 | Rachel Stephens | -782.02 |
| 11/03/2023 | Expense | | First Insurance | -6,563.92 |
| 11/03/2023 | Check | 0 | TriNet | -670.51 |
| 11/07/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/07/2023 | Expense | | | -0.09 |
| 11/08/2023 | Check | 0 | TriNet | -12,636.48 |
| 11/08/2023 | Expense | | Spendeck | -10.00 |
| 11/08/2023 | Check | 0 | TriNet | -6,085.25 |
| 11/08/2023 | Check | 0 | TriNet | -4,409.97 |
| 11/09/2023 | Bill Payment | | Monday.com | -479.00 |
| 11/09/2023 | Bill Payment | | Monday.com | -42.51 |
| 11/09/2023 | Check | 0 | Monte | -1,800.00 |
| 11/10/2023 | Check | 0 | Johanna Yannello | -1,703.52 |
| 11/10/2023 | Check | 0 | Jason Hammer | -1,500.00 |
| 11/14/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/14/2023 | Bill Payment | | TriNet | -60,571.88 |
| 11/14/2023 | Check | 99290202 | | -2,568.88 |
| 11/15/2023 | Check | 0 | | -0.38 |
| 11/15/2023 | Check | 0 | | -1,633.10 |
| 11/15/2023 | Bill Payment | 1 | TriNet | -28,000.00 |
| 11/17/2023 | Check | 0 | Tal Zvi Nathanel | -1,504.06 |
| 11/17/2023 | Bill Payment | | TriNet | -19,840.19 |
| 11/21/2023 | Transfer | | | -7,100.00 |
| 11/21/2023 | Expense | | First Insurance | -6,563.92 |
| 11/21/2023 | Transfer | | | -21,000.00 |
| 11/21/2023 | Transfer | | | -8,000.00 |
| 11/21/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/21/2023 | Transfer | | | -100,000.00 |
| 11/22/2023 | Check | 0 | ABUNDANTLY ASHLEY LLC | -150.00 |
| 11/22/2023 | Check | 0 | NYC Event Pro | -1,289.42 |
| 11/22/2023 | Check | 0 | 85 D Realty LLC | -3,550.00 |
| 11/22/2023 | Expense | | | -0.15 |
| 11/22/2023 | Check | 0 | Jason Hammer | -3,000.68 |
| 11/22/2023 | Check | 0 | Rachel Stephens | -7,832.69 |
| 11/24/2023 | Expense | | Spendeck | -600.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/24/2023 | Expense | | Spendeck | -300.00 |
| 11/27/2023 | Check | 0 | TriNet | -145.16 |
| 11/27/2023 | Check | 0 | TriNet | -97.62 |
| 11/28/2023 | Transfer | | | -254.82 |
| 11/28/2023 | Bill Payment | | SoftwareHut LLC | -1,500.00 |
| 11/29/2023 | Expense | | | -0.08 |
| 11/29/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 11/29/2023 | Expense | | | -0.13 |
| 11/29/2023 | Bill Payment | | TriNet | -88,271.20 |
| 11/29/2023 | Expense | | | -0.06 |
| 11/29/2023 | Bill Payment | | Lacey Pritchard | -8,000.00 |
| 11/30/2023 | Transfer | | | -2,100.00 |
| 11/30/2023 | Transfer | | | -2,100.00 |
| 11/30/2023 | Transfer | | | -560.00 |

| | | | | |
|---|---|---|---|---|
| Total | | | | -426,629.12 |

Deposits and other credits cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/30/2023 | Journal | Sep Cash Reclass | | 200.00 |
| 11/03/2023 | Deposit | | | 9,375.00 |
| 11/07/2023 | Deposit | | | 0.02 |
| 11/07/2023 | Deposit | | | 0.07 |
| 11/08/2023 | Transfer | | | 9,000.00 |
| 11/08/2023 | Transfer | | | 300.00 |
| 11/08/2023 | Transfer | | | 500.00 |
| 11/09/2023 | Transfer | | | 1,800.00 |
| 11/09/2023 | Transfer | | | 3,300.00 |
| 11/14/2023 | Transfer | | | 5,900.00 |
| 11/14/2023 | Transfer | | | 600.00 |
| 11/14/2023 | Transfer | | | 29,000.00 |
| 11/14/2023 | Transfer | | | 9,500.00 |
| 11/14/2023 | Transfer | | | 24,900.00 |
| 11/15/2023 | Deposit | 99290202 | | 2,568.88 |
| 11/17/2023 | Transfer | | | 5,000.00 |
| 11/17/2023 | Transfer | | | 1,000.00 |
| 11/17/2023 | Transfer | | | 9,000.00 |
| 11/20/2023 | Transfer | | | 60.00 |
| 11/20/2023 | Transfer | | | 5,300.00 |
| 11/20/2023 | Transfer | | | 700.00 |
| 11/21/2023 | Transfer | | | 217,609.00 |
| 11/21/2023 | Transfer | | | 1,000.00 |
| 11/22/2023 | Deposit | | | 0.08 |
| 11/22/2023 | Deposit | | | 0.07 |
| 11/28/2023 | Transfer | | | 97.15 |
| 11/28/2023 | Transfer | | | 2,287.02 |
| 11/28/2023 | Transfer | | | 37.47 |
| 11/28/2023 | Transfer | | | 1,492.13 |
| 11/28/2023 | Transfer | | | 136.04 |
| 11/29/2023 | Deposit | | | 0.07 |
| 11/29/2023 | Deposit | | | 0.01 |
| 11/29/2023 | Deposit | | | 0.01 |
| 11/29/2023 | Transfer | | | 32,391.00 |
| 11/29/2023 | Deposit | | | 0.06 |
| 11/29/2023 | Deposit | | | 0.07 |
| 11/29/2023 | Deposit | | | 0.05 |
| 11/30/2023 | Transfer | | | 28,087.50 |
| 11/30/2023 | Journal | Rclss Nov'23 Cash | | 28,000.00 |
| 11/30/2023 | Journal | Rclss Nov'23 Cash | | 4,333.33 |

| | | | | |
|---|---|---|---|---|
| Total | | | | 433,475.03 |

**Additional Information**

Uncleared checks and payments after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2023 | Bill Payment | | TriNet | -19,105.53 |
| 12/01/2023 | Bill Payment | | Avidxchange, Inc | -130.65 |
| 12/04/2023 | Transfer | | | -11,102.42 |

| Total | | | | -30,338.60 |
|---|---|---|---|---|