| | | | Month 1 | | | | Total Month 1 | Month 2 | | | | Total Month 2 | Month 3 | | | | Total Month 3 | | | Total Month 3 | 14 Weeks Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | W1 | W2 | W3 | W4 | | W5 | W6 | W7 | W8 | | W9 | W10 | W11 | W12 | | W13 | W14 | | |
| | | **CASH SOURCES** | | | | | | | | | | | | | | | | | | | |
| | | Revenue from Management Fees | $ 110,754.44 | $ 129,504.44 | $ 6,888.44 | $ 129,104.44 | | $ 117,004.44 | $ 129,504.44 | $ 5,788.44 | $ 126,504.44 | | $ 116,604.44 | $ 128,504.44 | $ 7,188.44 | $ 127,904.44 | | $ 116,604.44 | $ 128,504.44 | | |
| | | Other Income | | | | | | | | | | | | | | | | | | | |
| | | **Total Inflows** | 110,754.44 | $ 129,504.44 | $ 6,888.44 | $ 129,104.44 | $ 376,251.77 | $ 117,004.44 | $ 129,504.44 | $ 5,788.44 | $ 126,504.44 | $ 378,801.77 | $ 116,604.44 | $ 128,504.44 | $ 7,188.44 | $ 127,904.44 | $ 380,201.77 | $ 116,604.44 | $ 128,504.44 | $ 245,108.89 | $ 1,380,364.21 |
| | | **700000 Payroll** | | | | | | | | | | | | | | | | | | | |
| -412,000.00 | -250,000.00 | 700001 Salary | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | $ (55,000.00) | | $ (55,000.00) | $ (55,000.00) | | |
| -38,000.00 | -25,000.00 | 700002 Payroll tax | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | $ (6,250.00) | | $ (6,250.00) | $ (6,250.00) | | |
| -30,273.75 | -20,000.00 | 700003 Employer benefits contributions | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | | $ (5,000.00) | $ (5,000.00) | | |
| -7,200.00 | -5,000.00 | 700004 Payroll fees | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | $ (1,250.00) | | $ (1,250.00) | $ (1,250.00) | | |
| -11,935.23 | -15,000.00 | 700005 Commission | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | $ (7,500.00) | | $ (7,500.00) | $ (7,500.00) | | |
| | | **Total 700000 Payroll** | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (75,000.00) | $ (300,000.00) | $ (75,000.00) | $ (75,000.00) | $ (150,000.00) | $ (1,050,000.00) |
| | | **CASH USES** | | | | | | | | | | | | | | | | | | | |
| | | **710000 Professional Services** | | | | | | | | | | | | | | | | | | | |
| -3,500.00 | -3,500.00 | 710001 Legal Fixed | $ (875.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (3,500.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (875.00) | $ (3,500.00) | -$875.00 | -$875.00 | -$875.00 | -$875.00 | $ (3,500.00) | -$875.00 | -$875.00 | | |
| -9,892.33 | -7,000.00 | 710001 Legal | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (6,000.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (6,000.00) | -$1,500.00 | -$1,500.00 | -$1,500.00 | -$1,500.00 | $ (6,000.00) | -$1,500.00 | -$1,500.00 | | |
| -4,000.00 | -2,000.00 | 710002 Accounting & Audit | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -986.79 | -750 | 710003 PR | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -10,985.83 | -4,000.00 | 710004 Consultants | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | -$1,000.00 | -$1,000.00 | -$1,000.00 | -$1,000.00 | $ (4,000.00) | -$1,000.00 | -$1,000.00 | | |
| -6,920.90 | -2,500.00 | 720000 Advertising | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (9,000.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (2,250.00) | $ (9,000.00) | -$2,250.00 | -$2,250.00 | -$2,250.00 | -$2,250.00 | $ (9,000.00) | -$2,250.00 | -$2,250.00 | | |
| -1,017.17 | -4,000.00 | 720001 Travel | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (1,000.00) | $ (4,000.00) | -$1,000.00 | -$1,000.00 | -$1,000.00 | -$1,000.00 | $ (4,000.00) | -$1,000.00 | -$1,000.00 | | |
| -2,556.19 | -2,556.19 | 720002 Bank fees | $ (639.05) | $ (639.05) | $ (639.05) | $ (639.05) | $ (2,556.19) | $ (639.05) | $ (639.05) | $ (639.05) | $ (639.05) | $ (2,556.19) | -$639.05 | -$639.05 | -$639.05 | -$639.05 | $ (2,556.19) | -$639.05 | -$639.05 | | |
| -31,848.47 | -20,000.00 | 720004 Office Supplies | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (20,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (5,000.00) | $ (20,000.00) | -$5,000.00 | -$5,000.00 | -$5,000.00 | -$5,000.00 | $ (20,000.00) | -$5,000.00 | -$5,000.00 | | |
| -191.02 | -191.02 | 720005 Taxes & Licenses | $ (47.76) | $ (47.76) | $ (47.76) | $ (47.76) | $ (191.02) | $ (47.76) | $ (47.76) | $ (47.76) | $ (47.76) | $ (191.02) | -$47.76 | -$47.76 | -$47.76 | -$47.76 | $ (191.02) | -$47.76 | -$47.76 | | |
