# Showfields, Inc

## Profit and Loss by Month

January - November, 2023

| | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 | OCT 2023 | NOV 2023 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| 500010 Other Income | | 2,103.27 | | | | 604.11 | | | | | | $2,707.38 |
| **Total Income** | **$0.00** | **$2,103.27** | **$0.00** | **$0.00** | **$0.00** | **$604.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,707.38** |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| 640005 Event Expense | | 2,125.00 | 23.47 | | 759.73 | 110.00 | | | | | | $3,018.20 |
| **Total Cost of Goods Sold** | **$0.00** | **$2,125.00** | **$23.47** | **$0.00** | **$759.73** | **$110.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,018.20** |
| **GROSS PROFIT** | **$0.00** | **$ -21.73** | **$ -23.47** | **$0.00** | **$ -759.73** | **$494.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$ -310.82** |
| **Expenses** | | | | | | | | | | | | |
| 700000 Payroll | | | | | | | | | | | | $0.00 |
| 700001 Salary | 412,530.54 | 432,522.17 | 445,088.34 | 475,108.72 | 434,744.72 | 283,113.23 | 228,585.37 | 271,335.69 | 252,854.62 | 220,113.46 | 203,845.12 | $3,659,841.98 |
| 700002 Payroll tax | 53,259.32 | 45,449.20 | 42,069.47 | 38,838.99 | 36,956.76 | 9,115.14 | 18,076.97 | 20,745.38 | 18,339.75 | 21,877.03 | 13,438.12 | $318,166.13 |
| 700003 Employer benefits contributions | 21,943.65 | 30,387.90 | 29,483.86 | 29,836.26 | 31,330.98 | 26,045.90 | 17,886.26 | 24,531.89 | 20,663.37 | 16,762.33 | 16,298.60 | $265,171.00 |
| 700004 Payroll fees | 15,146.36 | 7,428.53 | 7,516.17 | 7,166.36 | 7,156.26 | 5,972.72 | 4,755.53 | 5,347.68 | 4,289.93 | 6,950.61 | 3,769.20 | $75,499.31 |
| 700005 Commission | 35,805.70 | 35,805.70 | 52,882.62 | 27,529.52 | 27,529.52 | 62,143.54 | 5,565.00 | 5,565.00 | 20,645.34 | 2,975.00 | | $276,446.94 |
| **Total 700000 Payroll** | **538,685.57** | **551,593.50** | **577,040.42** | **578,479.85** | **537,718.24** | **386,390.53** | **274,869.13** | **327,525.64** | **316,793.01** | **268,678.43** | **237,351.04** | **$4,595,125.36** |
| 710000 Professional Services | | | | | | | | | | | | $0.00 |
| 710001 Legal | 24,461.18 | 4,271.20 | 4,271.20 | 5,172.20 | 4,601.70 | 106,752.30 | 15,740.00 | 14,277.75 | 25,438.00 | 3,500.00 | 5,392.00 | $213,877.53 |
| 710002 Accounting & Audit | 9,500.00 | | 12,000.00 | | | | | | | 14,500.00 | | $36,000.00 |
| 710003 PR | | 3,842.93 | 2,960.38 | | 560.00 | 20,000.00 | | | 10,000.00 | 725.00 | | $38,088.31 |
| 710004 Consultants | 5,670.00 | 5,670.00 | 17,895.00 | 6,125.00 | 8,937.50 | -6,477.00 | | | | | | $37,820.50 |
| **Total 710000 Professional Services** | **39,631.18** | **13,784.13** | **37,126.58** | **11,297.20** | **14,099.20** | **120,275.30** | **15,740.00** | **14,277.75** | **35,438.00** | **18,725.00** | **5,392.00** | **$325,786.34** |
| 720000 Advertising | 11,430.31 | 17,092.29 | 7,135.06 | 14,583.50 | 797.13 | 15.56 | | | | | | $51,053.85 |
| 720001 Travel | 4,126.88 | 15,368.44 | 2,224.84 | 2,375.18 | 1,876.54 | 5,288.36 | | | 2,895.00 | 5,440.72 | 8,361.98 | $47,957.94 |
