## Showfields, Inc

### 100016 LB-Checking INC (7800), Period Ending 11/30/2023

### RECONCILIATION REPORT

Reconciled on: 12/08/2023

Reconciled by: Marwa Khaleel

Any changes made to transactions after this date aren't included in this report.

### Summary                                                                                                                          USD

| | |
|---|---:|
| Statement beginning balance | 17,767.69 |
| Checks and payments cleared (54) | -426,629.12 |
| Deposits and other credits cleared (40) | 433,475.03 |
| Statement ending balance | 24,613.60 |
| | |
| Register balance as of 11/30/2023 | 24,613.60 |
| Cleared transactions after 11/30/2023 | 0.00 |
| Uncleared transactions after 11/30/2023 | -30,338.60 |
| Register balance as of 12/08/2023 | -5,725.00 |

### Details

Checks and payments cleared (54)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 09/28/2023 | Bill Payment | 1 | JAMS, INC. | -200.00 |
| 10/06/2023 | Transfer | | | -200.00 |
| 10/25/2023 | Bill Payment | 2 | Lacey Pritchard | -4,333.33 |
| 11/01/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 11/01/2023 | Bill Payment | | Google | -2,292.68 |
| 11/01/2023 | Check | 0 | Rachel Stephens | -782.02 |
| 11/03/2023 | Expense | | First Insurance | -6,563.92 |
| 11/03/2023 | Check | 0 | TriNet | -670.51 |
| 11/07/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/07/2023 | Expense | | | -0.09 |
| 11/08/2023 | Check | 0 | TriNet | -12,636.48 |
| 11/08/2023 | Expense | | Spendeck | -10.00 |
| 11/08/2023 | Check | 0 | TriNet | -6,085.25 |
| 11/08/2023 | Check | 0 | TriNet | -4,409.97 |
| 11/09/2023 | Bill Payment | | Monday.com | -479.00 |
| 11/09/2023 | Bill Payment | | Monday.com | -42.51 |
| 11/09/2023 | Check | 0 | Monte | -1,800.00 |
| 11/10/2023 | Check | 0 | Johanna Yannello | -1,703.52 |
| 11/10/2023 | Check | 0 | Jason Hammer | -1,500.00 |
| 11/14/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/14/2023 | Bill Payment | | TriNet | -60,571.88 |
| 11/14/2023 | Check | 99290202 | | -2,568.88 |
| 11/15/2023 | Check | 0 | | -0.38 |
| 11/15/2023 | Check | 0 | | -1,633.10 |
| 11/15/2023 | Bill Payment | 1 | TriNet | -28,000.00 |
| 11/17/2023 | Check | 0 | Tal Zvi Nathanel | -1,504.06 |
| 11/17/2023 | Bill Payment | | TriNet | -19,840.19 |
| 11/21/2023 | Transfer | | | -7,100.00 |
| 11/21/2023 | Expense | | First Insurance | -6,563.92 |
| 11/21/2023 | Transfer | | | -21,000.00 |
| 11/21/2023 | Transfer | | | -8,000.00 |
| 11/21/2023 | Bill Payment | | SoftwareHut LLC | -1,000.00 |
| 11/21/2023 | Transfer | | | -100,000.00 |
| 11/22/2023 | Check | 0 | ABUNDANTLY ASHLEY LLC | -150.00 |
| 11/22/2023 | Check | 0 | NYC Event Pro | -1,289.42 |
| 11/22/2023 | Check | 0 | 85 D Realty LLC | -3,550.00 |
| 11/22/2023 | Expense | | | -0.15 |
| 11/22/2023 | Check | 0 | Jason Hammer | -3,000.68 |
| 11/22/2023 | Check | 0 | Rachel Stephens | -7,832.69 |
| 11/24/2023 | Expense | | Spendeck | -600.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 11/24/2023 | Expense | | Spendeck | -300.00 |
| 11/27/2023 | Check | 0 | TriNet | -145.16 |
| 11/27/2023 | Check | 0 | TriNet | -97.62 |
| 11/28/2023 | Transfer | | | -254.82 |
| 11/28/2023 | Bill Payment | | SoftwareHut LLC | -1,500.00 |
| 11/29/2023 | Expense | | | -0.08 |
| 11/29/2023 | Bill Payment | | Doreen Edri | -1,692.71 |
| 11/29/2023 | Expense | | | -0.13 |
| 11/29/2023 | Bill Payment | | TriNet | -88,271.20 |
| 11/29/2023 | Expense | | | -0.06 |
| 11/29/2023 | Bill Payment | | Lacey Pritchard | -8,000.00 |
| 11/30/2023 | Transfer | | | -2,100.00 |
| 11/30/2023 | Transfer | | | -2,100.00 |
| 11/30/2023 | Transfer | | | -560.00 |

