**Rachel S. Blumenfeld**
**Attorney at Law**
26 Court Street, Suite 2220 ● Brooklyn, New York  11242
718.858.9600 ● rachel@blumenfeldbankruptcy.com

January 16, 2024

FILED ON ECF ONLY

The Honorable Jil Mazer Marino
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

**Re:	Showfields Inc., case number 1-23-43643—jmm**

Dear Judge Mazer-Marino,

     This letter will confirm that at the Court's request, all matters scheduled for January 17, 2024 in the above referenced cases have been ADJOURNED to **February 14, 2024 at 11:00 a.m.**

     Please do not hesitate to contact the undersigned with any questions or concerns.  We thank the Court for its courtesies and considerations.

                                             Respectfully,

                                             */s/ Rachel S. Blumenfeld*

                                             Rachel S. Blumenfeld