**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-43643 (JMM) |
| SHOWFIELDS, INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

**PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable Jil Mazer-Marino at the United States Bankruptcy Court, located at 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201-1800, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of Baker & Hostetler LLP and a member in good standing of the Bar of the State of Ohio, U.S. Bankruptcy Court for the Northern District of Ohio and the U.S. District Court for the Northern and Southern Districts of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

Respectfully submitted,

*/s/ Joseph M. Esmont*
Joseph M. Esmont
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Email: jesmont@bakerlaw.com