**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-43643 (JMM) |
| SHOWFIELDS, INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Joseph M. Esmont, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114.

2. I submit this affidavit in support of my motion for admission to practice pro hac vive in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Ohio.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore you affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case on behalf of creditor, Pacific Market

International, LLC.

Dated: February 9, 2024          Respectfully submitted,

                               */s/ Joseph M. Esmont*
                               Joseph M. Esmont
                               Baker & Hostetler LLP
                               Key Tower
                               127 Public Square, Suite 2000
                               Cleveland, Ohio 44114
                               Telephone: (216) 621-0200
                               Email: jesmont@bakerlaw.com



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

     I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Joseph Michael Esmont**
Attorney Registration No. **0084322**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of February, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*(signed)* Kirstyn Moyers
Kirstyn Moyers, *Attorney Services Coordinator*
*Office of Attorney Services*

No. 2024-02-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov