**Hearing Date and Time: March 13, 2024 at 2:00 pm**
**Objection Deadline: March 6, 2024**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
In re:

    SHOWFIELDS, INC., *et. al.*,

                          Debtor.
------------------------------------x

Chapter 11

Case No.: 23-43643-jmm

(Jointly Administered)

# NOTICE OF HEARING ON
# UNITED STATES TRUSTEE'S (I) MOTION FOR ORDER
# CONVERTING CHAPTER 11 CASES TO CHAPTER 7 CASES,
# AND (II) OBJECTION TO DEBTORS' MOTION TO DISMISS

**PLEASE TAKE NOTICE** that a hearing shall be held on **March 13, 2024** at **2:00 p.m.** on the motion of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") for an Order (i) Granting United States Trustee's Motion to Convert Chapter 11 (Subchapter V) Case to Chapter 7 Case, and (II) Denying Debtors' Motion to Dismiss (the "Motion") **[ECF Doc. No. 102]**.  The hearing shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800.

         **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **March 6, 2024** (the "Objection Deadline") through the Court's electronic filing system.  Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov.  A copy of the objection must also be served, so as to be received by the Objection Deadline, on the United States Trustee, at the Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, New York 10004, to the attention of Jeremy S. Sussman, Esq., Trial Attorney.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Date: New York, New York
      February 15, 2024

                WILLIAM K. HARRINGTON
                UNITED STATES TRUSTEE, REGION 2

*By:*   */s/ Jeremy S. Sussman*
       Jeremy S. Sussman
       Trial Attorney
       One Bowling Green, Suite 510
       New York, New York 10004
       Tel. No. (212) 206-2580
       Fax No. (212) 668-2361