Elyssa S. Kates
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Email:  ekates@bakerlaw.com

Joseph M. Esmont
Admitted *pro hac vice* per Dkt. 101
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Email:  jesmont@bakerlaw.com

Hearing Date and Time:
March 13, 2024 at 2:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 23-43643 (JMM) |
| SHOWFIELDS, INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

**<u>Joinder</u>**

Creditor Pacific Market International, LLC joins the *United States Trustee's (I) Motion for Order Converting Chapter 11 Cases To Chapter 7 Cases and (II) Objection to Debtors' Motion to Dismiss* (Dkt. 102).

Dated: March 6, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP
　　　　　　　　　　　　　　　　　　*Attorneys for Pacific Market International, LLC*

　　　　　　　　　　　　　　　By:　*/s/ Joseph M. Esmont*
　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　Email:  ekates@bakerlaw.com

　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　Joseph M. Esmont (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP
　　　　　　　　　　　　　　　　　　Key Tower
　　　　　　　　　　　　　　　　　　127 Public Square, Suite 2000
　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114
　　　　　　　　　　　　　　　　　　Telephone: (216) 621-0200
　　　　　　　　　　　　　　　　　　Email:  jesmont@bakerlaw.com