## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK
### BROOKLYN Division

| | |
|---|---|
| In Re | |
| SHOWFIELDS, INC., et al., | Case No. 23-43643 |
| Debtor(s) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, YANN GERON, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of conversion. I request that I be discharged from any further duties as trustee.

Date: 04/29/2024                    By: YANN GERON
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR C