# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SHOWFIELDS, INC ,<br>SHOWFIELDS NY 2 LLC, | CASE NO: 23-43643, 23-43691<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/7/2024, I did cause a copy of the following documents, described below,

Notice of Deadline Requiring Filing of Chapter 11 Administrative Proofs of Claim by September 20, 2024

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/7/2024

/s/ Yann Geron
Yann Geron  225609

Geron Legal Advisors LLC
370 Lexington Avenue, Suite 1101
New York, NY  10017
212 209 3500
adreher@geronlegaladvisors.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 23-43643, 23-43691 |
|---|---|
| SHOWFIELDS, INC , | **CERTIFICATE OF SERVICE** |
| SHOWFIELDS NY 2 LLC, | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 8/7/2024, a copy of the following documents, described below,

Notice of Deadline Requiring Filing of Chapter 11 Administrative Proofs of Claim by September 20, 2024

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/7/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Yann Geron
Geron Legal Advisors LLC
370 Lexington Avenue, Suite 1101
New York, NY  10017

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
   LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-43643
23-43691
EASTERN DISTRICT OF NEW YORK
WED AUG 7 11-35-32 PST 2024

187 KENT LLC
CO RUBIN LLC   ATTN PAUL RUBIN
11 BROADWAY
SUITE 715
NEW YORK   NY 10004-1371

EXCLUDE
(U)530 LINCOLN OWNER   LLC

EXCLUDE
(U)AJ EQUITY GROUP   LLC

EXCLUDE
(U)CFG MERCHANT SOLUTIONS   LLC

GERON LEGAL ADVISORS LLC
370 LEXINGTON AVENUE
SUITE 1101
NEW YORK   NY 10017-6532

KENT HOUSE OWNER LLC
CO RUBIN LLC
11 BROADWAY
SUITE 715
NEW YORK   NY 10004-1371

EXCLUDE
(U)PACIFIC MARKET INTERNATIONAL   LLC

EXCLUDE
(U)RKC   LLC DBA RK CONSULTANTS   LLC

EXCLUDE
(U)ROCKET CAPITAL NY   LLC

EXCLUDE
(U)SEVENTH GENERATION

DEBTOR
SHOWFIELDS INC
187 KENT AVENUE   1ST FIELD
BROOKLYN   NY 11249

EXCLUDE
(U)SHOWFIELDS INVESTMENT LLC

SHOWFIELDS NY 2 LLC
187 KENT AVENUE
BROOKLYN   NY 11249-3471

EXCLUDE
1
271C CADMAN PLAZA EAST   SUITE 1595
BROOKLYN   NY 11201-1800

187 KENT LLC
CO RUBIN LLC
11 BROADWAY   SUITE 715
NEW YORK   NY 10004-1371

EXCLUDE
(D)187 KENT LLC
CO RUBIN LLC   ATTN PAUL RUBIN
11 BROADWAY   SUITE 715
NEW YORK   NY 10004-1371

187 KENT OWNER LLC
CO RUBIN LLC   ATTN PAUL RUBIN
11 BROADWAY   SUITE 715
NEW YORK   NY 10004-1371

24 SEVEN LLC
105 MAXESS ROAD   SUITE N201
MELVILLE   NY 11747-3857

530 LINCOLN OWNER   LLC
CO MCELROY DEUTSCH
ATTN JEFFREY BERNSTEIN   ESQ
570 BROAD STREET   STE 1401
NEWARK   NJ 07102-4532

