

370 Lexington Avenue, Suite 1101
New York, NY 10017
Tel (646) 560-3224
Fax (207) 421-9215
geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

January 27, 2025

**VIA ELECTRONIC FILING**

Robert A. Gavin, Jr., Clerk of Court
Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

Re:     **Showfields, Inc., Debtor; Case No. 23−43643−jmm**

Dear Mr. Gavin:

I am the chapter 7 trustee of the above-referenced debtor's bankruptcy estate. It appears that assets may be available for distribution to creditors. Accordingly, please send notice to all creditors that this is now an asset case.

Sincerely yours,

*/s/ Yann Geron*

Yann Geron

cc:     Jeannette Litos, Esq. (via email)
        Nicole N. Santucci, Esq. (via email)