UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                        :         Case No. 1- 23-43643 (JMM)
                                             :
SHOWFIELDS, INC., *et al.*,                  :         Chapter 7
                                             :
                    Debtors.                 :         (Jointly Administered)
-----------------------------------------------------------x

**ORDER AUTHORIZING THE TRUSTEE TO ISSUE SUBPOENAS
DIRECTING EXAMINATIONS OF, AND/OR DEMANDING THE PRODUCTION OF
DOCUMENTS FROM, WHITE AND WILLIAMS LLP; SHOWFIELDS
INVESTMENTS, LLC; SHOWFIELDS DC1 LLC; TAL ZVI NATHANEL; AMIR
ZWICKEL; SLACK TECHNOLOGIES; STRIPE, INC.; SQUARE, INC.; BILL.COM,
INC.; VALLEY NATIONAL BANCORP DBA VALLEY BANK; CAPITAL ONE BANK;
AND SILICON VALLEY BANK**

Upon the first omnibus *ex parte* application, dated February 19, 2025 (the "Application") **[ECF No. 129] (JMM)**, of Yann Geron (the "Trustee"), the Chapter 7 trustee of the estates of Showfields, Inc. and Showfields NY 2 LLC (collectively, the "Debtors"), the above-captioned debtors, for an order, pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing him to issue subpoenas, without prejudice to the rights of White and Williams LLP; Showfields Investments, LLC; Showfields DC1 LLC; Tal Zvi Nathanel; Amir Zwickel; Slack Technologies; Stripe, Inc.; Square, Inc.; Bill.com, Inc.; Valley National Bancorp dba Valley Bank; Capital One Bank; and Silicon Valley Bank (each a "Party" and, collectively, the "Parties") to object, (a) directing the production for inspection and copying records of documents in connection with this Chapter 7 bankruptcy proceeding, and (b) directing the appearance and submission to an oral examination to be taken under oath; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and sufficient notice having been provided; and the Court having found and determined that the relief sought in the Application is in the best

interest of the Debtors and their estates; and the legal and factual bases set forth in the Application having established just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the relief requested in the Application is GRANTED to the extent set forth herein; and it is further

**ORDERED**, that the Trustee may issue subpoenas directing the Parties to produce documents in response to the document requests attached hereto as <u>Schedule I</u> (the "<u>Document Requests</u>") **and to appear for examinations under oath to testify as to this Chapter 7 bankruptcy case** ~~without prejudice to the rights of the Parties to object in accordance with the applicable rules and provided that the Trustee afford at least 21 days for the Parties to respond to any subpoena~~ **(JMM)**; and it is further

**ORDERED, that subject to agreements between the Trustee and a Party, each Party's time to produce documents requested by, to object to, to move to quash, or to otherwise respond to, a subpoena issued pursuant to this Order shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further (JMM)**

~~**ORDERED**, that the Trustee may issue subpoenas directing the Parties to appear for examinations under oath to testify as to this Chapter 7 bankruptcy proceeding without prejudice to the rights of the Parties to object and provided that the Trustee provide reasonable notice of the date and time for such examination; and it is further~~

**ORDERED**, that, to the extent necessary, the Trustee's rights are reserved to request additional examinations or documents under Bankruptcy Rule 2004 based on any

information that may be revealed as a result of the discovery obtained pursuant to this Order; and it is further

**ORDERED**, that the Trustee shall serve a copy of this Order together with any subpoena; ~~shall be served upon (i) the Parties, (ii) the Office of the United States Trustee; and (iii) all parties who have appeared in this Chapter 7 case;~~ and it is further

**ORDERED**, that this Court retains jurisdiction to resolve all matters arising under or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

Dated: March 3, 2025
      Brooklyn, New York



_____
Jil Mazer-Marino
**United States Bankruptcy Judge**

# SCHEDULE I

## Document Request – White and Williams LLP ("W&W)

1. All non-privileged documents prepared by W&W for or on behalf of the Debtors and/or insider entities, including but not limited to Showfields Investments and Showfields DC1 LLC.  The Trustee controls the Debtors' attorney-client privilege and demands turnover of any documents purportedly covered by the Debtors' attorney-client privilege.
2. Correspondence between W&W and the Debtors and/or insider entities, including but not limited to Showfields Investments and Showfields DC1 LLC.
3. Loan agreements to which the Debtors are or were a party.
4. Corporate formation documents for the Debtors and/or insider entities, including but not limited to Showfields Investments and Showfields DC1 LLC.
5. Documents relating to transfers by and between the Debtors and insider entities, including but not limited to Showfields Investments and Showfields DC1 LLC
6. Documents relating to UCC filings by or against the Debtors.
7. Documents evidencing all payments received by W&W by or on behalf of the Debtors.