| -956.94 | -956.94 | 720006 Office rent | $ (239.24) | $ (239.24) | $ (239.24) | $ (239.24) | $ (956.94) | $ (239.24) | $ (239.24) | $ (239.24) | $ (239.24) | $ (956.94) | -$239.24 | -$239.24 | -$239.24 | -$239.24 | $ (956.94) | -$239.24 | -$239.24 | | |
| -9,561.67 | -2,000.00 | 720007 Office Utilities | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (2,000.00) | -$500.00 | -$500.00 | -$500.00 | -$500.00 | $ (2,000.00) | -$500.00 | -$500.00 | | |
| -507.87 | -400 | 720009 Insurance | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (400.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (100.00) | $ (400.00) | -$100.00 | -$100.00 | -$100.00 | -$100.00 | $ (400.00) | -$100.00 | -$100.00 | | |
| -763.98 | -2083 | 720010 Shipping | $ (520.83) | $ (520.83) | $ (520.83) | $ (520.83) | $ (2,083.33) | $ (520.83) | $ (520.83) | $ (520.83) | $ (520.83) | $ (2,083.33) | -$520.83 | -$520.83 | -$520.83 | -$520.83 | $ (2,083.33) | -$520.83 | -$520.83 | | |
| -81.69 | -100 | 720011 Meals & Entertainment | $ (25.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (100.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (25.00) | $ (100.00) | -$25.00 | -$25.00 | -$25.00 | -$25.00 | $ (100.00) | -$25.00 | -$25.00 | | |
| -288.82 | -1000 | Bank Charges & Fees | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | -$250.00 | -$250.00 | -$250.00 | -$250.00 | $ (1,000.00) | -$250.00 | -$250.00 | | |
| -10 | -1000 | | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (250.00) | $ (1,000.00) | -$250.00 | -$250.00 | -$250.00 | -$250.00 | $ (1,000.00) | -$250.00 | -$250.00 | | |
| 0 | 0 | Justworks_A | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 | $ - | $0.00 | $0.00 | | |
| -8,066.54 | | Reimbursable Expenses | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 | $ - | $0.00 | $0.00 | | |
| -$8,066.54 | | Total Justworks_A | $ - | $ - | $ - | $ - | | $ - | $ - | $ - | $ - | | $0.00 | $0.00 | $0.00 | $0.00 | $ - | $0.00 | $0.00 | | |
| | | One Time Exit Cost | | | | | $ - | | | | | $ - | | | | | $ - | | | | |
| | | **Total Cash Uses** | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (15,196.87) | $ (60,787.48) | $ (15,196.87) | $ (15,196.87) | $ (30,393.74) | $ (212,756.19) |
| | | **Total Outflow** | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (90,196.87) | $ (360,787.48) | $ (90,196.87) | $ (90,196.87) | $ (180,393.74) | $ (1,262,756.19) |
| | | **Net Cash Flow** | 20,557.57 | $ 39,307.57 | $ (83,308.43) | $ 38,907.57 | 15,464.29 | $ 26,807.57 | $ 39,307.57 | $ (84,408.43) | $ 36,307.57 | 18,014.29 | $ 26,407.57 | $ 38,307.57 | $ (83,008.43) | $ 37,707.57 | 19,414.29 | $ 26,407.57 | $ 38,307.57 | $ 64,715.15 | $ 117,608.02 |
| | | **POST PETITION** | | | | | | | | | | | | | | | | | | $0 | $0 |
| | | uts (sales brands made in our stores and belong to them) - Retain Customers | | | -$30,000 | | -$30,000 | | | -$30,000 | | -$30,000 | | | -$30,000 | | -$30,000 | | | -$30,000 | -$120,000 |
| | | Owed Commissions - Retain Employees | | | -$50,000 | | -$50,000 | | | | | $0 | | | | | $0 | | | $0 | -$50,000 |
| | | Accommodate brands moving from cliosing stores - Retain Customers | | | | -$50,000 | -$100,000 | | -$50,000 | | | -$50,000 | | | | | -$50,000 | | | $0 | -$150,000 |
| | | Payment Plans with Critical vendros - Retain Vendors | | | | -$5,000 | -$5,000 | -$5,000 | | -$5,000 | | -$10,000 | -$5,000 | | -$5,000 | | -$10,000 | | | -$10,000 | -$35,000 |
| | | **DIP** | $70,000 | | $175,000 | | $245,000 | $40,000 | | $40,000 | | $80,000 | | $40,000 | | $40,000 | | $40,000 | | $405,000 |
| | | | | | | | Margin of Error for delays in Collection / Unexpected | | | | | | | | | | | | | | 0 |
| | | **Net Cash Flow + DIP** | 90,557.57 | $ 214,307.57 | $ (213,308.43) | $ (16,092.43) | 75,464.29 | $ 11,807.57 | $ 39,307.57 | $ (79,408.43) | $ 36,307.57 | 8,014.29 | $ 26,407.57 | $ 38,307.57 | $ (43,008.43) | $ 37,707.57 | 29,414.29 | $ 26,407.57 | $ 38,307.57 | $ 74,715.15 | $ 187,608.02 |
| | | **Beginning Cash Position** | $50,000 | $140,558 | $354,865 | $141,557 | | $125,464 | $137,272 | $176,579 | $97,171 | | $133,479 | $ 159,886.15 | $ 198,193.73 | $ 155,185.30 | | | $ 26,407.57 | | |
| | | **Ending Cash Position** | $140,558 | $354,865 | $141,557 | $125,464 | | $137,272 | $176,579 | $97,171 | $133,479 | | $ 159,886.15 | $ 198,193.73 | $ 155,185.30 | $192,892.87 | | $ 26,407.57 | $ 64,715.15 | | |