| 720002 Bank fees | -2,891.87 | 947.90 | 969.79 | 6,626.93 | 2,375.05 | 1,705.08 | 1,296.35 | 1,088.62 | -2,234.12 | 1,716.82 | 1,648.48 | $13,249.03 |
| 720003 Software / IT | 72,243.32 | 39,248.49 | 59,826.52 | 30,054.57 | 15,980.40 | 26,326.66 | 21,250.43 | 14,970.98 | 18,520.59 | 20,418.05 | 17,677.90 | $336,517.91 |
| 720004 Office Supplies | 666.81 | 1,311.50 | 560.36 | 233.60 | | 905.99 | 16.64 | | | | | $3,694.90 |
| 720005 Taxes & Licenses | -1,325.25 | 83.89 | 1,807.81 | 1,063.00 | | 3,313.12 | 129.00 | 5,525.00 | 803.00 | | | $19,399.57 |
| 720006 Office rent | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 7,895.00 | 8,550.00 | 7,895.00 | | 8,000.00 | | $63,815.00 |
| 720007 Office Utilities | 454.20 | 307.56 | 349.49 | 727.91 | 446.22 | 197.97 | 197.97 | | 443.90 | | | $3,125.22 |
| 720008 Repairs & Main. | | | 347.75 | | | | | | | | | $347.75 |
| 720009 Insurance | 537.04 | 537.04 | 763.98 | 763.98 | 763.98 | 1,546.14 | 2,328.31 | 2,328.31 | 1,564.33 | 1,564.33 | 1,564.33 | $14,261.77 |
| 720010 Shipping | | 26.28 | 136.61 | 37.42 | 350.45 | 252.99 | 7.19 | | 167.58 | | | $978.52 |
| 720011 Meals & Entertainment | 1,609.39 | 305.84 | 2,982.43 | 91.22 | 300.29 | 1,526.09 | | | | | | $6,815.26 |
| 800000 Depreciation | 598.56 | 591.43 | 627.00 | 627.00 | 627.00 | 639.93 | 649.29 | 649.29 | 649.29 | 649.29 | 649.29 | $6,957.37 |
| 910002 Other Misc. | 2,049.95 | 983.84 | | | | | | | | 113.39 | 135.00 | $3,282.18 |
| Justworks_A | | | | | | | | | | | | $0.00 |
| Reimbursable Expenses | -1,955.00 | 14,459.32 | 11,059.65 | -7,688.73 | -17,524.90 | 7,301.58 | 9,100.00 | -5,373.45 | 4,913.86 | | | $14,292.33 |
| **Total Justworks_A** | **-1,955.00** | **14,459.32** | **11,059.65** | **-7,688.73** | **-17,524.90** | **7,301.58** | **9,100.00** | **-5,373.45** | **4,913.86** | | | **$14,292.33** |
| Uncategorized Expense | 6,212.46 | 10,833.07 | 2,598.39 | 199.83 | | | | | | | | $19,843.75 |
| **Total Expenses** | **$679,968.55** | **$675,369.52** | **$713,451.68** | **$647,367.46** | **$565,704.60** | **$563,580.30** | **$334,134.31** | **$368,887.14** | **$379,786.86** | **$317,473.61** | **$280,780.02** | **$5,526,504.05** |
| **NET OPERATING INCOME** | **$ -679,968.55** | **$ -675,391.25** | **$ -713,475.15** | **$ -647,367.46** | **$ -566,464.33** | **$ -563,086.19** | **$ -334,134.31** | **$ -368,887.14** | **$ -379,786.86** | **$ -317,473.61** | **$ -280,780.02** | **$ -5,526,814.87** |
| **Other Expenses** | | | | | | | | | | | | |
| 800001 Amortization | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | 78.61 | $864.71 |
| Reconciliation Discrepancies | | | -0.06 | | | | | | | | | $ -0.06 |
| **Total Other Expenses** | **$78.61** | **$78.61** | **$78.55** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$78.61** | **$864.65** |
| **NET OTHER INCOME** | **$ -78.61** | **$ -78.61** | **$ -78.55** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -78.61** | **$ -864.65** |
| **NET INCOME** | **$ -680,047.16** | **$ -675,469.86** | **$ -713,553.70** | **$ -647,446.07** | **$ -566,542.94** | **$ -563,164.80** | **$ -334,212.92** | **$ -368,965.75** | **$ -379,865.47** | **$ -317,552.22** | **$ -280,858.63** | **$ -5,527,679.52** |