| Total | | | | -426,629.12 |
|---|---|---|---|---|

Deposits and other credits cleared (40)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/30/2023 | Journal | Sep Cash Reclass | | 200.00 |
| 11/03/2023 | Deposit | | | 9,375.00 |
| 11/07/2023 | Deposit | | | 0.02 |
| 11/07/2023 | Deposit | | | 0.07 |
| 11/08/2023 | Transfer | | | 9,000.00 |
| 11/08/2023 | Transfer | | | 300.00 |
| 11/08/2023 | Transfer | | | 500.00 |
| 11/09/2023 | Transfer | | | 1,800.00 |
| 11/09/2023 | Transfer | | | 3,300.00 |
| 11/14/2023 | Transfer | | | 5,900.00 |
| 11/14/2023 | Transfer | | | 600.00 |
| 11/14/2023 | Transfer | | | 29,000.00 |
| 11/14/2023 | Transfer | | | 9,500.00 |
| 11/14/2023 | Transfer | | | 24,900.00 |
| 11/15/2023 | Deposit | 99290202 | | 2,568.88 |
| 11/17/2023 | Transfer | | | 5,000.00 |
| 11/17/2023 | Transfer | | | 1,000.00 |
| 11/17/2023 | Transfer | | | 9,000.00 |
| 11/20/2023 | Transfer | | | 60.00 |
| 11/20/2023 | Transfer | | | 5,300.00 |
| 11/20/2023 | Transfer | | | 700.00 |
| 11/21/2023 | Transfer | | | 217,609.00 |
| 11/21/2023 | Transfer | | | 1,000.00 |
| 11/22/2023 | Deposit | | | 0.08 |
| 11/22/2023 | Deposit | | | 0.07 |
| 11/28/2023 | Transfer | | | 97.15 |
| 11/28/2023 | Transfer | | | 2,287.02 |
| 11/28/2023 | Transfer | | | 37.47 |
| 11/28/2023 | Transfer | | | 1,492.13 |
| 11/28/2023 | Transfer | | | 136.04 |
| 11/29/2023 | Deposit | | | 0.07 |
| 11/29/2023 | Deposit | | | 0.01 |
| 11/29/2023 | Deposit | | | 0.01 |
| 11/29/2023 | Transfer | | | 32,391.00 |
| 11/29/2023 | Deposit | | | 0.06 |
| 11/29/2023 | Deposit | | | 0.07 |
| 11/29/2023 | Deposit | | | 0.05 |
| 11/30/2023 | Transfer | | | 28,087.50 |
| 11/30/2023 | Journal | Rclss Nov'23 Cash | | 28,000.00 |
| 11/30/2023 | Journal | Rclss Nov'23 Cash | | 4,333.33 |

| Total | | | | 433,475.03 |
|---|---|---|---|---|

**Additional Information**

Uncleared checks and payments after 11/30/2023

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 12/01/2023 | Bill Payment | | TriNet | -19,105.53 |
| 12/01/2023 | Bill Payment | | Avidxchange, Inc | -130.65 |
| 12/04/2023 | Transfer | | | -11,102.42 |

| | | | | |
|---|---|---|---|---:|
| Total | | | | -30,338.60 |