530 LINCOLN OWNER   LLC
CO MCELROY DEUTSCH   MULVANEY
CARPENTER   LLP
225 LIBERTY ST   36TH FL
NEW YORK   NY 10281-5001

530 LINCOLN OWNER   LLC
CO MCELROY DEUTSCH   MULVANEY
CARPENTER   LLP
570 BROAD ST   STE 1401
NEWARK   NJ 07102-4560

AJ EQUITY GROUP LLC
1648 61ST STREET
BROOKLYN   NY 11204-2109

ABBY MEYER
650 TOWN CENTER DRIVE
10TH FLOOR
COSTA MESA   CA 92626-1993

AGNIA IVANOV
1 VALLEY VIEW CT
HUNTINGTON   NY 11743-5020

AMAZON WEB SERVICES INC
2121 7TH AVENUE
SEATTLE   WA 98121-5114

AMERICAN EXPRESS
200 VESEY STREET
NEW YORK   NY 10285-0002

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
AMERICAN EXPRESS NATIONAL BANK      AMINOV ESHEL AND PARTNERS LLP     AMIR ZWICKEL
CO BECKET AND LEE LLP               350 MOTOR PARKWAY                 349 METROPOLITAN AVENUE
PO BOX 3001                         HAUPPAUGE  NY 11788-5123          APT 6A
MALVERN  PA 19355-0701                                                BROOKLYN  NY 11211-3696


AVIDXCHANGE  INC                    AVIDXCHNAGE                       BDGCPAS
PO BOX 715376                       PO BOX 715376                     76 N WALNUT STREET
CINCINNATI  OH 45271-5376           CINCINNATI  OH 45271-5376         RIDGEWOOD  NJ 07450-3224


BFA NYC LLC                         BEEZB LTD                         BROAD PRINCE REALTY CORP
20 W 20TH STREET SUITE 700          KEFAR SAVA                        580 BROADWAY  SUITE 307
NEW YORK  NY 10011-9255             4465101 ISRAEL                    NEW YORK  NY 10012-5234


CFG MERCHANT SOLUTIONS  LLC         CITY BOOTS                        CALVIN JAZZ WALKER
180 MAIDEN LANE  15TH FLOOR         3612 WEST VICKERY BOULEVARD       4439 CRESTED BUTTE CT
NEW YORK  NY 10038-5150             FORT WORTH  TX 76107-5620         JACKSONVILLE  FL 32210-9788


CHRISTINE BULLOCK                   CISION US INC                     CONSTANCE BLATT
28 BURLINGTON PATH RD               300 S RIVERSIDE PLZ               10 DOWNING ST
CREAM RIDGE  NJ 08514-2003          CHICAGO  IL 60606-6613            APT 5G
                                                                      NEW YORK  NY 10014-4792


DAN KLORES COMMUNICATION LLC        DOCUSIGN                          DONALD H CRAM
261 FIFTH AVE  3RD FLOOR            221 MAIN STREET  SUITE 1000       SEVERSON  WERSON  A PROFESSIONAL CORPO
NEW YORK  NY 10016-7601             SAN FRANCISCO  CA 94105-1925      595 MARKET STREET  SUITE 2600
                                                                      SAN FRANCISCO  CA 94105-3413


DOREEN EDRI                         DYNASTY CAPITAL 26  LLC           EMILY GOLDBERG
20355 NE 34 CT                      700 CANAL ST 1ST FLOOR            1348 BEECH STREET
AVENTURA  FL 33180-3300             STAMFORD  CT 06902-5921           ATLANTIC BEACH  NY 11509-1613


FRANCES SHELLMAN                    FRANCHISE TAX BOARD               GABRIELLE GANGI
137 W 82ND ST  APT 1A               BANKRUPTCY SECTION MS A340        23 EGRET WAY
NEW YORK  NY 10024-5545             PO BOX 2952                       CENTER MORICHES  NY 11934-3028
                                    SACRAMENTO  CA 95812-2952


GONGIO INC                          HANNA MITCHELL                    HUBSPOT INC
265 CAMBRIDGE AVE SUITE 60717       325 F ST E                        2 CANAL PARK
PALO ALTO  CA 94306-5709            SALT LAKE CITY  UT 84103-3057     CAMBRIDGE  MA 02141-2232
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