These requests are for the period November 2021 through November 2024.

## Document Request – Showfields Investments, LLC ("Investments")

1. Financial records (bank statements and cancelled checks).
2. General ledgers, payroll records, tax returns, accounts payable and accounts receivable invoices.
3. General communications between or relating to Investments and the Debtors.
4. Loan documents to which the Debtors and/or Investments are or were parties.
5. Documents relating to UCC filings by or against the Debtors and/or Investments
6. Corporate formation documents.
7. Lease agreements to which Investments is or was a party.
8. Documents relating to any transfers between Investments and the Debtors.
9. Investor contact information, investment amounts, documents and communications relating to investment in the Debtors.
10. Client names and contact information.
11. Documents and information relating to Investment's physical assets.
12. Documents relating to Investments' intellectual property, including but not limited to agreements, trademarks or names, domain ownership, branding rights, and proprietary technology.
13. Relevant usernames and passwords for access to any of Debtors' electronic records that have not been previously provided.

These requests are for the period November 2021 through November 2024.

### Document Request - Showfields DC1 LLC ("Showfields DC")

1. Financial records (bank statements and canceled checks; general ledgers.
2. Payroll records, tax returns, accounts payable and accounts receivable invoices.
3. General communications between or relating to Showfields DC and the Debtors.
4. Lease agreements to which Showfields DC is or was a party.
5. Documents relating to any transfers between Showfields DC and the Debtors.
6. Documents related to Showfields DC's management and operations, including communications and interactions with the Debtors' creditors, convertible note holders, and secured parties.
7. Relevant usernames and passwords for access to any of Debtors' electronic records that have not been previously provided.

These requests are for the period November 2021 through November 2024.

### Document Request - Tal Zvi Nathanel

1. All documents relating to Showfields Investments, LLC ("Investments"), including loan agreements, promissory notes, convertible notes, and any related financing documents.
2. All documents relating to the Debtors' and/or Investments' convertible note holders, including without limitation investment agreements, terms and conditions of convertible notes, communications with convertible note holders, records of payments and transfers, and any amendments or modifications to convertible note agreements.
3. UCC filings by or against the Debtors and/or Investments.
4. Corporate formation documents for the Debtors and Investments.
5. Lease agreements to which the Debtors and/or Investments are or were a party.
6. Records of any asset transfers involving the Debtors and/or Investments.
7. Investor communications and client contact information for the Debtors and/or Investments.
8. Documentation regarding the physical assets of the Debtors and/or Investments.
9. Internal memos that pertain to Showfields Investments, LLC.
10. Relevant usernames and passwords for access to any of Debtors' electronic records that have not previously been provided.

These requests are for the period November 2021 through November 2024.

## Document Request - Amir Zwickel

1. All documents relating to Showfields Investments, LLC ("Investments"), including loan agreements, promissory notes, convertible notes, and any related financing documents.
2. All documents relating to the Debtors' and/or Investments' convertible note holders, including without limitation investment agreements, terms and conditions of convertible notes, communications with convertible note holders, records of payments and transfers, and any amendments or modifications to convertible note agreements.
3. UCC filings by or against the Debtors and/or Investments.
4. Corporate formation documents for the Debtor's and Investments.
5. Lease agreements to which the Debtors and/or Investments are or were a party.
6. Records of any asset transfers involving the Debtors and/or Investments.
7. Investor communications and client contact information for the Debtors and/or Investments.
8. Documentation regarding the physical assets of the Debtors and/or Investments.
9. Internal memos that pertain to Showfields Investments, LLC.
10. Relevant usernames and passwords for access to any of Debtors' electronic records that have not previously been provided.

These requests are for the period November 2021 through November 2024.

## Document Request – Slack Technologies

1. All list of all users on the Debtors' account showfields.slack.com.
2. All messages between the Debtors and its users regarding investment discussions, operational strategy, and asset transfers.

These requests are for the period November 2021 through November 2024.