INTERNATIONAL

| | | |
|---|---|---|
| INVITY PTE LTD<br>8 KAKI BUKIT AVE 1 0201<br>SINGAPORE | IMPERIAL COMMERCIAL CLEANING INC<br>151 DIXON AVENUE<br>AMITYVILLE  NY 11701-2811 | INTERCOMIO<br>55 2ND STREET  4TH FLOOR<br>SAN FRANCISCO  CA 94105-4560 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JACQUELINE MCNAMARA<br>741 6TH STREET<br>APT 102<br>MIAMI BEACH  FL 33139-6452 | JAPAN EXTERNAL TRADE ORGANIZATION (JET<br>NAOFUMI MAKINO<br>6F ARK MORI BUILDING  1-12-32  AKASAKA<br>TOKYO  107-6006 JAPAN |
| JEFFERSON G WENZEL<br>19 DUTCH STREET<br>NEW YORK  NY 10038-3765 | JENNA LICHTMAN<br>10718 KIRKALDY LANE<br>BOCA RATON  FL 33498-6435 | JENNA LICHTMAN<br>210 EAST 85TH STREET<br>NEW YORK  NY 10028-3600 |
| JOELY FISHMAN<br>148 W 10TH ST<br>NEW YORK  NY 10014-3109 | JOHANNA YANNELLO<br>200 W 70TH ST<br>APT 7K<br>NEW YORK  NY 10023-4327 | JONATHAN SCHENIRER  DIR PM<br>167 MADISON AVENUE<br>STE 205 107<br>NEW YORK  NY 10016-5403 |
| JORDYN SCHNEIDER<br>1199 SOUTH FEDERAL HWY 369<br>BOCA RATON  FL 33432-7335 | JOSEPH M ESMONT<br>BAKER  HOSTETLER LLP<br>KEY TOWER<br>127 PUBLIC SQUARE  SUITE 2000<br>CLEVELAND  OH 44114-1214 | JULIE TRITT<br>1990 JACKSON ST APT 110<br>HOLLYWOOD  FL 33020-5078 |
| KALAMATA CAPITAL GROUP  LLC<br>80 STATE STREET<br>ALBANY  NY 12207-2541 | KARA WALSH<br>310 1ST AVE  APT 1E<br>NEW YORK  NY 10009-1703 | KENT HOUSE OWNER LLC<br>CO RUBIN LLC  ATTN PAUL RUBIN<br>11 BROADWAY  SUITE 715<br>NEW YORK  NY 10004-1371 |
| LAURA KLUTHE EXECUTIVE SEARCH<br>20 ESMOND PLACE<br>TENAFLY  NJ 07670-1642 | MADELEINE KAROL<br>POBOX 346<br>BRIDGEHAMPTON  NY 11932-0346 | MANHATTAN MINI STORAGE<br>220 SOUTH STREET<br>NEW YORK  NY 10002-7823 |
| MARTINA ASGARIMAJD<br>60 S 8TH ST<br>APT 535<br>BROOKLYN  NY 11249-6154 | MCDERMOTT WILL  EMERY<br>PO BOX 6043<br>CHICAGO  IL 60680-6043 | MESH CREDIT CARD<br>225 WEST 35TH STREET<br>NEW YORK  NY 10001-1904 |
| MESHPAY US INC<br>ZACH LICHTENSTEIN<br>1350 BROADWAY  SUITE 2400<br>NEW YORK  NY 10018-8044 | MONIQUE J MULCARE<br>MAYER BROWN LLP<br>1221 AVENUE OF THE AMERICAS  34TH FLOOR<br>NEW YORK  NY 10020-1015 | MOR EDRI<br>32 RUTGERS ST<br>CLOSTER  NJ 07624-1522 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NYC DEPT OF FINANCE<br>59 MAIDEN LANE<br>NEW YORK  NY 10038-4613 | NYC DEPT OF FINANCE<br>66 JOHN STREET  ROOM 104<br>NEW YORK  NY 10038-3728 | NEW YORK STATE<br>QUEENS BOROUGH HALL<br>120-55 QUEENS BOULEVARD<br>JAMAICA  NY 11424-1017 |
| NEW YORK STATE DEPARTMENT OF TAXATION<br>FINA<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY NEW YORK 12205-0300 | NOHO BID<br>636 BROADWAY STE 1208<br>NEW YORK  NY 10012-2624 | ~~EXCLUDE~~<br>~~(D)NOHO BID~~<br>~~636 BROADWAY  SUITE 1208~~<br>~~NEW YORK  NY 10012-2624~~ |
| ODK CAPITAL  LLC<br>1400 BROADWAY<br>NEW YORK  NY 10018-5300 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NY BROOKLYN<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN<br>ROOM 510<br>NEW YORK  NY 10004-1415 | ONDECK<br>4700 W DAYBREAK PKWY<br>SUITE 200<br>SOUTH JORDAN  UT 84009-5133 |