## Document Request – Stripe, Inc. ("Stripe")

1. Statements for all accounts in the name of the Debtors and/or Showfields Investments, LLC.
2. Payment records for all accounts identified in response to Document Request no. 1.
3. Documents reflecting related merchant account details for all accounts identified in response to Document Request no. 1.
4. Documents reflecting the transactional history between Stripe and the Debtors and/or Showfields Investments, LLC, including but not limited to documents reflecting the processing of customer payments.

These requests are for the period November 2021 through November 2024.

## Document Request – Square, Inc. ("Square")

1. Statements for all accounts in the name of the Debtors and/or Showfields Investments, LLC.
2. Payment records for all accounts identified in response to Document Request no. 1.
3. Documents reflecting related merchant account details for all accounts identified in response to Document Request no. 1.
4. Documents reflecting the transactional history between Square and the Debtors and/or Showfields Investments, LLC, including but not limited to documents reflecting the processing of customer payments.

These requests are for the period November 2021 through November 2024.

## Document Request – Bill.com, Inc. ("Bill.com")

1. Statements for all accounts in the name of the Debtors and/or Showfields Investments, LLC.
2. Payment records for all accounts identified in response to Document Request no. 1.
3. Documents reflecting related merchant account details for all accounts identified in response to Document Request no. 1.
4. Documents reflecting the transactional history between Bill.com and the Debtors and/or Showfields Investments, LLC, including but not limited to documents reflecting the processing of customer payments.

These requests are for the period November 2021 through November 2024.

## Document Request – Valley National Bancorp dba Valley Bank ("Valley Bank")

1. Copies of all statements for all of Showfields Investments, LLC's ("Investments") bank accounts, including, but not limited to, account nos. ending in 0601, 2801, 3008, 1801, 2700, and 7800 from the dates the accounts were opened through present, or the closure of the accounts.

2. Copies of the front and back of all canceled checks for all of Investments' bank accounts, including, but not limited to, account nos. ending in 0601, 2801, 3008, 7384, 1801, 2700, and 7800, from the dates the accounts were opened through present, or the closure of the accounts.

3. Copies of supporting documentation for all deposit receipts, wires, withdrawals, ACH transactions and e-payments for all of Investments' bank accounts, including, but not limited to, account nos. ending in 0601, 2801, 3008, 7384, 1801, 2700, and 7800, from the dates the accounts were opened through present, or the closure of the accounts.

4. Copies of all signature cards, all records submitted by Investments to Valley Bank (i.e., account applications, financial documents, tax returns, etc.), and any agreements between Investments and Valley Bank that exist or existed from the dates the accounts were opened, onward.

## Document Request – Capital One Bank ("Capital One")

1. Copies of all statements for all of Showfields Investments, LLC's ("Investments") bank accounts, including, but not limited to, account nos. ending in 7378 and 7384 from the dates the accounts were opened through present, or the closure of the accounts.

2. Copies of the front and back of all canceled checks for all of Investments' bank accounts, including, but not limited to, account nos. ending in 7378 and 7384 from the dates the accounts were opened through present, or the closure of the accounts.

3. Copies of supporting documentation for all deposit receipts, wires, withdrawals, ACH transactions and e-payments for all of Investments' bank accounts, including, but not limited to, account nos. ending in 7378 and 7384 from the dates the accounts were opened through present, or the closure of the accounts.

4. Copies of all signature cards, all records submitted by Investments to Capital One (i.e., account applications, financial documents, tax returns, etc.), and any agreements between Investments and Capital One that exist or existed from the dates the accounts were opened, onward.

## Document Request – Silicon Valley Bank ("SVB")

1. Copies of all statements for all of Showfields Investments, LLC's ("Investments") bank accounts, including, but not limited to, account nos. ending in 3154 and 9694 from the dates the accounts were opened through present, or the closure of the accounts.

2. Copies of the front and back of all canceled checks for all of Investments' bank accounts, including, but not limited to, account nos. ending in 3154 and 9694 from the dates the accounts were opened through present, or the closure of the accounts.

3. Copies of supporting documentation for all deposit receipts, wires, withdrawals, ACH transactions and e-payments for all of Investments' bank accounts, including, but not limited to, account nos. ending in 3154 and 9694 from the dates the accounts were opened through present, or the closure of the accounts.

4. Copies of all signature cards, all records submitted by Investments to SVB (i.e., account applications, financial documents, tax returns, etc.), and any agreements between Investments and SVB that exist or existed from the dates the accounts were opened, onward.