| INTERNATIONAL<br>ORI COHEN<br>AMOS OZ 11<br>HERZLIYA  ISRAEL | PACIFIC MARKET INTERNATIONAL  LLC<br>CO BAKER  HOSTETLER LLP<br>ATTN JOSEPH M ESMONT<br>KEY TOWER  127 PUBLIC SQUARE  SUITE 2000<br>CLEVELAND  OH 44114-1214 | PIPE TECHNOLOGIES INC<br>360 NW 27TH STREET<br>MIAMI  FL 33127-4158 |
| ~~EXCLUDE~~<br>~~(U)PROFITIAN FINANCE NZ LTD~~<br>~~3 HAMATECHET~~<br>~~KADIMA TZORAN~~ | RTR BAG  CO<br>400 EAST 54TH  SUITE 10E<br>NEW YORK  NY 10022-5174 | READ FRESH BY NESTLE<br>PO BOX 856680<br>LOUISVILLE  KY 40285-6680 |
| RETAILNEXT  INC<br>CO LAW OFFICE OF DAREN M SCHLECTER<br>10866 WILSHIRE BLVD  SUITE 1270<br>LOS ANGELES  CA 90024-4350 | RILEY ROCHE<br>500 BRICKELL AVE<br>APT 2008<br>MIAMI  FL 33131-2581 | ROCKET CAPITAL NY LLC<br>1250 E HALLANDALE BEACH BLVD<br>SUITE 505<br>HALLANDALE  FL 33009-4635 |
| ROCKET CAPITAL NY  LLC<br>1250 E HALLANDALE BEACH BLVD STE 505<br>HALLANDALE BEACH  FL 33009-4635 | ROMI BACHAR<br>301 E 79TH ST APT 18C<br>NEW YORK  NY 10075-0940 | SSCHIC BOUTIQUE<br>1880 E WEST PKWY<br>SUITE 8656<br>FLEMING ISLAND  FL 32006-7728 |
| SAMANTHA BENVEGNA<br>401 2ND AVE  APT 9C<br>NEW YORK  NY 10010-3912 | SAUL EWING ARNSTEIN  LEHR LLP<br>1500 MARKET STREET  38TH FL<br>PHILADELPHIA  PA 19102-2186 | SAUL EWING LLP<br>LUCIAN B MURLEY<br>1201 NORTH MARKET STREET  SUITE 2300<br>WILMINGTON  DE 19801-1165 |
| SENDTOWIN LLC<br>9639 SAVONA WINDS DRIVE<br>DELRAY BEACH  FL 33446-9756 | SHANNA M KAMINSKI<br>30 W 24TH STREET  9TH FLOOR<br>NEW YORK  NY 10010-3553 | SHARIT KASSAB<br>9801 COLLINS AVE<br>MIAMI BEACH  FL 33154-1815 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SHOWFIELDS INVESTMENT LLC<br>CO JAMES C VANDERMARK  ESQ<br>WHITE AND WILLIAMS LLP<br>7 TIMES SQUARE  SUITE 2900<br>NEW YORK  NY 10036-6516 | SHOWFIELDS INVESTMENT LLC<br>CO WHITE AND WILLIAMS LLP<br>7 TIMES SQUARE  SUITE 2900<br>NEW YORK  NY 10036-6524 | SILICON VALLEY BANK<br>CO FIRST CITIZENS BANK<br>239 FAYETTEVILLE STREET<br>RALEIGH  NC 27601-1309 |
| SMALL BUSINESS ADMINISTRATION<br>409 3RD ST  SW<br>WASHINGTON  DC 20416-0002 | SOFTWAREHUT LLC<br>40 EXCHANGE PLACE  SUITE 1602<br>NEW YORK  NY 10005-2727 | SOPHY BOHBOT<br>1621 S TREASURE DR<br>NORTH BAY VILLAGE  FL 33141-4128 |
| SPACIO TERRENO INC<br>146 PELTON AVENUE<br>STATEN ISLAND  NY 10310-1523 | ST MORITZ SECURITY SERVICES<br>4600 CLAIRTON BLVD<br>PITTSBURGH  PA 15236-2114 | ~~EXCLUDE~~<br>~~(D)ST MORITZ SECURITY SERVICES  INC~~<br>~~4600 CLAIRTON BLVD~~<br>~~PITTSBURGH  PA 15236-2114~~ |
| STUDIO 96 NYC INCORPORATED<br>32 W 39TH STREET  FL 4<br>NEW YORK  NY 10018-2166 | TAL ZVI NATHANEL<br>250 WEST 85TH ST<br>APT 3B<br>NEW YORK  NY 10024-3210 | ~~EXCLUDE~~<br>~~(D)TAL ZVI NATHANEL~~<br>~~250 WEST 85TH ST~~<br>~~APT 3B~~<br>~~NEW YORK  NY 10024-3210~~ |
| TALENTPOP<br>1954 PLACENTIA AVE<br>COSTA MESA  CA 92627-3459 | THE LAW OFFICES OF STEVEN<br>ZAKHARYAYEV  LLC<br>10 W 37TH ST  6TH FLOOR<br>NEW YORK  NY 10018-7481 | THE MOCHI ICE CREAM COMPANY  LLC<br>ABBY MEYER  ESQ<br>650 TOWN CENTER DRIVE<br>10TH FLOOR<br>COSTA MESA  CA 92626-1993 |
| TYARRAH WALKER<br>770 MAINE AVE SW<br>APT 305<br>WASHINGTON  DC 20024-2589 | US SMALL BUSINESS ADMINISTRATION<br>NEW YORK DISTRICT OFFICE<br>26 FEDERAL PLAZA  ROOM 3100<br>NEW YORK  NY 10278-3199 | VALENTINA DIAZ<br>1865 BRICKELL AVE<br>APT 1608<br>MIAMI  FL 33129-1621 |
| VANE LIBOS<br>2200 SOLE MIA SQUARE LN<br>APT 615<br>NORTH MIAMI  FL 33181-1261 | WARREN KALYAN  MATTOCKS<br>506 W 14TH ST A<br>AUSTIN  TX 78701-1728 | WARREN KALYAN PLLC DBA WARREN KALYAN<br>MATTO<br>506 WEST 14TH STREET<br>SUITE A<br>AUSTIN  TX 78701-1728 |
| ZIMT MEDIA LLC<br>430 ZAMORA AVENUE<br>CORAL GABLES  FL 33134-3821 | RACHEL S BLUMENFELD<br>LAW OFFICE OF RACHEL S BLUMENFELD<br>26 COURT STREET<br>SUITE 2220<br>BROOKLYN  NY 11242-1122 | YANN GERON<br>GERON LEGAL ADVISORS<br>370 LEXINGTON AVENUE  SUITE 1101<br>NEW YORK  NY 10017-6532 |
| SHOWFIELDS NY 2 LLC<br>187 KENT AVENUE<br>BROOKLYN  NY 11249-3471 | ~~EXCLUDE~~<br>~~1~~<br>~~271C CADMAN PLAZA EAST  SUITE 1595~~<br>~~BROOKLYN  NY 11201-1800~~ | 187 KENT LLC<br>CO RUBIN LLC  ATTN PAUL RUBIN<br>11 BROADWAY  SUITE 715<br>NEW YORK  NY 10004-1371 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| 187 KENT OWNER LLC<br>CO RUBIN LLC   ATTN PAUL RUBIN<br>11 BROADWAY   SUITE 715<br>NEW YORK   NY 10004-1371 | ADT COMMERCIAL LLC<br>PO BOX 872987<br>KANSAS CITY   MO 64187-2987 | EXCLUDE<br>~~(D)ADT COMMERCIAL LLC~~<br>~~PO BOX 872987~~<br>~~KANSAS CITY   MO 64187-2987~~ |
| AJ EQUITY GROUP LLC<br>1648 61ST STREET<br>BROOKLYN   NY 11204-2109 | AIR AROMA USA<br>DIST LLC<br>251 W 39TH ST<br>FL 8<br>NEW YORK   NY 10018-0771 | ALL PRO HANDYMAN<br>SERVICES<br>75-40 61ST ST<br>RIDGEWOOD   NY 11385-6124 |
| AMERICAN TRAFFIC INFORMAT<br>336 PULASKI AVENUE<br>STATEN ISLAND   NY 10303-2632 | CFG<br>180 MAIDEN LANE<br>SUITE 1502<br>NEW YORK   NY 10038-4925 | CFG MERCHANT SOLUTIONS   LLC<br>180 MAIDEN LANE   15TH FLOOR<br>NEW YORK   NY 10038-5150 |
| CW REALTY PROPERTY MANGMT<br>16 WAVERLY AVENUE<br>BROOKLYN   NY 11205-1216 | CW REALTY PROPERTY MGMT<br>16 WAVERLY AVENUE<br>BROOKLYN   NY 11205-1216 | COLOR X INC<br>866 6TH AVENUE<br>6TH FL<br>NEW YORK   NY 10001-4165 |
| COMPLETE OFFICE<br>INTERIORS   INC<br>91 BROADHOLLOW RD<br>MELVILLE   NY 11747-2503 | DALLAS MITCHELL<br>661 CELVELAND ST<br>BROOKLYN   NY 11208-3507 | DUGGAL<br>63 FLUSHING AVENUE<br>BROOKLYN   NY 11205-1069 |
| DUNCAN MCLEOD<br>229 JEFFERSON STREET<br>BROOKLYN   NY 11237-2070 | FLEO LLC<br>23903 GOSLING RD<br>SPRING   TX 77389-3574 | FRANCESCA ALFANO<br>NUTRITION LLC<br>99 HUDSON STREET<br>5TH FLOOR   PMB 6043<br>NEW YORK   NY 10013-2815 |
| GALEN PATRICK DEKEMPER<br>35 ORCHARD STREET<br>APT 2<br>NEW YORK   NY 10002-6177 | GRACE FREYRE<br>295 GREENWICH ST<br>APT 2EN<br>NEW YORK   NY 10007-1049 | HWG GROUP LLC<br>25 CLEVELAND PL<br>NEW YORK   NY 10012-4055 |
| HANBENZ ART   LLC<br>528 EAST 13TH STREET<br>4C<br>NEW YORK   NY 10009-3556 | HEYDIRTBOOGIE<br>258 4TH AVE<br>BROOKLYN   NY 11215-1051 | ILLUSTRATION (USA) INC<br>1170 TREE SWALLOW DRIVE<br>319<br>WINTER SPRINGS   FL 32708-2826 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JOANN JIMENEZ<br>6420 SAUNDERS STREET<br>APT A18<br>REGO PARK   NY 11374-3207 | JULIE WEINSTOCK<br>237 E 59TH STREET<br>APT 5D<br>NEW YORK   NY 10022 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JUNG K GRIFFIN<br>4316 42ND STREET<br>3R<br>SUNNYSIDE  NY 11104-2810 | KHALIA HAYSLETT<br>CO PARKER HANKSI LLC<br>40 WORTH STREET<br>SUITE 602<br>NEW YORK  NY 10013-3094 | LCM ARCHITECTS   LLC<br>819 S WABASH AVENUE<br>SUITE 509<br>CHICAGO  IL 60605-2153 |
| LA DOLCE VITA EVENTS<br>465 PARKER STREET<br>NEWARK  NJ 07104-1419 | LIGHTWAVE TECHNOLOGIES<br>INC<br>94 HILLS STATION ROAD<br>SOUTHAMPTON  NY 11968-3727 | LIONNEL BUMBAKINI<br>148 PATCHEN AVE<br>APT 4R<br>BROOKLYN  NY 11221-5518 |
| MCC CONTRACTOR LLC<br>515 MADISON AVENUE<br>SUITE 14B<br>NEW YORK  NY 10022-5494 | MELIO<br>124 E 14TH STREET<br>NEW YORK  NY 10003-4170 | MONTE ART COLLECTION<br>LLC<br>2756 PA-737<br>KEMPTON  PA 19529 |
| NYC DEPARTMENT OF FINANCE<br>59 MAIDEN LANE<br>19TH FLOOR<br>NEW YORK  NY 10038-4502 | NEW YORK STATE DEPARTMENT OF TAXATION<br>FINA<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY NEW YORK 12205-0300 | OFFICE OF THE UNITED STATES TRUSTEE<br>EASTERN DISTRICT OF NY BROOKLYN<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN<br>ROOM 510<br>NEW YORK  NY 10004-1415 |
| OKSANA BORODINA<br>293 CENTRAL PARK WEST<br>APT 6E<br>NEW YORK  NY 10024-3066 | PREMIUM ELECTRIC INC<br>3427 28TH AVENUE<br>ASTORIA  NY 11103-4914 | RSM<br>461 FROM ROAD<br>SUITE 255<br>PARAMUS  NJ 07652-3526 |
| RACHEL CASSIDY<br>202 E 13TH ST<br>APT 3B<br>NEW YORK  NY 10003-5686 | RAINA<br>100 MASPETH AVE<br>SUITE 2C<br>BROOKLYN  NY 11211-2564 | RAPTOR MECHANICAL INC<br>4816 70TH ST<br>WOODSIDE  NY 11377-6017 |
| RETAILNEXT INC<br>60 S MARKET ST<br>STE 1000<br>SAN JOSE  CA 95113-2336 | ROYAL MAGIC<br>74 FARRELL COURT<br>STATEN ISLAND  NY 10306-2085 | SAUL EWING LLP<br>LUCIAN B MURLEY<br>1201 NORTH MARKET STREET  SUITE 2300<br>WILMINGTON  DE 19801-1165 |
| SAVANNA BELL STEVENS<br>11 STUYVESANT OVAL<br>APT 7F<br>NEW YORK  NY 10009-2005 | SHANNA M KAMINSKI<br>30 W 24TH STREET  9TH FLOOR<br>NEW YORK  NY 10010-3553 | SHIP ESSENTIAL<br>25 W 39TH ST<br>NEW YORK  NY 10018-3805 |
| ~~EXCLUDE~~<br>~~(D)SHIP ESSENTIAL~~<br>~~25 W 39TH STREET~~<br>~~NEW YORK  NY 10018-3805~~ | SHOWFIELDS INVESTMENT LLC<br>CO STEVEN COURY  ESQ<br>WHITE AND WILLIAMS LLP<br>7 TIMES SQUARE  SUITE 290<br>NEW YORK  NY 10036-6516 | SIGNZ<br>727 PARK AVENUE<br>BROOKLYN  NY 11206-5210 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
SOCIAL SUPPLY                    STERN ENVIRONMENTAL              TAYLOR PRINT  VISUAL
1385 HYDRANGEA COURT             GROUP LLC                        IMPRESSIONS INC
WOODBRIDGE  VA 22193             30 SEAVIEW DR                    180 EAST UNION AVE
                                 SECAUCUS  NJ 07094-1826          EAST RUTHERFORD  NJ 07073-2124



THE EDITORIAL NAIL INC           THE LAW OFFICES OF STEVEN        VERIZON
1661 NOSTRAND AVE                ZAKHARYAYEV  LLC                 PO BOX 15124
APT 2R                           10 W 37TH ST  6TH FLOOR          ALBANY  NY 12212-5124
BROOKLYN  NY 11226-5596          NEW YORK  NY 10018-7481



VIDA SIGNS                       WARREN KALYAN PLLC               WASTE CONNECTIONS
25 CANAL ST                      1011 WESTLAKE DRIVE              2630 PARK AVENUE
NEW YORK  NY 10002-6380          AUSTIN  TX 78746-4511            BRONX  NY 10451-6015



WASTE CONNECTIONS OF             WORLD CLASS CONTRACTING          XR GROUP CORP
NEW YORK INC                     GROUP                            2720 YATES AVE
3 WATERWAY SQUARE PLACE          56-10 GRAND AVE                  APT 1F
SUITE 110                        MASPETH  NY 11378-3116           BRONX  NY 10469-5331
SPRING  TX 77380-3488



ZIMT MEDIA LLC                   RACHEL S BLUMENFELD              YANN GERON
430 ZAMORA AVENUE                LAW OFFICE OF RACHEL S BLUMENFELD GERON LEGAL ADVISORS
MIAMI  FL 33134-3821             26 COURT STREET                  370 LEXINGTON AVENUE  SUITE 1101
                                 SUITE 2220                       NEW YORK  NY 10017-6532
                                 BROOKLYN  NY 11242-1122
```